IN THE DISTRICT COURT OF ROCK COUNTY, NEBRASKA

| | | |
|---|---|---|
| JANET K. FOSTER, Personal | ) | Case No. CI 22 - |
| Representative of the Estate of | ) | |
| Michael E. Foster, Deceased. | ) | |
| | ) | |
| Plaintiff, | ) | **COMPLAINT FOR** |
| | ) | **DECLARATORY JUDGMENT** |
| v. | ) | |
| | ) | |
| SANDY PINE SYSTEMS, INC., | ) | |
| a Nebraska Corporation, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AUXIANT PROPERTIES, L.L.C., | ) | |
| an Iowa Limited Liability Company | ) | |
| | ) | |
| Defendants. | ) | |

## CAUSE OF ACTION: DECLARATORY JUDGMENT

COMES NOW the Plaintiff, Janet K. Foster, Personal Representative of the Estate of Michael E. Foster, Deceased (hereinafter "Plaintiff"), by and through its attorney, Nathan P. Husak, and for its Complaint for Declaratory Judgment pursuant to Neb. Rev. Stat. § 25-21,149 against the Defendants, states and alleges as follows:

1. Plaintiff is a resident of Bassett, Rock County, Nebraska.

2. Defendant, Sandy Pine Systems, Inc., is a corporation authorized to do business in the State of Nebraska.

3. Defendant, Auxiant Properties, L.L.C., is an Iowa Limited Liability Company, having conducted business in the State of Nebraska and having sufficient contacts with Nebraska as required under Neb. Rev. Stat § 44-2011.

**The Policy**

4. Michael E. Foster purchased and the Defendant, Sandy Pine Systems, Inc. issued, a policy known as the Sandy Pine Systems, Inc. Employee Health Care Plan, a/k/a, Sandy Pines Inc. Employer Funded Plan, (hereinafter the "Plan").

5. The Plan is Self-Funded by Sandy Pines Systems, Inc. and employee contributions, if required.

**EXHIBIT**

**A**

6.  Defendant, Sandy Pines Systems, Inc. is the Plan Administrator and Named Fiduciary of the Plan.

7.  Defendant, Auxiant Properties, L.L.C., is the Claims Administrator of the Plan.

8.  Michael E. Foster's member ID for the Plan was 971006698 and the Group Number was 1899. The Plan insured him for a period of time from 01/01/2019 to 12/31/2020. Exhibit #1.

9.  The Plan insuring Michael E. Foster includes a medical liability policy described as Plan A HDHP Midlands Choice/ZE beginning January 1, 2020. A true and accurate copy of said Plan is attached hereto, marked as Exhibit #2, and by this reference fully incorporated herein.

**Claim and Loss**

10. On or about March 24, 2020, Michael E. Foster was presented to the ER at Rock County Hospital in Bassett, Nebraska.

11. Medical records show the medical providers for Michael E. Foster were concerned for septic shock.

12. Michael E. Foster's medical providers determined it was medically necessary he be transferred to CHI Health Good Samaritan Hospital in Kearney Nebraska for a medical emergency.

13. On or about March 24, 2020, Michael E. Foster was transferred from the Rock County Hospital in Bassett, Nebraska to CHI Health Good Samaritan Hospital in Kearney Nebraska for a medical emergency.

14. Apollo MedFlight, via air ambulance, conducted the transport after being contacted to perform a medically necessary rapid air transport on behalf of Michael E. Foster.

15. The cost of the medically necessary transport via air ambulance by Apollo MedFlight was $72,775.00.

16. Plaintiff has, in turn, made demand on the Defendants to provide coverage pursuant to the Plan and related to the aforementioned demands and Lawsuit.

17. Defendants have refused to provide said coverage, despite the coverage provided under the Plan.

18. Based on the express language of the Plan, Defendants must provide coverage for the loss or damages asserted by Plaintiff in this action.

19. Defendants' denial of Plaintiff's coverage is in bad faith and breach of the Plan.

20. Defendant's failure to pay the cost associated with the medically necessary rapid air transport has caused Apollo MedFlight to make demand on Plaintiff for payment.

WHEREFORE, Plaintiff prays the Court enter a judgment declaring that the Defendants are obligated to provide coverage for any loss or damage asserted by Plaintiff in connection to costs owed to Apollo MedFlight; that the Plan does provide coverage to the insured, Plaintiff, in connection with any claims against said insured in connection with property damage to the Facility; for attorney fees pursuant to Neb. Rev. Stat. §44-359; for costs of this suit; and for such other, further, and different relief as this Court deems just and proper.

DATED: July 18, 2022.

JANET K. FOSTER, Personal Representative of the
Estate of Michael E. Foster, Deceased, Plaintiff

By: /s/ Nathan P. Husak
Nathan P. Husak, NSBA #26343
of Bruner Frank
5804 1st Avenue
P.O. Box 2230
Kearney, NE 68848-2230
Phone: (308) 455-1046
nhusak@nebraskalawfirm.net
Attorneys for Plaintiff

# Your Rights and Protections Against Surprise Medical Bills [×]

When you get emergency care or get treated by an out-of-network provider at an in-network hospital or ambulatory surgical center, you are protected from surprise billing or balance billing. Please read details here.

| Group Number | 1899 | Group Name | Sandy Pine Systems Inc |
|---|---|---|---|
| Enrollee Name | MICHAEL FOSTER | | |
| MemberID | 971006698 | Original Effective | 01/01/2019 |
| Address | PO BOX 581 BASSETT, NE 68714 | Termination Date | 12/31/2020 |

 **Michael** >

### Individual Coverage Detail



| Individual Name | MICHAEL FOSTER | Home Phone | (402) 760-0678 |
|---|---|---|---|
| Date of Birth | 12/12/1956 | Address | PO BOX 581 BASSETT NE, 68714 |
| Plan Number | 1899-01 | | |
| Gender | Male | Location | COBRA-GJW, LLC |

| Current Benefits | Status | Effective Date | Through Date | Network/Plan Name |
|---|---|---|---|---|
| Med | Termed | 01/01/2019 | 12/31/2020 | PLAN A HDHP MIDLANDS CHOICE/ZE |

| Benefit History | Status | From | Through | Plan | Network/Plan Name |
|---|---|---|---|---|---|
| No coverage from 01/01/2021 to Current | | | | | |
| Med | Termed | 01/01/2019 | 12/31/2020 | 1899-01 | PLAN A HDHP MIDLANDS CHOICE/ZE |

The benefits illustrated in this section and within this website in its entirety are not a guarantee of benefits or payment and are subject to the coverage that is in place according to the plan guidelines at the time of service.



### PLAN DOCUMENT AND
### SUMMARY PLAN DESCRIPTION
### SANDY PINE SYSTEMS, INC.
### EMPLOYEE HEALTH CARE PLAN

This booklet is the Plan Document and Summary Plan Description. Its purpose is to summarize the provisions of the Plan that provide and/or affect payment or reimbursement. The Summary Plan Description supersedes any and all prior Summary Plan Descriptions issued to the Covered Person by Sandy Pine Systems, Inc..

The Plan is funded by Sandy Pine Systems, Inc. and Employee contributions, if required. The benefits and principal provisions of the Plan are described in this booklet. They are effective only if the Covered Person(s) are eligible for the coverage, become covered, and remain covered in accordance with the provisions of the Plan.

The purpose of providing a comprehensive medical plan is to protect the Covered Person(s) from serious financial loss resulting from necessary medical care. However, we must recognize and deal with escalating costs. Being fully informed about the specific provisions of the Plan will help both the Covered Person and the Plan Sponsor maintain Reasonable rates in the future. We have prepared the following pages as a general guide for Covered Persons to become "good consumers" of health care. It will take a joint effort between Eligible Providers, Covered Persons and us, the Plan Sponsor, to make our Plan work, both now and in future years.

All health benefits described herein are being provided and maintained for the Covered Persons and the covered Dependents by Sandy Pine Systems, Inc..

Please refer to the address on the ID card to determine where to send claims.



EXHIBIT
2

# Table Of Contents

Women's Health and Cancer Rights Act Notice      6
Newborn's and Mother's Health Protection Act      7
Premium Assistance Under Medicaid and the Children's Health Insurance Program      8
(CHIP)
Health Insurance Marketplace Coverage Options and Your Health Coverage      9
Plan Description      10
Benefit Overview for Sandy Pine Systems, Inc.      15
Schedule of Medical Benefits      18
Schedule of Benefits - Plan A      19
Schedule of Benefits - Plan B      24
Prescription Drug Benefit      29
Eligibility      30
    Employee Eligibility      30
    Waiting Period      30
    Employee Effective Date      30
    Dependent Eligibility      30
    Dependent Effective Date      32
    Timely Enrollment      32
    Open Enrollment      32
    Special Enrollment      32
    Break in Service and Reinstatement of Employees (Returning to Service)      34
Managed Care Services      35
Medical Expense Benefits      39
    The Deductible      39
    Family Deductible Feature      39
    Usual, Reasonable and Customary Charges      39
    Out-of-Pocket Limit      40
    Allocation and Appointment of Benefits      40
    Alternative Treatment      40
    Medical Eligible Expenses      40
    Hospital Expenses      40
    Skilled Nursing/Extended Care Facility Expenses      41
    Home Health Care Expenses      41
    Hospice Care Expenses      42
    Organ/Tissue Transplant Expenses      42
    Physician Services      43
Covered Expenses      44
General Limitations      54
Prescription Drug Expense Benefit      65
Termination of Coverage      66
Extension of Benefits      68
    Paid Leave      68
    Family and Medical Leave Act of 1993 (FMLA) Provision      68
    Uniformed Services Employment and Reemployment Rights Act (USERRA)      68
    COBRA Extension of Benefits      69

Coordination of Benefits                                                     76
Third Party Recovery, Subrogation and Reimbursement                          79
Definitions                                                                  84
Rights under ERISA                                                          107
Claim Procedures; Payment of Claims                                         109
General Provisions                                                          123
Standards for Security of Individually Identifiable Health Information       131

# WOMEN'S HEALTH AND CANCER RIGHTS ACT NOTICE

TO: ALL COVERED PERSON(S)
SUBJECT: WOMEN'S HEALTH AND CANCER RIGHTS ACT OF 1998

The Women's Health and Cancer Rights Act of 1998 requires the Plan Sponsor to notify you, as a Covered Person or beneficiary of the Plan, of your rights related to benefits provided through the Plan in connection with a mastectomy. You as a Covered Person or beneficiary have rights to coverage to be provided in a manner determined in consultation with your attending Physician for:

1. All stages of reconstruction of the breast on which the mastectomy was performed;
2. Surgery and reconstruction of the other breast to produce a symmetrical appearance; and
3. Prostheses and treatment of physical complications of the mastectomy, including lymphedema.

Items 1. and 2. above will be payable under the Inpatient surgery benefit, and item 3. will be payable under the prosthetic benefit. For further details on Deductible and Coinsurance for these benefits, please refer to the Schedule of Benefits and Covered Expenses sections of the Plan.

Please call Auxiant at (800) 279-6772 for more information.

# NEWBORN'S AND MOTHER'S HEALTH PROTECTION ACT

Group health plans generally may not, under Federal law, restrict benefits for any Hospital length of stay in connection with Childbirth for the mother or Newborn Child to less than forty-eight (48) hours following a vaginal delivery, or less than ninety-six (96) hours following a cesarean section. However, Federal law generally does not prohibit the mother's or Newborn's attending provider, after consulting with the mother, from discharging the mother or her Newborn earlier than forty-eight (48) hours (or ninety-six (96) hours as applicable). In any case, plans and issuers may not, under Federal law, require that a provider obtain authorization from the Plan or the issuer for prescribing a length of stay not in excess of forty-eight (48) hours (or ninety-six (96) hours).

# PREMIUM ASSISTANCE UNDER MEDICAID AND THE CHILDREN'S HEALTH INSURANCE PROGRAM (CHIP)

If you or your Children are eligible for Medicaid or CHIP and you're eligible for health coverage from your Employer, your state may have a premium assistance program that can help pay for coverage, using funds from their Medicaid or CHIP programs.

If you or your Dependents are already enrolled in Medicaid or CHIP and you live in a state that provides premium assistance, contact your State Medicaid or CHIP office to find out if premium assistance is available. States with premium assistance and contact information are listed on the EBSA website: https://dol.gov/agencies/ebsa/laws-and-regulations/laws/chipra. EBSA can also provide more information about premium assistance programs and special enrollment rights. EBSA contact information is as follows:

U.S. Department of Labor
Employee Benefits Security Administration
www.dol.gov/agencies/ebsa
1-866-444-EBSA (3272)

If you or your Dependents are eligible for premium assistance under Medicaid or CHIP, as well as eligible under your Employer plan, your Employer must allow you to enroll in your Employer plan if you aren't already enrolled. This is called a "special enrollment" opportunity, and you must request coverage within sixty (60) days of being determined eligible for premium assistance.

If you or your Dependents are not currently enrolled in Medicaid or CHIP, and you think you or any of your Dependents might be eligible for either of these programs, contact your State Medicaid or CHIP office or dial 1-877-KIDS NOW or www.insurekidsnow.gov to find out how to apply. If you qualify, ask your state if it has a program that might help you pay the premiums for an Employer-sponsored plan.

# HEALTH INSURANCE MARKETPLACE COVERAGE OPTIONS AND YOUR HEALTH COVERAGE

### General Information
Individuals may now buy policies through the Health Insurance Marketplace. To assist you as you evaluate options for you and your family, this notice provides some basic information about the Marketplace and employment-based health coverage offered by your Employer.

### What is the Health Insurance Marketplace?
The Marketplace is designed to help you find health insurance that meets your needs and fits your budget. The Marketplace offers "one-stop shopping" to find and compare private health insurance options. You may also be eligible for a tax credit that lowers your monthly premium right away. Open enrollment for health insurance coverage through the Marketplace begins each year from November 1st through December 15th.

### Can I Save Money on my Health Insurance Premiums in the Marketplace?
You may qualify to save money and lower your monthly premium, but only if your Employer does not offer coverage, or offers coverage that doesn't meet certain standards. The savings on your premium that you're eligible for depends on your household income.

### Does Employer Health Coverage Affect Eligibility for Premium Savings through the Marketplace?
Yes. If you have an offer of health coverage from your Employer that meets certain standards, you will not be eligible for a tax credit through the Marketplace and may wish to enroll in your Employer's health plan. However, you may be eligible for a tax credit that lowers your monthly premium, or a reduction in certain cost-sharing if your Employer does not offer coverage to you at all or does not offer coverage that meets certain standards. If the cost of a plan from your Employer that would cover you (and not any other members of your family) is more than 9.5% of your household income for the year, or if the coverage your Employer provides does not meet the "minimum value" standard set by the Affordable Care Act, you may be eligible for a tax credit.

Note: If you purchase a health plan through the Marketplace instead of accepting health coverage offered by your Employer, then you may lose the Employer contribution (if any) to the Employer-offered coverage. Also, this Employer contribution—as well as your Employee contribution to Employer-offered covered—is often excluded from income for Federal and State income tax purposes. Your payments for coverage through the Marketplace are made on an after-tax basis.

The Marketplace can help you evaluate your coverage options, including your eligibility for coverage through the Marketplace and its cost. Please visit HealthCare.gov for more information, including an online application for health insurance coverage and contact information for a Health Insurance Marketplace in your area.

# PLAN DESCRIPTION

**Introduction and Purpose**

The Plan Sponsor has established the Plan for the benefit of eligible Employees, in accordance with the terms and conditions described herein. Plan benefits may be self-funded through a benefit fund or a trust established by the Plan Sponsor and self-funded with contributions from Covered Persons and/or the Plan Sponsor, or may be funded solely from the general assets of the Plan Sponsor. Covered Persons in the Plan may be required to contribute toward their benefits.

The Plan Sponsor's purpose in establishing the Plan is to help offset, for Covered Persons, the economic effects arising from a non-occupational Injury or Sickness. To accomplish this purpose, the Plan Sponsor must be cognizant of the necessity of containing health care costs through effective plan design, and of abiding by the terms of the Plan, to allow the Plan Sponsor to allocate the resources available to help those individuals participating in the Plan to the maximum feasible extent.

The purpose of the Plan is to set forth the terms and provisions of the Plan that provide for the payment or reimbursement of all or a portion of certain expenses. The Plan is maintained by Sandy Pine Systems, Inc. and may be inspected at any time during usual business hours by any Covered Person.

**General Plan Information**

| Name of Plan: | Sandy Pine Systems, Inc. Employee Health Care Plan |
|---|---|
| Plan Sponsor: | Sandy Pine Systems, Inc.<br>4774 33rd Avenue<br>Columbus, NE 68601<br>Phone: 402-487-2261<br>Fax: 866-479-7535<br>Email: HR@sandypine.com |
| Plan Administrator:<br>(Named Fiduciary) | Sandy Pine Systems, Inc.<br>4774 33rd Avenue<br>Columbus, NE 68601<br>Phone: 402-487-2261<br>Fax: 866-479-7535<br>Email: HR@sandypine.com |
| Plan Sponsor ID No. (EIN) | 26-2886260 |
| Source of Funding: | Self-Funded |
| Status: | Non-Grandfathered |
| Applicable Law: | ERISA |
| Plan Year: | January 1st through December 31st |
| Plan Number: | 501 |
| Plan Type: | Medical<br>Prescription Drug |
| Claims Administrator: | Auxiant<br>424 1st Avenue, NE<br>Cedar Rapids, IA 52401<br>Phone: 800-475-2232<br>Fax: 319-398-3292<br>Website: www.auxiant.com |
| Participating Employer(s): | Sandy Pine Systems, Inc.<br><br>Whitetail, LLC<br><br>GJW, LLC<br><br>Lost Island, Inc.<br><br>Ainsworth Feed Mill, LLC<br><br>Sandhill Elite Genetics, LLC |
| Agent for Service of Process: | Sandy Pine Systems, Inc. |

| | C/O Human Resource Team<br>4774 33rd Avenue<br>Columbus, NE 68601<br>Phone: 402-487-2261<br>Email: HR@sandypine.com |
| --- | --- |

## Legal Entity; Service of Process

The Plan is a legal entity. Legal notice may be filed with, and legal process served upon, the Plan Administrator.

## Not a Contract

The Plan Document and any Amendments constitute the terms and provisions of coverage under the Plan. The Plan Document shall not be deemed to constitute a contract of any type between the Employer and any Covered Person or to be consideration for, or an inducement or condition of, the employment of any Employee. Nothing in the Plan Document shall be deemed to give any Employee the right to be retained in the service of the Employer or to interfere with the right of the Employer to discharge any Employee at any time; provided, however, that the foregoing shall not be deemed to modify the provisions of any collective bargaining agreements which may be entered into by the Employer with the bargaining representatives of any Employees.

## Mental Health Parity

Pursuant to the Mental Health Parity and Addiction Equity Act of 2008, the Plan applies its terms uniformly and enforces parity between covered medical and surgical benefits and covered mental health and substance use disorder benefits relating to financial cost sharing restrictions and treatment duration limitations. For further details, please contact the Plan Administrator.

## Applicable Law

This is a self-funded benefit plan coming within the purview of the Employee Retirement Income Security Act of 1974 ("ERISA"). The Plan is funded with Employee and/or Employer contributions. As such, when applicable, Federal law and jurisdiction preempt State law and jurisdiction.

## Discretionary Authority

The Plan Administrator shall have sole, full and final discretionary authority to interpret all Plan provisions, including the right to remedy possible ambiguities, inconsistencies and/or omissions in the Plan and related documents; to make determinations in regards to issues relating to eligibility for benefits; to decide disputes that may arise relative to a Covered Person's rights; and to determine all questions of fact and law arising under the Plan.

## Named Fiduciary and Plan Administrator

The Named Fiduciary and Plan Administrator is Sandy Pine Systems, Inc., who will have the authority to control and manage the operation and administration of the Plan. The Plan Administrator (or similar decision-making body) has the sole authority and discretion to: establish the terms of the Plan; determine any and all questions in relation to the administration, interpretation or operation of the Plan, including, but not limited to, eligibility under the Plan, the terms and provisions of the Plan, and the meaning of any alleged vague or ambiguous term or provision; determine payment of benefits or claims under the Plan; and to decide any and all other matters arising under the Plan. The Plan Administrator has the final and discretionary authority to determine the Usual & Customary amount.

## Contributions to the Plan

The amount of contributions to the Plan is to be made on the following basis:

Contributions to the Plan are made by the Employer, which include Employee and Dependent contributions. The Employer reserves the right to increase or decrease Employee or Dependent contributions requirements from time to time. Notwithstanding any other provision of the Plan, the Employer's obligation to pay claims under the terms of the Plan will be limited to its obligation to make contributions to the Plan. Payment of claims in accordance with these procedures will discharge completely the Employer's obligation with respect to such payments. In the event that the Employer terminates the Plan, the Employer and Covered Employees will have no further obligation to make additional contributions to the Plan as of the effective date of termination of the Plan.

### Plan Modification and Amendments

Subject to any negotiated agreements, the Employer may modify, amend, or discontinue the Plan without the consent of or notice to Employees. Any changes made shall be binding on each Employee and on any other Covered Persons. This right to make Amendments shall extend to amending the coverage (if any) granted to retirees covered under the Plan, including the right to terminate such coverage (if any) entirely.

### Termination of Plan

The Employer reserves the right at any time to terminate the Plan. The termination must be in writing. All previous contributions by the Employer will be used to pay benefits under the provisions of the Plan for claims arising before termination, or will be used to provide similar health benefits to Covered Employees, until all contributions are exhausted.

### Claim Procedure

In accordance with Section 503 of ERISA, the Employer will provide adequate notice in writing to any Covered Employees whose claim for benefits under the Plan has been denied, setting forth the specific reasons for such denial and written in a manner calculated to be understood by the Employee. Further, the Employer will afford a Reasonable opportunity to any Employee, whose claim for benefits has been denied, for a full and fair review of the decision denying the claim by the person designated by the Employer for that purpose.

### Protection against Creditors

Benefit payments under the Plan are not subject in any way to alienation, sale, transfer, pledge, attachment, garnishment, execution, or encumbrance of any kind. Any attempt to sell, transfer, garnish, or otherwise attach benefit payments under the plan in violation of this restriction will be void. If the Employer discovers an attempt has been made to attach, garnish, or otherwise improperly assign or sell a benefit payment in violation of this section that would be due to a current or former Covered Employee, the Employer reserves the right to terminate the interest of that individual in the payment, and instead apply that payment to or for the benefit of the Covered Employee, dependents or spouse as the Employer may otherwise decide. The application of the benefit payment in this manner will completely discharge all liability for such benefit payment.

### Indemnification of Employees

Except as otherwise provided in ERISA, no director, officer, or Employee of the Employer or of the Claims Administrator will incur any personal liability for the breach of any responsibility, obligation, or duty in connection with any act or omission done in good faith in the administration or management of the Plan, and will be indemnified and held harmless by the Employer from and against any such personal liability, including all expenses reasonably Incurred in his defense if the Employer fails to provide such defense. The Employer and the Plan may individually obtain Fiduciary liability coverage consistent with applicable law.

### National Correct Coding Initiative

Where not otherwise specified, the Plan follows National Correct Coding Initiative (NCCI) for coding, modifiers, bundling/unbundling, and payment parameters. Other guidelines may be applicable where NCCI is silent. The Plan Administrator has full discretionary authority to select guidelines and/or vendors to assist in determinations.

**Questions or Concerns:**
You may contact the Plan Sponsor, Claims Administrator, or you may also contact the United States Department of Labor: Employee Benefits Security Administration at:

Employee Benefit Security Administration
Kansas City Regional Office
2300 Main St, Ste 1100
Kansas City, MO 64108
Tel (816) 285-1800
Fax (816) 285-1888

# BENEFIT OVERVIEW FOR SANDY PINE SYSTEMS, INC.

*Note: The following section is an overview of the Plan.*

**Eligibility Provisions**

*The Employee should notify the Employer of eligibility changes (i.e., Total Disability, retirement, change in Dependent status - birth, marriage, divorce, etc.) as soon as possible.*

| | |
|---|---|
| **EFFECTIVE DATE OF PLAN** | January 1, 2020 |
| **ELIGIBLE CLASS** | Full-time, Active Employees who work for the Employer for at least thirty (30) hours per week on a Regular Basis. Part-time, temporary, seasonal, leased Employees and independent contractors are not eligible under the Plan. |
| **WAITING PERIOD** | An Employee will be eligible on the first day of the month following sixty (60) days of continuous Active Work. If the last day of the waiting period is the first day of the month, coverage is effective the first day of the following month. |
| | Temporary or part-time Employees who become full-time Employees will not be given credit towards satisfaction of the waiting period while employed on a temporary or part-time basis. An Employee who has fully completed the waiting period during the period of part-time or temporary employment will have to re-satisfy the waiting period when he/she becomes full-time. |
| **CONTRIBUTION** | The Plan may be evaluated from time to time to determine the amount of Employee contribution (if any) required. |

*Please refer to the **Eligibility** section for further details.*

**MANAGED CARE**

The Plan requires that all non-Emergency Inpatient admissions (Hospital, Skilled Nursing Facility, Birthing Center, and other facilities) be pre-certified by the Review Organization forty-eight (48) hours prior to the admission; all Emergency Inpatient admissions must be reported within forty-eight (48) hours of admission.

*Please refer to the **Managed Care** section for further details.*

## PLAN LIMITATIONS AND MAXIMUMS OVERVIEW

Negotiated Fee or Usual, Reasonable and Customary

All charges are subject to either the Negotiated Fee (if the Provider is a Network Provider) or the Usual, Reasonable and Customary (U&C) fee for the area in which the service or supply is received, unless otherwise noted.

Hospital Room and Board Limitation

Semi-Private Rate

Intensive Care Unit Limitation

ICU Rate

Skilled Nursing Facility Room and Board Limitation

Semi-Private Rate

Maximum Benefit for Mammograms

1 per Calendar Year

Maximum Benefit for Chiropractic Care

20 visits per Calendar Year

Maximum Benefit for Home Health Care

60 visits per Calendar Year

Maximum Benefit for Occupational Therapy, Physical Therapy and Speech Therapy combined

60 visits per Calendar Year

Maximum Benefit for Skilled Nursing Facility

60 days per Calendar Year

Maximum Benefit for Dialysis Therapy

$8,000 per month with the 1st month of home treatment;
$8,000 per month beginning the 91st day of office/outpatient treatment

# SCHEDULE OF MEDICAL BENEFITS

## PPO NETWORK PLAN

The Plan utilizes a Preferred Provider Organization (PPO) that, through negotiation, offers discounts for using the preferred providers for medical care. If the Covered Person utilizes the PPO providers for eligible services, the Covered Person will receive the In-Network benefit listed below. To obtain a list of the preferred providers, please reference the information provided on the ID card.

All services under the PPO Plan must be provided by participating providers to be covered at the In-Network benefit level. Services received elsewhere will be paid at the Out-of-Network level. If any of the following circumstances apply, benefits will be payable at the In-Network level, however, Usual, Reasonable and Customary will not apply to those Out-of-Network fees:

- Charges for pathologist, independent lab, Emergency room Physicians, anesthesiologist, or radiologist when services are provided at an In-Network facility or referred by an In-Network provider, even when the provider is an Out-of-Network provider.
- If the Covered Person has no choice of In-Network providers in the specialty that the Covered Person is seeking within the In-Network service area (includes Preventive Care).
- If the Covered Person is out of the In-Network service area and has a Medical Emergency requiring immediate care.
- When a In-Network provider utilizes the services of an Out-of-Network provider for the reading or interpretation of x-ray or laboratory tests.
- For individuals who have an appointment with an Out-of-Network provider that was scheduled prior to the implementation of the PPO, services will be paid at the In-Network level. Services will be allowed on a one time basis. Ongoing care, such as OB, will be allowed at the In-Network level until the current course of treatment is complete.
- If the Covered Person receives professional services from an Out-of-Network provider while at a Network facility.
- Preventive Care services will be covered at 100% Deductible waived for Out-of-Network providers if there is no Network provider who can provide a required Preventive Care service.

**Claims Audit**

In addition to the Plan's Medical Record Review process, the Plan Administrator may use its discretionary authority to utilize an independent bill review and/or claim audit program or service for a complete claim. While every claim may not be subject to a bill review or audit, the Plan Administrator has the sole discretionary authority for selection of claims subject to review or audit.

The analysis will be employed to identify charges billed in error and/or charges that are not Usual, Reasonable and Customary and/or Medically Necessary, if any, and may include a Covered Person's medical billing records review and/or audit of the Covered Person's medical charts and records.

Upon completion of an analysis, a report will be submitted to the Plan Administrator or its agent to identify the charges deemed in excess of the Usual, Reasonable and Customary amounts or other applicable provisions, as outlined in the Plan.

Despite the existence of any agreement to the contrary, the Plan Administrator has the discretionary authority to reduce any charge to a Usual, Reasonable and Customary charge, in accord with the terms of the Plan.

# SCHEDULE OF BENEFITS - PLAN A

| Plan A | | |
|---|---|---|
| | **Network Providers** % of Network Negotiated Fee | **Non-Network Providers** % of Usual & Customary |
| **Note: The Network and Non-Network Deductible, Out-of-Pocket maximums and any other benefit maximums cross-satisfy one another.** | | |
| **DEDUCTIBLE, PER CALENDAR YEAR** | | |
| **Per Covered Person** | $3,000 | $6,000 |
| **Per Family Unit** | $6,000 | $12,000 |
| *Members in a Family plan are only required to satisfy the Per Covered Person Deductible before benefits will pay.* | | |
| The Deductible does not apply to:<br><br>• Network Preventive Care. | | |
| **MAXIMUM OUT-OF-POCKET AMOUNT, PER CALENDAR YEAR (Includes Deductible and Coinsurance)** | | |
| The Out-of-Pocket is the Maximum Amount paid by the Covered Person in the Calendar Year. Charges noted below as not applying to the Out-of-Pocket do not calculate toward the Out-of-Pocket amount. | | |
| **Per Covered Person** | $3,000 | $10,000 |
| **Per Family Unit** | $6,000 | $20,000 |
| *Members in a family plan are only required to satisfy the Per Covered Person Out-of-Pocket limit.* | | |
| The Plan will pay the designated percentage of Covered Expenses until Out-of-Pocket amounts are reached, at which time the Plan will pay 100% of the remainder of Covered Expenses for the rest of the Calendar Year unless stated otherwise. | | |
| The following charges do not apply toward the Out-of-Pocket maximum:<br><br>• Cost containment penalties;<br>• Ineligible charges; and<br>• Amounts over the Usual & Customary. | | |
| **COVERED SERVICES FOR PROFESSIONAL FEES** | | |
| **Allergy Injections/Serum Inpatient/Outpatient** | 100% after Deductible | 80% after Deductible |
| **Allergy Injections/Serum Office** | 100% after Deductible | 80% after Deductible |
| **Allergy Testing Inpatient/Outpatient** | 100% after Deductible | 80% after Deductible |
| **Allergy Testing Office** | 100% after Deductible | 80% after Deductible |
| **Ambulance Service** | 100% after Deductible | Paid at Network level |
| **Anesthesia Inpatient/Outpatient** | 100% after Deductible | 80% after Deductible |
| **Anesthesia Office** | 100% after Deductible | 80% after Deductible |
| **Chemotherapy/Radiation Therapy Inpatient** Pre-Authorization required for prescribed treatment. | 100% after Deductible | 80% after Deductible |

| Plan A | | |
|---|---|---|
| | Network Providers<br>% of Network Negotiated Fee | Non-Network Providers<br>% of Usual & Customary |
| Chemotherapy/Radiation Therapy<br>Office/Outpatient<br>Pre-Authorization required for<br>prescribed treatment. | 100% after Deductible | 80% after Deductible |
| Chiropractic/Spinal Manipulation<br>Includes chiropractic lab, x-rays,<br>supplies and evaluation and<br>management fees. Limited to 20 visits<br>per Calendar Year. | 100% after Deductible | 80% after Deductible |
| Diabetic Supplies | 100% after Deductible | 80% after Deductible |
| Diagnostic Lab/X-ray Emergency<br>Room | 100% after Deductible | Paid at Network level |
| Diagnostic Lab by Independent<br>Lab | 100% after Deductible | 80% after Deductible |
| Diagnostic Lab/X-ray Inpatient and<br>Outpatient | 100% after Deductible | 80% after Deductible |
| Diagnostic Lab/X-ray Office | 100% after Deductible | 80% after Deductible |
| Diagnostic X-ray Office Radiologist<br>Fees | 100% after Deductible | 80% after Deductible |
| Durable Medical Equipment | 100% after Deductible | 80% after Deductible |
| Home Health Care<br>Limited to 60 visits per Calendar<br>Year. | 100% after Deductible | 80% after Deductible |
| Hospice Care | 100% after Deductible | 80% after Deductible |
| Injections Office | 100% after Deductible | 80% after Deductible |
| Injections<br>Inpatient/Outpatient/Home | 100% after Deductible | 80% after Deductible |
| Orthotics | 100% after Deductible | 80% after Deductible |
| Other Covered Services | 100% after Deductible | 80% after Deductible |
| Physician Emergency Room Visits | 100% after Deductible | Paid at Network level |
| Physician Inpatient Visits | 100% after Deductible | 80% after Deductible |
| Physician Office Visits | 100% after Deductible | 80% after Deductible |
| Physician Outpatient Visits | 100% after Deductible | 80% after Deductible |
| Private Duty Nursing | 100% after Deductible | 80% after Deductible |
| Prosthetics | 100% after Deductible | 80% after Deductible |
| Supplies Non Durable Office | 100% after Deductible | 80% after Deductible |
| Supplies Non Durable Other | 100% after Deductible | 80% after Deductible |
| Surgery below includes professional fees for anesthesia and assistant surgeon | | |
| Surgery Inpatient | 100% after Deductible | 80% after Deductible |
| Surgery Office | 100% after Deductible | 80% after Deductible |
| Surgery Outpatient | 100% after Deductible | 80% after Deductible |
| Urgent Care Clinic Free-standing<br>facility | 100% after Deductible | 80% after Deductible |

| Plan A | | |
|---|---|---|
| | **Network Providers**<br>% of Network Negotiated Fee | **Non-Network Providers**<br>% of Usual & Customary |
| **COVERED SERVICES FOR FACILITY FEES** | | |
| **Birthing Center** | 100% after Deductible | 80% after Deductible |
| **Inpatient Miscellaneous Charges** | 100% after Deductible | 80% after Deductible |
| **Inpatient Rehabilitation** | 100% after Deductible | 80% after Deductible |
| **Inpatient Room and Board**<br>Limited to the semi-private room rate. | 100% after Deductible | 80% after Deductible |
| **Intensive Care Unit**<br>Limited to the Hospital's ICU Charge. | 100% after Deductible | 80% after Deductible |
| **Outpatient Diagnostic** | 100% after Deductible | 80% after Deductible |
| **Outpatient Emergency Room** | 100% after Deductible | Paid at Network level |
| **Outpatient Other Services** | 100% after Deductible | 80% after Deductible |
| **Outpatient Surgery** | 100% after Deductible | 80% after Deductible |
| **Skilled Nursing Facility**<br>Limited to 60 days per Calendar<br>Year. | 100% after Deductible | 80% after Deductible |
| **Urgent Care Room Hospital Billed** | 100% after Deductible | 80% after Deductible |
| **COVERED SERVICES FOR BOTH PROFESSIONAL AND FACILITY FEES FOR THE FOLLOWING DIAGNOSES:** | | |
| **Infertility** | 100% after Deductible | 80% after Deductible |
| Includes: care, supplies and services for the initial diagnosis of infertility. Treatment of infertility is not covered. | | |
| **Organ Transplant** | 100% after Deductible | 80% after Deductible |
| **Pregnancy** | 100% after Deductible | 80% after Deductible |
| **Preventive Care** | 100% Deductible waived | 80% after Deductible |

Preventive Care benefits include, but are not limited to, the following when the claim is submitted with a routine diagnosis:

- All other lab tests;
- All other x-rays;
- Contraceptives (the administration and supply for injectables, diaphragms, implants, IUD's, and office visits and laboratory work associated with contraceptives and sterilization procedures for females);
- Depression screening through Primary Care Physician office;
- Immunizations;
- Lactation Counseling;
- Mammograms;
  - 1 per Calendar Year;
- Pap smear;
- Prostate screening;
- Routine exams;
- Routine hearing exams;
- Routine surgeries (colonoscopy);
- Routine vision exams;
- Smoking cessation – office visits/counseling; and
- Well Child Care;
  - Well Child blood lead test to age 6.

| | Plan A | |
|---|---|---|
| | **Network Providers**<br>% of Network Negotiated Fee | **Non-Network Providers**<br>% of Usual & Customary |
| **COVERED SERVICES FOR MENTAL HEALTH AND SUBSTANCE USE DISORDERS** | | |
| **Diagnostic Lab & X-ray Office** | 100% after Deductible | 80% after Deductible |
| **Diagnostic Lab & X-ray Other than Office** | 100% after Deductible | 80% after Deductible |
| **Inpatient Facility and Residential Treatment**<br>This includes any services received during an Inpatient or residential stay. | 100% after Deductible | 80% after Deductible |
| **Office Counseling fees** | 100% after Deductible | 80% after Deductible |
| **Office Evaluation and Management fees** | 100% after Deductible | 80% after Deductible |
| **Outpatient Emergency Room** | 100% after Deductible | Paid at Network level |
| **Outpatient Facility**<br>This includes any services billed as Outpatient or in a partial stay facility. | 100% after Deductible | 80% after Deductible |
| **Physician Emergency Room Visits** | 100% after Deductible | Paid at Network level |
| **Transitional Treatment Facility** | 100% after Deductible | 80% after Deductible |
| **Urgent Care Clinic Free-standing facility** | 100% after Deductible | 80% after Deductible |
| **Urgent Care Room Hospital Billed** | 100% after Deductible | 80% after Deductible |
| **COVERED SERVICES FOR REHABILITATION THERAPY FOR BOTH PROFESSIONAL AND FACILITY FEES (Inpatient Facility fees are included in Inpatient miscellaneous Facility fees above)** | | |
| **Cardiac Rehabilitation**<br>Office/Outpatient | 100% after Deductible | 80% after Deductible |
| **Dialysis Therapy**<br>Home/Office/Outpatient<br>For at home treatment (peritoneal dialysis) $8,000 maximum per month begins the first month of treatment. For office/outpatient treatment $8,000 maximum per month begins the 91st day of treatment. | 100% after Deductible | 80% after Deductible |
| **Home Infusion Therapy** | 100% after Deductible | 80% after Deductible |
| **Occupational Therapy**<br>Office/Outpatient<br>Limited to 60 visits per Calendar Year combined with Physical Therapy and Speech Therapy. | 100% after Deductible | 80% after Deductible |
| **Physical Therapy Office/Outpatient**<br>Limited to 60 visits per Calendar Year combined with Occupational Therapy and Speech Therapy. | 100% after Deductible | 80% after Deductible |

| Plan A | | |
|---|---|---|
| | **Network Providers**<br>% of Network Negotiated Fee | **Non-Network Providers**<br>% of Usual & Customary |
| **Speech Therapy Office/Outpatient**<br>Limited to 60 visits per Calendar<br>Year combined with Occupational<br>Therapy and Physical Therapy. | 100% after Deductible | 80% after Deductible |

# SCHEDULE OF BENEFITS - PLAN B

| | Plan B | |
|---|---|---|
| | **Network Providers**<br>% of Network Negotiated Fee | **Non-Network Providers**<br>% of Usual & Customary |
| **Note: The Network and Non-Network Deductible, Out-of-Pocket maximums and any other benefit maximums cross-satisfy one another.** | | |
| **DEDUCTIBLE,**<br>**PER CALENDAR YEAR** | | |
| **Per Covered Person** | $6,000 | $12,000 |
| **Per Family Unit** | $12,000 | $24,000 |
| *Members in a Family plan are only required to satisfy the Per Covered Person Deductible before benefits will pay.* | | |
| The Deductible does not apply to:<br><br>   • Network Preventive Care. | | |
| **MAXIMUM OUT-OF-POCKET AMOUNT,**<br>**PER CALENDAR YEAR (Includes Deductible and Coinsurance)** | | |
| The Out-of-Pocket is the Maximum Amount paid by the Covered Person in the Calendar Year. Charges noted below as not applying to the Out-of-Pocket do not calculate toward the Out-of-Pocket amount. | | |
| **Per Covered Person** | $6,000 | $20,000 |
| **Per Family Unit** | $12,000 | $40,000 |
| *Members in a family plan are only required to satisfy the Per Covered Person Out-of-Pocket limit.* | | |
| The Plan will pay the designated percentage of Covered Expenses until Out-of-Pocket amounts are reached, at which time the Plan will pay 100% of the remainder of Covered Expenses for the rest of the Calendar Year unless stated otherwise. | | |
| The following charges do not apply toward the Out-of-Pocket maximum:<br><br>   • Cost containment penalties;<br>   • Ineligible charges; and<br>   • Amounts over the Usual & Customary. | | |
| **COVERED SERVICES FOR PROFESSIONAL FEES** | | |
| **Allergy Injections/Serum**<br>**Inpatient/Outpatient** | 100% after Deductible | 80% after Deductible |
| **Allergy Injections/Serum Office** | 100% after Deductible | 80% after Deductible |
| **Allergy Testing**<br>**Inpatient/Outpatient** | 100% after Deductible | 80% after Deductible |
| **Allergy Testing Office** | 100% after Deductible | 80% after Deductible |
| **Ambulance Service** | 100% after Deductible | Paid at Network level |
| **Anesthesia Inpatient/Outpatient** | 100% after Deductible | 80% after Deductible |
| **Anesthesia Office** | 100% after Deductible | 80% after Deductible |
| **Chemotherapy/Radiation Therapy**<br>**Inpatient**<br>Pre-Authorization required for prescribed treatment. | 100% after Deductible | 80% after Deductible |

| | Plan B | |
|---|---|---|
| | **Network Providers**<br>% of Network Negotiated Fee | **Non-Network Providers**<br>% of Usual & Customary |
| **Chemotherapy/Radiation Therapy Office/Outpatient**<br>Pre-Authorization required for prescribed treatment. | 100% after Deductible | 80% after Deductible |
| **Chiropractic/Spinal Manipulation**<br>Includes chiropractic lab, x-rays, supplies and evaluation and management fees. Limited to 20 visits per Calendar Year. | 100% after Deductible | 80% after Deductible |
| **Diabetic Supplies** | 100% after Deductible | 80% after Deductible |
| **Diagnostic Lab/X-ray Emergency Room** | 100% after Deductible | Paid at Network level |
| **Diagnostic Lab by Independent Lab** | 100% after Deductible | 80% after Deductible |
| **Diagnostic Lab/X-ray Inpatient and Outpatient** | 100% after Deductible | 80% after Deductible |
| **Diagnostic Lab/X-ray Office** | 100% after Deductible | 80% after Deductible |
| **Diagnostic X-ray Office Radiologist Fees** | 100% after Deductible | 80% after Deductible |
| **Durable Medical Equipment** | 100% after Deductible | 80% after Deductible |
| **Home Health Care**<br>Limited to 60 visits per Calendar Year. | 100% after Deductible | 80% after Deductible |
| **Hospice Care** | 100% after Deductible | 80% after Deductible |
| **Injections Office** | 100% after Deductible | 80% after Deductible |
| **Injections Inpatient/Outpatient/Home** | 100% after Deductible | 80% after Deductible |
| **Orthotics** | 100% after Deductible | 80% after Deductible |
| **Other Covered Services** | 100% after Deductible | 80% after Deductible |
| **Physician Emergency Room Visits** | 100% after Deductible | Paid at Network level |
| **Physician Inpatient Visits** | 100% after Deductible | 80% after Deductible |
| **Physician Office Visits** | 100% after Deductible | 80% after Deductible |
| **Physician Outpatient Visits** | 100% after Deductible | 80% after Deductible |
| **Private Duty Nursing** | 100% after Deductible | 80% after Deductible |
| **Prosthetics** | 100% after Deductible | 80% after Deductible |
| **Supplies Non Durable Office** | 100% after Deductible | 80% after Deductible |
| **Supplies Non Durable Other** | 100% after Deductible | 80% after Deductible |
| **Surgery below includes professional fees for anesthesia and assistant surgeon** | | |
| **Surgery Inpatient** | 100% after Deductible | 80% after Deductible |
| **Surgery Office** | 100% after Deductible | 80% after Deductible |
| **Surgery Outpatient** | 100% after Deductible | 80% after Deductible |
| **Urgent Care Clinic Free-standing facility** | 100% after Deductible | 80% after Deductible |

| Plan B | | |
|---|---|---|
| | **Network Providers**<br>% of Network Negotiated Fee | **Non-Network Providers**<br>% of Usual & Customary |
| **COVERED SERVICES FOR FACILITY FEES** | | |
| **Birthing Center** | 100% after Deductible | 80% after Deductible |
| **Inpatient Miscellaneous Charges** | 100% after Deductible | 80% after Deductible |
| **Inpatient Rehabilitation** | 100% after Deductible | 80% after Deductible |
| **Inpatient Room and Board**<br>Limited to the semi-private room rate. | 100% after Deductible | 80% after Deductible |
| **Intensive Care Unit**<br>Limited to the Hospital's ICU Charge. | 100% after Deductible | 80% after Deductible |
| **Outpatient Diagnostic** | 100% after Deductible | 80% after Deductible |
| **Outpatient Emergency Room** | 100% after Deductible | Paid at Network level |
| **Outpatient Other Services** | 100% after Deductible | 80% after Deductible |
| **Outpatient Surgery** | 100% after Deductible | 80% after Deductible |
| **Skilled Nursing Facility**<br>Limited to 60 days per Calendar<br>Year. | 100% after Deductible | 80% after Deductible |
| **Urgent Care Room Hospital Billed** | 100% after Deductible | 80% after Deductible |
| **COVERED SERVICES FOR BOTH PROFESSIONAL AND FACILITY FEES FOR THE FOLLOWING DIAGNOSES:** | | |
| **Infertility** | 100% after Deductible | 80% after Deductible |
| Includes: care, supplies and services for the initial diagnosis of infertility. Treatment of infertility is not covered. | | |
| **Organ Transplant** | 100% after Deductible | 80% after Deductible |
| **Pregnancy** | 100% after Deductible | 80% after Deductible |
| **Preventive Care** | 100% Deductible waived | 80% after Deductible |

Preventive Care benefits include, but are not limited to, the following when the claim is submitted with a routine diagnosis:

- All other lab tests;
- All other x-rays;
- Contraceptives (the administration and supply for injectables, diaphragms, implants, IUD's, and office visits and laboratory work associated with contraceptives and sterilization procedures for females);
- Depression screening through Primary Care Physician office;
- Immunizations;
- Lactation Counseling;
- Mammograms;
  - ○ 1 per Calendar Year;
- Pap smear;
- Prostate screening;
- Routine exams;
- Routine hearing exams;
- Routine surgeries (colonoscopy);
- Routine vision exams;
- Smoking cessation – office visits/counseling; and
- Well Child Care;
  - ○ Well Child blood lead test to age 6.

| Plan B | | |
|---|---|---|
| | **Network Providers**<br>% of Network Negotiated Fee | **Non-Network Providers**<br>% of Usual & Customary |
| **COVERED SERVICES FOR MENTAL HEALTH AND SUBSTANCE USE DISORDERS** | | |
| **Diagnostic Lab & X-ray Office** | 100% after Deductible | 80% after Deductible |
| **Diagnostic Lab & X-ray Other than Office** | 100% after Deductible | 80% after Deductible |
| **Inpatient Facility and Residential Treatment**<br>This includes any services received during an Inpatient or residential stay. | 100% after Deductible | 80% after Deductible |
| **Office Counseling fees** | 100% after Deductible | 80% after Deductible |
| **Office Evaluation and Management fees** | 100% after Deductible | 80% after Deductible |
| **Outpatient Emergency Room** | 100% after Deductible | Paid at Network level |
| **Outpatient Facility**<br>This includes any services billed as Outpatient or in a partial stay facility. | 100% after Deductible | 80% after Deductible |
| **Physician Emergency Room Visits** | 100% after Deductible | Paid at Network level |
| **Transitional Treatment Facility** | 100% after Deductible | 80% after Deductible |
| **Urgent Care Clinic Free-standing facility** | 100% after Deductible | 80% after Deductible |
| **Urgent Care Room Hospital Billed** | 100% after Deductible | 80% after Deductible |
| **COVERED SERVICES FOR REHABILITATION THERAPY FOR BOTH PROFESSIONAL AND FACILITY FEES (Inpatient Facility fees are included in Inpatient miscellaneous Facility fees above)** | | |
| **Cardiac Rehabilitation Office/Outpatient** | 100% after Deductible | 80% after Deductible |
| **Dialysis Therapy Home/Office/Outpatient**<br>For at home treatment (peritoneal dialysis) $8,000 maximum per month begins the first month of treatment. For office/outpatient treatment $8,000 maximum per month begins the 91st day of treatment. | 100% after Deductible | 80% after Deductible |
| **Home Infusion Therapy** | 100% after Deductible | 80% after Deductible |
| **Occupational Therapy Office/Outpatient**<br>Limited to 60 visits per Calendar Year combined with Physical Therapy and Speech Therapy. | 100% after Deductible | 80% after Deductible |
| **Physical Therapy Office/Outpatient**<br>Limited to 60 visits per Calendar Year combined with Occupational Therapy and Speech Therapy. | 100% after Deductible | 80% after Deductible |

| Plan B | | |
|---|---|---|
| | **Network Providers**<br>% of Network Negotiated Fee | **Non-Network Providers**<br>% of Usual & Customary |
| **Speech Therapy Office/Outpatient**<br>Limited to 60 visits per Calendar<br>Year combined with Occupational<br>Therapy and Physical Therapy. | 100% after Deductible | 80% after Deductible |

# PRESCRIPTION DRUG BENEFIT

**Pharmacy Prescription Drug Benefit**
Limited to a 30-day supply.

Generic Drugs

    Coinsurance............................................................................................. 100% after Deductible

Formulary Drugs

    Coinsurance............................................................................................. 100% after Deductible

Non-Formulary
Drugs

    Coinsurance............................................................................................. 100% after Deductible

Specialty Drugs

    Coinsurance............................................................................................. 100% after Deductible


**Mail Order Prescription Drug Benefit**
Available for maintenance drugs. Maintenance drugs are those taken for long periods of time, such as drugs sometimes prescribed for heart disease, high blood pressure, asthma, etc. Limited to a 90-day supply.

Generic Drugs

    Coinsurance............................................................................................. 100% after Deductible

Formulary Drugs

    Coinsurance............................................................................................. 100% after Deductible

Non-Formulary
Drugs

    Coinsurance............................................................................................. 100% after Deductible


Generic Contraceptive Prescription Drugs are a $0 Co-Payment with first dollar coverage, as required under PPACA.

Certain Prescriptions written for Preventive Care may be covered at the generic level if no generic option is available, as required under PPACA. For a complete list of covered Prescription Drugs and for information regarding drugs covered for Preventive Care, please refer to the website or booklet information provided by the Employer identified on your Drug Card.

Tobacco cessation medications (including both prescription and over-the-counter medications (e.g., Chantix, bupropion, nicotine replacement products)) for a ninety (90) day treatment regimen without prior authorization. Two (2) tobacco cessation attempts are allowed per year. Coverage does not apply to brands where an equivalent generic is available.

# ELIGIBILITY

**EMPLOYEE ELIGIBILITY:** The following Employees will be eligible for coverage under the Plan.

- Full-time, Active Employees who work for the Employer for at least thirty (30) hours per week on a Regular Basis. Such work may occur either at the usual place of business of the Employer or at a location to which the business of the Employer requires the Employee to travel and for which he or she receives regular earnings from the Employer.

- Variable Hour Employees: Any other Employees, who have qualified for coverage through a measurement period as defined by the Employer as Full-time, Active Employees for a stability period after completing a measurement period for determining Eligibility. Part-time Employees who are determined to not be considered "full-time" at the completion of a measurement period will not be eligible during the subsequent stability period.

Part-time, temporary, seasonal, leased Employees and independent contractors are not eligible under the Plan.

**WAITING PERIOD:** An Employee is eligible on the first day of the month following a waiting period of sixty (60) days of continuous Full-Time Employment with the Employer. If the last day of the waiting period is the first day of the month, coverage is effective the first day of the following month.

A waiting period is the time between the first day of Full-Time Employment and the first day of coverage under the Plan.

The Plan may not base rules for eligibility for coverage upon an Employee being Actively at Work, if a health factor is present. If an Employee is absent from work due to a health factor, for purposes of plan eligibility, the Employee is to be considered Actively at Work.

Temporary or part-time Employees who become full-time Employees will not be given credit towards satisfaction of the waiting period while employed on a temporary or part-time basis. An Employee who has fully completed the waiting period during the period of part-time or temporary employment will have to re-satisfy the waiting period when he/she becomes full-time.

## EMPLOYEE EFFECTIVE DATE

Employee Coverage under the Plan shall become effective on the date of the Employee's eligibility provided he/she has made written application for such coverage on, or within thirty-one (31) days before or after, such date. Please see the Enrollment section for all requirements of Timely, Special and Late Enrollees.

## DEPENDENT ELIGIBILITY

The following persons are eligible for Dependent coverage under the Plan:

1. LAWFUL SPOUSE - An Employee's lawful spouse, residing in the same country, if not legally separated or divorced.

   Not considered eligible for spousal coverage:
   a) Common law spouses; and

b) Domestic partnerships.

If a divorce is pending, a spouse cannot be dropped from coverage until the divorce is finalized. A finalized divorce decree or legal separation document must be submitted in order to drop the spouse's coverage from the Plan.

2. CHILDREN TO AGE TWENTY-SIX (26) - An Employee's Child up to age twenty-six (26) is eligible for coverage through the Plan regardless of marital status, employment status, or existence of other coverage. However, if the Child has coverage through their own Employer or through their own spouse, then this coverage will pay all benefits as secondary to that coverage as outlined in the Coordination of Benefits section of the Plan. When the Child reaches limiting age, coverage will end on the last day of the Child's birthday month.

3. DEVELOPMENTALLY DISABLED OR HANDICAPPED CHILDREN - An Employee's unmarried Dependent Child who is incapable of self-sustaining employment by reason of Developmental Disability or physical or mental handicap, and who is primarily dependent upon the Employee for support and maintenance is covered under the Plan when the Child reaches the limiting age. Proof of disability or handicap must be submitted to the Plan Administrator within thirty-one (31) days of the covered Dependent reaching the limiting age. Thereafter, proof may be required annually.

4. CHILDREN ENTITLED TO COVERAGE - as the result of one (1) of the following:

      a. Qualified Medical Child Support Order (QMCSO);
      b. A National Medical Support Order;
      c. Divorce Decree; and
      d. Court Order.

At any time, the Plan may require proof that a spouse or a Child qualifies or continues to qualify as a Dependent as defined by the Plan.

The term "Child" or "Children" as referenced in the above sections includes:

      a. An Employee's natural Child;
      b. An Employee's adopted Child (from the date of the placement);
      c. An Employee's stepchild;
      d. An Employee's foster Child;
      e. Any other Child for whom the Employee has Legal Guardianship or for a Child for whom the Employee or covered spouse had noted Legal Guardianship on the Child's eighteenth (18th) birthday (proof is required).

An "adopted Child (from the date of placement)" refers to a Child whom the Employee has adopted or intends to adopt, whether or not the adoption has become final, who has not attained the age of eighteen (18) on the date of such placement for adoption. The term placement means the assumption and retention by such Employee of a legal obligation for total or partial support of the Child in anticipation of adoption of the Child. The Child must be available for adoption and the legal process must have commenced.

If two (2) spouses are employed by the Employer and both are eligible for Dependent coverage, either spouse, but not both, may elect Dependent coverage for their eligible Dependents.

5. INELIGIBLE DEPENDENTS - Ineligible Dependents, not withstanding the foregoing section, are excluded

from eligibility: other individuals living in the covered Employee's home, but who are not eligible as defined; the legally separated or divorced former spouse of the Employee; any person who is on active duty in any military service of any country; anyone who is eligible for coverage as an Employee will not be eligible for coverage as both an Employee and as a Dependent.

## DEPENDENT EFFECTIVE DATE

A Dependent will be considered eligible for coverage on the date the Employee becomes eligible for Dependent coverage, subject to all limitations and requirements of the Plan. Each Employee who makes such written request for Dependent coverage on a form approved by the Employer shall, become covered for Dependent coverage as follows:

1. If the Employee makes such written request on or before the date he or she becomes eligible for Dependent coverage, or within the time frame listed in "Employee Eligibility" to enroll, the Employee shall become covered, with respect to those persons who are then his or her Dependents, on the date he or she becomes covered for participant coverage.

2. If the Dependent is a Newborn Child or newly adopted Child, then the Dependent is eligible for coverage from the date of the event (i.e., birth or date of placement). The newly-acquired Dependent must be enrolled and the Plan Sponsor notified within thirty-one (31) days of the date of the event. Benefits will not be paid until the Dependent is enrolled.

3. If a Dependent is acquired other than at the time of his or her birth due to a court order, decree, or marriage, coverage for this new Dependent will be effective on the first day of the month following such court order, decree, or marriage if Dependent coverage is in effect under the Plan at that time and proper enrollment is completed within thirty-one (31) days of the event. If the Employee does not have Dependent coverage in effect under the Plan at the time of the court order, decree, or marriage and requests such coverage and properly enrolls this new Dependent within the thirty-one (31) day period immediately following the date of the court order, decree, or marriage, then Dependent coverage will be retroactive to the first day of the month following the court order, decree, or marriage.

## TIMELY ENROLLMENT

The enrollment will be "timely" if the enrollment form is completed no later than thirty-one (31) days after the person becomes eligible for the coverage, either initially or under a Special Enrollment Period.

## OPEN ENROLLMENT

During the annual open enrollment period in December, Employees and Dependents who are Late Enrollees will be able to enroll in the Plan. Changes made during the open enrollment period shall be effective the subsequent January 1st.

During the annual open enrollment established by the Employer, an eligible Employee currently enrolled in the Plan may elect to change coverage for himself/herself and his/her eligible Dependents. An Employee will not be permitted to change any benefit election for a Plan Year after the deadline established by the Plan Administrator for the timely filing of such elections, unless the Employee experiences a Special Enrollment event.

Employees will receive detailed information regarding open enrollment from their Employer.

## SPECIAL ENROLLMENT

The following circumstances will constitute eligibility to enroll due to a special enrollment event.

**Individuals losing other coverage (proof is required).** An Employee or Dependent, who is eligible, but not enrolled in the Plan, may enroll if each of the following conditions is met:

1. The Employee or Dependent was covered under a group health plan or had health insurance coverage or coverage through a state Medicaid or Children's Health Insurance Program (CHIP) program, at the time coverage under the Plan was previously offered to the individual.

2. If required by the Plan Administrator, the Employee stated in writing at the time that coverage was offered that the other health coverage was the reason for declining enrollment.

3. The coverage of the Employee or Dependent who had lost the coverage was under COBRA and the COBRA coverage was exhausted, or was not under COBRA and:

    a. the coverage was terminated as a result of loss of eligibility for the coverage (including as a result of legal separation, divorce, death, termination of employment or reduction in the number of hours of employment or other cancellation by the Medicaid or CHIP program providing coverage); or
    b. the Employer contributions towards the coverage were terminated.

4. The Employee or Dependent requests enrollment in the Plan no later than thirty-one (31) days after the date of exhaustion of COBRA coverage or the termination of coverage or Employer contributions, described above. Coverage will begin no later than the first day of the first calendar month following the date the completed enrollment form is received.

5. If the loss of coverage was through a Medicaid or CHIP program, the Employee or Dependent requests enrollment in the Plan no later than sixty (60) days after the date of exhaustion or cancellation by the Medicaid or CHIP program. Coverage will begin no later than the first day of the first calendar month following a completed enrollment form is received.

The effective date for loss of other coverage, if eligible, is the first day of the month following the event.

If the Employee or Dependent lost the other coverage as a result of the individual's failure to pay premiums or required contributions or for cause (such as making a fraudulent claim), that individual does not have a Special Enrollment right.

Note: If an Employee experiences a Special Enrollment Event, the Employee will be allowed to change plans for himself/herself and his/her eligible Dependents.

**Dependent beneficiaries:** A Dependent who is eligible but not currently enrolled in the Plan may enroll if each of the following conditions are met:

1. The Employee is a participant under the Plan (or has met the Waiting Period applicable to becoming a Covered Person under the Plan and is eligible to be enrolled under the Plan but has failed to enroll during a previous enrollment period);

2. An individual becomes a Dependent of the Employee through marriage, birth, adoption or placement for adoption; or

3. The Dependent was previously covered through a Medicaid or CHIP program, and has lost eligibility for coverage through said program,

then the Dependent (and if not otherwise enrolled, the Employee) may be enrolled under the Plan as a covered Dependent of the covered Employee. In the case of the birth or adoption of a Child, the spouse of the covered Employee may be enrolled as a Dependent of the covered Employee if the spouse is otherwise eligible for coverage.

The Dependent Special Enrollment Period is a period of thirty-one (31) days and begins on the date of the marriage, birth, adoption or placement for adoption. If the reason for enrollment is loss of coverage through a Medicaid or CHIP program, the Special Enrollment Period is a period of sixty (60) days and begins on the date of loss of coverage through that plan.

The coverage of the Dependent enrolled in the Special Enrollment Period will be effective:

1. in the case of marriage, the first day of the month following the date of the marriage;

2. in the case of a Dependent's birth, as of the date of birth;

3. in the case of a Dependent's adoption or placement for adoption, the date of the adoption or placement for adoption; or

4. in the case of a loss of coverage through Medicaid or CHIP, the date of the loss of said coverage.

## BREAK IN SERVICE AND REINSTATEMENT OF EMPLOYEES (RETURNING TO SERVICE)

If an Employee incurs a break in service from the Employer of at least thirteen (13) consecutive weeks, they will be required to meet Eligibility requirements (including any waiting period applicable to their position) as if they were a new Employee.

However, if the break in service is more than four (4) weeks, but less than thirteen (13) weeks, the Employee will be treated as a new Employee as long as the break in service period was longer than the length of their actual service period before the break in service was Incurred.

For purposes of applying this provision, the duration of the employee's credited service with the Employer immediately preceding a period during which an Employee was not credited with Hours of Service is determined after application of any applicable rules of Special Unpaid Leave as defined in the Plan.

# MANAGED CARE SERVICES

Managed Care Services are used by the Plan to reduce health care expenses and review and advise Covered Person(s) on how to best utilize the benefits of the Plan.

**Managed Care Services Phone Number**

Please refer to the Employee ID card for the Managed Care Services phone number.

Any reduced reimbursement due to failure to follow Managed Care Services procedures will not apply to the Out-of-Pocket limit.

Please remember that Pre-Certification approval does not verify eligibility for benefits nor guarantee benefit payments.

## UTILIZATION REVIEW

As part of a program designed to keep down escalating costs, the Plan contains a Pre-Certification program. The program requires that the Covered Person follow certain steps before being admitted to the Hospital for Inpatient Treatment or before any listed service below.

The program consists of:

1. Pre-Certification of the Medical Necessity for the following non-Emergency Services before Medical and/or Surgical services are provided:

    Hospitalizations - Hospitals, Skilled Nursing Facility, Birthing Center, and other facilities.

2. Retrospective review of the Medical Necessity of the listed services provided on an Emergency basis;

3. Concurrent review, based on the admitting diagnosis, of the listed services requested by the attending Physician; and

4. Certification of services and planning for discharge from a Medical Care Facility or cessation of medical treatment.

The purpose of the program is to determine if a proposed Hospital stay is appropriate and if the treatment is appropriate for the indicated diagnosis. This program is not designed to be the practice of medicine or to be a substitute for the medical judgment of the attending Physician or other health care provider.

If a particular course of treatment or medical service is not certified, either the Plan will not pay for the charges or the Plan will not consider that course of treatment as appropriate for the indicated diagnosis. The Covered Person is urged to find out why there is a discrepancy between what was requested and what was certified before incurring charges.

The attending Physician does not have to obtain Pre-Certification from the Plan for prescribing a maternity length

of stay that is forty-eight (48) hours or less for a vaginal delivery or ninety-six (96) hours or less for a cesarean delivery.

In order to maximize Plan reimbursements, please read the following provisions carefully.

**Pre-Certification**

Before a Covered Person enters a Medical Care Facility on a non-Emergency basis, the utilization review administrator will, in conjunction with the attending Physician, certify the care as appropriate for the indicated diagnosis. A non-Emergency stay in a Medical Care Facility is one that can be scheduled in advance.

The utilization review program is set in motion by a telephone call from the Covered Person. Covered Person(s) must contact the utilization review administrator at the telephone number on the ID card at least forty-eight (48) hours before services are scheduled to be rendered with the following information:

- Name of the Covered Person and relationship to the covered Employee;
- Name, Social Security number and address of the covered Employee;
- Name of the Employer;
- Name and telephone number of the attending Physician;
- Name of the Medical Care Facility, proposed date of admission, and proposed length of stay; and
- Diagnosis and/or type of surgery.

If there is an Emergency admission to the Medical Care Facility, the Covered Person, the Covered Person's family member, Medical Care Facility or attending Physician must contact the utilization review administrator within forty-eight (48) hours after the admission.

The utilization review administrator will determine the number of days of Medical Care Facility Confinement authorized for payment. Failure to follow this procedure may reduce reimbursement received from the Plan.

**Concurrent review, discharge planning**

Concurrent review of a course of treatment and discharge planning from a Medical Care Facility are parts of the utilization review program. The utilization review administrator will monitor the Covered Person's Medical Care Facility stay or use of other medical services. They will also coordinate either, the scheduled release, an extension of the Medical Care Facility stay, or an extension or cessation of the use of other medical services with the attending Physician, Medical Care Facilities and Covered Person.

If the attending Physician feels that it is Medically Necessary for a Covered Person to receive additional services or to stay in the Medical Care Facility for a greater length of time than has been pre-certified, the attending Physician must request the additional services or days.

## SECOND AND/OR THIRD OPINION PROGRAM

Certain Surgical Procedures are performed either inappropriately or unnecessarily. In some cases, surgery is only one of several treatment options. In other cases, surgery will not help the condition.

In order to prevent unnecessary or potentially harmful surgical treatments, the second and/or third opinion program fulfills the dual purpose of protecting the health of the Plan's Covered Persons and protecting the financial integrity of the Plan.

Benefits will be provided for a second (and third, if necessary) opinion consultation to determine the Medical Necessity of an elective Surgical Procedure. An elective Surgical Procedure is one that can be scheduled in advance; that is, it is not an Emergency or of a life threatening nature.

The Covered Person may choose any board-certified specialist who is not associated with the attending Physician and who is affiliated in the appropriate specialty.

## CASE MANAGEMENT

Case Management is a program whereby a case manager monitors the Covered Person and explores, discusses and recommends coordinated and/or alternate types of appropriate Medically Necessary care. The case manager consults with the Covered Person, the family and the attending Physician in order to develop a plan of care for approval by the Covered Persons's attending Physician and the Covered Person. The Plan of care may include some or all of the following:

- personal support to the Covered Person;

- contacting the family to offer assistance and support;

- monitoring Hospital or Skilled Nursing Facility;

- determining alternative care options; and

- assistance obtaining any necessary equipment and services.

Case Management occurs when this alternate benefit will be beneficial to both the Covered Person and the Plan.

The case manager will coordinate and implement the Case Management program by providing guidance and information on available resources and suggesting the most appropriate treatment plan. The Plan Administrator, attending Physician, Covered Person and Covered Person's family must all agree to the alternate treatment plan.

Once agreement has been reached, the Plan Administrator will direct the Plan to reimburse for Medically Necessary expenses as stated in the treatment plan, even if these expenses normally would not be paid by the Plan.

**Note: Case Management is a voluntary service. There are no reductions of benefits or penalties if the Covered Person and family choose not to participate.**

**Each treatment plan is individually tailored to a specific individual and should not be seen as appropriate or recommended for any other individual, even one with the same diagnosis.**

## MEDICAL BILL REVIEW

The Medical Bill Review Program is designed to reward Employees for identifying and recovering erroneous charges on bills for medical services and supplies furnished to claimants in the following circumstances:

1. When a claimant independently identifies eligible overpayments for services, supplies and treatments not rendered or received, the claimant will be awarded 50% of the recovered amount up to a $1,000 maximum on claims the claimant reports to the Plan Administrator that are successfully recovered by the Plan.
2. The Plan Administrator will assist the claimant with the determination of an eligible overpayment and will

pursue the collection of the overpayment amount.

3. A final determination letter will be sent to the claimant after the status of the audit has been completed. The Plan Administrator shall make the final determination regarding all qualifications for eligible overpayment and awarded amounts.

## Submittal Procedures

Information regarding an overpayment or potential overpayment must be submitted for Medical Bill Review within fifteen (15) days of identification. All considerations for eligible overpayment must be submitted in writing and accompanied by supporting documentation as listed below:

- Claim number or copy of the Explanation of Benefits;
- Any correspondence with the provider; and
- A statement that includes the reason for belief of an eligible overpayment.

## Payment of Awards

Awards shall only apply to the first occurrence of each claim submitted for Medical Bill Review. Awards will be reflected on the Employee's payroll check following the final determination and subsequent recovery of the overpayment.

Employees shall only be eligible for award under the Medical Bill Review Program if eligible overpayments, actual or potential, are the result of services, supplies or treatments billed but not rendered or received.

# MEDICAL EXPENSE BENEFITS

Upon receipt of a claim, the Plan will pay the Benefit Percentage listed in the Schedule of Benefits for Eligible Expenses Incurred in each Benefit Period.

**The Deductible**

The Deductible is the amount of Covered Medical Expenses which must be paid by the Covered Person before Medical Expense Benefits are payable. The Deductible amount is shown in the Schedule of Benefits. Each Family member is subject to the Deductible up to the Family maximum as shown in the Schedule of Benefits.

**Family Deductible Feature**

If the Family Deductible limit, as shown in the Schedule of Benefits, is Incurred by covered Family members during the Calendar Year, no further Deductibles will be required on any members for the rest of the year.

**Usual, Reasonable and Customary Charges**

Subject to the Plan Administrator's exercise of discretion, the Plan shall pay no more than the Usual, Reasonable and Customary Charge for covered services and/or supplies, after a deduction of all amounts payable by Coinsurance or Deductibles. All charges must be billed in accordance with generally accepted industry standards.

Covered expenses which are identified by the Plan Administrator, taking into consideration, among other factors, the fee(s) which the Provider most frequently charges the majority of individuals for the service or supply, the cost to the Provider for providing the services, the prevailing range of fees allowed in the same "area" by Providers of similar training and experience for the service or supply, and the Medicare-allowed reimbursement rates for such services or supplies. This is determined and established by the Plan using normative data such as, but not limited to, Medicare cost to charge ratios, average wholesale price (AWP) for prescriptions and/or manufacturer's retail pricing (MRP) for supplies and devices with the intent to allow only up to the average commercial allowable for related services in the geographic area. The term(s) "same geographic locale" and/or "area" shall be defined as a metropolitan area, county, or such greater area as is necessary to obtain a representative cross-section of Providers, persons or organizations rendering such treatment, services, or supplies for which a specific charge is made. To be Usual, Reasonable and Customary, fee(s) must be in compliance with generally accepted billing practices for unbundling or multiple procedures.

The term "Customary" refers to the form and substance of a service, supply, or treatment provided in accordance with generally accepted standards of medical practice to one individual, which is appropriate for the care or treatment of the same sex, comparable age and who receive such services or supplies within the same geographic locale.

The Plan Administrator will determine what the Usual, Reasonable and Customary charge is, for any procedure, service, or supply, and whether a specific procedure, service or supply is Usual, Reasonable and Customary. For purposes of the Plan, a Usual, Reasonable, and Customary amount is based on a reasonable multiple of what Medicare pays for the same or similar service. If Medicare does not address allowable fees for the service in issue, then another schedule may be used a basis for determining the Reasonable reimbursement rate for the service provided. Non-network providers and providers who have not negotiated a reimbursement level with the Plan Sponsor may balance bill the difference between their charged amount and the Reasonable cost or Maximum Allowable Amount applied to these non-network claim(s).

With regard to any facility or provider directly contracted with the Plan Sponsor or Plan Administrator or as part of a network arrangement, the negotiated rates and fees specifically established under such contract shall be presumed to be Usual, Reasonable, and Customary for covered services for eligible individuals.

## Out-of-Pocket Limit

Covered charges are payable at the percentage shown each Calendar Year until the Out-of-Pocket limit shown in the Schedule of Benefits is reached. Then, covered charges Incurred by a Covered Person will be payable at 100% (except for the charges excluded) for the rest of the Calendar Year.

When a family reaches the family Out-of-Pocket limit, covered charges for that family will be payable at 100% (except for the charges excluded) for the rest of the Calendar Year.

## Allocation and Apportionment of Benefits

The Employer reserves the right to allocate the Deductible amount to any eligible charges and to apportion the benefits to the Covered Person and any assignees. Such allocation and apportionment shall be conclusive and shall be binding upon the Covered Person and all assignees.

## Alternative Treatment

In addition to the Covered Medical Expenses specified, the Claims Administrator (on behalf of and in conjunction with the Plan Administrator) may determine and pre-authorize other services to be covered hereunder which normally are excluded services or have limited coverage under the Plan. The attending Physician or Case Manager must submit an Alternative Treatment plan to the Claims Administrator which indicates the diagnosis and Medical Necessity of the proposed medical services to be provided to the Covered Person.

Based on this information, the Claims Administrator and/or its Medical Consultant(s) will determine and approve the period of time for which such medical service(s) will be covered under the Plan. Further, the Claims Administrator will make such a determination based on each circumstance and stipulate that its approval does not obligate the Plan to provide coverage for the same or similar services for other Covered Persons nor be construed as a waiver of its rights to administer the Plan in accordance with its established provisions.

## Medical Eligible Expenses

Medical Eligible Expenses include the following expenses when they are Incurred while coverage is in force for the Covered Person. If, however, any of the listed expenses are excluded from coverage in the General Limitations section, those expenses will not be considered Medical Eligible Expenses.

The Plan will pay for Medical Eligible Expenses subject to the Benefit Percentage and Maximum Amounts shown in the Schedule of Benefits.

## Hospital Expenses

Hospital expenses are the charges made by a Hospital on its own behalf. Such charges include:

1. Semi-Private Room and Board. If a facility has only private rooms, or if a private room is Medically Necessary due to the diagnosed condition, the private-room rate will be allowable.
2. Necessary Hospital services other than Room and Board as furnished by the Hospital, including but not limited to, general nursing services.

3. Special care units, including burn care units, cardiac care units, delivery rooms, Birthing Centers, Intensive Care Units, isolation rooms, Rehabilitation facilities, Ambulatory Surgical Centers, operating rooms and recovery rooms.
4. Outpatient Emergency Medical Care.
5. Outpatient (including Ambulatory Surgery) charges.

**Skilled Nursing/Extended Care Facility Expenses**

Skilled Nursing/Extended Care Facility Expenses are payable up to the maximum in the Schedule of Benefits. With respect to charges made by a Skilled Nursing Facility for the following services and supplies furnished by the facility, only charges Incurred in connection with convalescence from an Injury or Sickness for which the Covered Person was Hospital confined for at least three (3) consecutive days are eligible for benefits. The Confinement must commence within seven (7) days of discharge from the Hospital or a related Confinement in a Skilled Nursing Facility. Covered Expenses include but may not be limited to:

1. Room and Board (if private room accommodations are used, the daily Room and Board charges allowed will not exceed the facility's average Semi-Private charges);
2. General nursing services;
3. Medical services customarily provided by the Skilled Nursing/Extended Care Facility with the exception of private duty or special nursing services and Physician's fees; and
4. Drugs, biologicals, dressings and casts furnished for use during the Convalescent Period, but no other supplies.

**Home Health Care Expenses**

Home Health Care is subject to any limits stated in the Schedule of Benefits. A Physician (either the Covered Persons's primary care Physician or the primary Physician in the Hospital) must order Home Health Care, which must be provided by a licensed Home Health Care Agency. A Physician must certify that:

1. The Covered Person would have to be Hospitalized or Inpatient at a Skilled Nursing Facility if Home Health Care Services were not available;
2. It would cause the person's immediate family (spouse, Children, parents, grandparents, siblings and their spouses) undue hardship to provide the necessary care; and
3. A licensed Medicare-certified Home Health Care Agency will provide or coordinate the services.

Services must be provided according to a written Home Health Care Plan. Covered Home Health Care services and supplies include:

1. Evaluation of the need for a Home Health Care Plan and development of the plan by a Registered Nurse (R.N.) or medical Social Worker;
2. Home care visits by a Physician;
3. Part-time or intermittent home health aide services that are supervised by a Registered Nurse (R.N.) or medical Social Worker and are Medically Necessary for the Covered Person's care;
4. Part-time or intermittent nursing care by or under the supervision of a Registered Nurse (R.N.);
5. Physical, respiratory, inhalation, occupational and speech therapy;
6. Durable Medical Equipment, supplies and medications prescribed by a qualified practitioner;
7. Lab services by or on behalf of a Hospital, as long as they would have been covered for an Inpatient Confinement; and
8. Nutritional counseling from or supervised by a registered dietitian.

The plan may only cover a set number of visits per person in a Calendar Year, as stated in the Schedule of Medical Benefits. A Home Health Care visit is any visit of up to four (4) hours by a Home Health Care provider.

The plan does not pay Home Health Care benefits for:

1. Services or supplies not included in the Home Health Care Plan.
2. Services of a Close Relative.
3. Custodial Care.
4. Food, housing, homemaker services or meals delivered to the home.
5. Transportation to and from the Covered Person's home.

## Hospice Care Expenses

Hospice care for a terminally ill person provided in the Hospice Unit, an Outpatient facility or the Covered Person's home. A Physician must order the care and expect that the patient has no more than six (6) months to live. The plan may extend Hospice care benefits beyond six (6) months if the patient's Physician certifies that the patient is still terminally ill. Covered Hospice care services and supplies include the following:

1. Room and Board.
2. Part-time nursing care provided or supervised by a Registered Nurse.
3. Part-time services of a home health aide.
4. Physical Therapy provided by a licensed therapist.
5. Medical supplies, drugs and medical appliances prescribed by a qualified provider.
6. Physician's services, including consultation and case management.
7. Dietary counseling.
8. Services of a licensed Social Worker for counseling the patient.
9. Bereavement counseling for the Covered Person's immediate family.
10. Respite care.

Hospice care benefits do not include:

1. Private or special duty nursing, except as part of a Home Health Care Plan.
2. Confinement that is not required to manage pain or other acute chronic symptoms.
3. Services of volunteers.
4. Services of a Social Worker other than a licensed clinical Social Worker.
5. Homemaker or caretaker services including sitter or companion, housecleaning or household maintenance.
6. Financial or legal counseling, including estate planning or drafting a will.
7. Services of a licensed pastoral counselor if the Covered Person or family member belongs to his or her congregation.
8. Funeral arrangements.

## Organ/Tissue Transplant Expenses

Benefits are available to a Covered Person who is a recipient or donor of Medically Necessary covered services relating to bone marrow, liver, heart, lung (single and double), combination heart/lung, pancreas, pancreas/kidney, kidney, cornea and any other non-Experimental transplant. Eligible services include, but are not limited to: testing to determine transplant feasibility and donor compatibility; charges related to the transplant itself, as well as follow-up care, including: diagnostic x-ray and lab; procedures to determine rejection or success of transplant, including: Physician, lab, x-ray or Hospital charges, and anti-rejection drugs.

Organ transplant expenses are those charges for services and supplies in connection with non-Experimental transplant procedures, subject to the following criteria:

1. The recipient of the organ transplant must be a Covered Person under the Plan.
2. Except for transplant of a cornea, the recipient must be in danger of death in the event the organ transplant is not performed.
3. There must be a Reasonable expectation of survival if the Covered Person were to receive the transplant.
4. Charges Incurred by the donor are only payable if the donor has no other coverage available, i.e. group health plan, a government program, or a research program.
5. Donor expenses are covered only if the recipient is covered by the Plan.
6. Pre-approval is required.

The following will not be eligible for coverage under this benefit:

1. Expenses associated with the purchase of any organ.
2. Charges in connection with mechanical organs or a transplant involving a mechanical organ, except charges in relation to mechanical organs which may be necessary on a temporary short-term basis until a suitable donor organ is available will be eligible under the Plan.
3. Services or supplies furnished in connection with the transportation of a living donor.
4. Expenses associated with a non-human organ transplant.
5. Expenses associated with travel to and from the transplant facility and lodging.

**Physician Services**

The professional services of a Physician for surgical or medical services including home and office visits, Inpatient and Outpatient Hospital care and visits, and Inpatient consultations. The Eligible Expenses for covered surgical services will be the Negotiated Fee or the Usual, Reasonable and Customary charge, whichever is applicable.

Charges for multiple Surgical Procedures and assistant surgeons will be a Covered Expense subject to the following provision:

- The Claims Administrator follows the multiple Surgical Procedures as outlined in the Current Procedural Terminology (CPT) book, which could reduce benefit payments.

# COVERED EXPENSES

1. Charges for **allergens, allergy testing** and **allergy injections**.

2. Charges for Medically Necessary local air or ground **ambulance** service to and from the nearest Hospital or nursing facility where Emergency care or treatment is rendered, or for services performed by a paramedic/EMT which eliminates the need for transfer to a Hospital. The Plan will only cover ambulance transportation when: 1) no other method of transportation is appropriate; 2) the services necessary to treat the Sickness or Injury are not available in the Hospital or nursing facility where the Covered Person is an Inpatient; and/or 3) the Hospital or nursing facility where the ambulance takes the Covered Person is the nearest with adequate facilities.

3. Charges made by an **Ambulatory Surgical Center** or Minor Emergency Medical Clinic when treatment has been rendered.

4. Charges for the cost and administration of an **anesthetic** in conjunction with a covered surgical or medical procedure. Charges for the administration of anesthetics by a licensed Anesthesiologist or a Certified Registered Nurse Anesthetist (C.R.N.A.) are also covered.

5. Charges for **attention deficit disorders** for diagnostic testing to determine the diagnosis, medication, and medical management of the medication, as any other Illness. All other expenses for treatment will be covered under "mental health/substance use" for mental health disorders provision.

6. Treatment of **Autism Spectrum Disorders** - "Autism Spectrum Disorder" means any of the following: Autism disorder, Asperger's syndrome and any other pervasive developmental disorder. The coverage is subject to Deductibles, Coinsurance, or Co-Payments that generally apply to other conditions under the Plan as long as the service is covered and not otherwise excluded in the limitations section of the Plan. Applied Behavior Analysis (ABA) therapy will not be covered.

7. Charges for the processing and administration of **blood or blood components**, including charges for the processing and storage of autologous blood.

8. Charges related to **breast feeding** including breast pump and related pump supplies, basic lactation counseling and general interventions to support and promote breast feeding are covered as a Preventive Care benefit. Lactation counseling shall be covered by any provider acting within the scope of his or her license or certification. Breast pumps will be covered limited to one (1) per Calendar Year.

9. **Cardiac rehabilitation** as deemed Medically Necessary provided services are rendered (a) under the supervision of a Physician; (b) in connection with a myocardial infarction, coronary occlusion or coronary bypass surgery; (c) initiated within twelve (12) weeks after other treatment for the medical condition ends; and (d) in a Medical Care Facility as defined by the Plan.

10. Visits, treatment, and consultations performed in connection with **chiropractic care** with Spinal Manipulation in a Physician's office setting. Benefits are limited to the maximums listed in the Schedule of Medical Benefits.

11. Charges for **cochlear implants** (an implantable hearing aid).

12. Charges for routine **colonoscopies** shall be covered as a Preventive Care benefit, including any associated consultation completed prior to the scheduled colonoscopy as well as any subsequent polyp removal. Diagnostic colonoscopies shall be covered the same as any other Illness.

13. The administration and supply for injectable, diaphragms, implants, IUDs, and office visits and laboratory work associated with **contraceptives** and sterilization procedures for females are covered as a Preventive Care benefit.

    Charges for oral contraceptives, NuvaRing, transdermal contraceptives, and Seasonique will be covered under the Prescription Drug plan.

14. **Cosmetic services** and supplies to repair a defect caused by an Accidental Injury or to repair a Dependent Child's congenital anomaly.

15. Charges for services and supplies in relation to **diabetes** self-management programs. Such services must be Medically Necessary and prescribed by a Physician. Also, installation and use of an insulin infusion pump, glucose monitor, and other equipment or supplies (needles, syringes, lancets, clinitest, glucose strips and chem. strips may be covered under the Prescription Drug program) in the treatment of diabetes. Coverage for an insulin infusion pump is limited to the purchase of one (1) pump per Calendar Year and the pump must be used for thirty (30) days before purchase.

16. Charges for **dialysis** in the home, as an Inpatient or at an Outpatient dialysis center.

    For the first ninety (90) days of outpatient dialysis (see below for home dialysis), the Plan will cover dialysis treatments at the applicable Deductible and Coinsurance as listed in the Schedule of Medical Benefits. After ninety (90) days (beginning on the 91st day), the Plan will pay no more than $8,000 per month including dialysis treatments, supplies, and blood support products. Dialysis services, equipment and supplies are those services and items used in the treatment of acute renal failure, chronic kidney disease and end stage renal disease. This Plan will pay secondary to Medicare when allowed to do so under MSP rules.

    When dialysis treatments are administered at home, or for peritoneal dialysis, this Plan will pay no more than $8,000 per month including dialysis treatments, supplies, and blood support products beginning the first month of treatment. Dialysis services, equipment and supplies are those services and items used in the treatment of acute renal failure, chronic kidney disease and end stage renal disease.

    Dialysis: Dialysis services, equipment, supplies and medications are a covered expense under the Plan as long as they are considered Medically Necessary (subject to the coverage as identified in the Schedule of Medical Benefits) for the treatment of the Covered Person.

17. Charges for the rental, up to the purchase price, of a wheelchair, Hospital bed, or other **Durable Medical Equipment** required for Medically Necessary temporary therapeutic use or the purchase of this equipment if economically justified, whichever is less. It is recommended that the Covered Person obtain pre-approval of the purchase.

    Repairs and replacements for purchased Durable Medical Equipment will not be covered.

18. Charges for **electrocardiograms,** electroencephalograms, pneumoencephalogram, basal metabolism tests, allergy tests, or similar well-established diagnostic tests generally approved by Physicians throughout the United States.

19. Charge for initial contact lenses or **eyeglasses** following cataract surgery.

20. Charges for the treatment of **gender dysphoria** provided by or under the direction of a Physician. For the purpose of this benefit, "gender dysphoria" is a disorder characterized by the specific diagnostic criteria classified in the current edition of the Diagnostic and Statistical Manual of the American Psychiatric Association. Charges for Cosmetic Procedures related to gender dysphoria are not covered.

21. Charges related to **genetic testing and genetic counseling** when Medically Necessary to treat an Injury or Sickness. Charges for genetic counseling and evaluation related to breast cancer susceptibility will be covered according to the A and B level recommendations by the US Preventive Task Force and will be paid the same as Preventive Care.

22. **Home Infusion Therapy Services.** Charges for treatment or service required for the administration of intravenous drugs or solutions, which meets the following guidelines:

   a. is required as a result of a Sickness or Injury;
   b. is determined to be Medically Necessary;
   c. prevents, delays, or shortens a Hospital Inpatient Confinement or Skilled Nursing Facility Confinement;
   d. is documented in a written plan of care;
   e. is prescribed by the attending Physician; and
   f. is pre-approved by the Plan Administrator.

Covered Charges will include charges by a Home Health Care Agency or home infusion company for the following services:

   a. intravenous chemotherapy;
   b. intravenous antibiotic therapy;
   c. intravenous steroidal therapy;
   d. intravenous pain management;
   e. intravenous hydration therapy;
   f. intravenous antiretroviral and antifungal therapy;
   g. intravenous inotropic therapy;
   h. total parenteral nutrition;
   i. intravenous gamma globulin;
   j. intrathecal and epidural;
   k. blood and blood products;
   l. injectable antiemetics; and
   m. injectable diuretics.

The Home Infusion Therapy Services must be:

   a. rendered in accordance with a prescribed treatment plan. The treatment plan must be: set up prior to the initiation of the Home Infusion Therapy Service; and prescribed by the attending Physician; and
   b. pre-approved by the Plan Administrator prior to the initiation of the Home Infusion Therapy Services, or in the event that services are required on a weekend, the Plan Administrator is notified the next following business day. If Home Infusion Therapy Services are not pre-approved by the Plan Administrator, no benefits will be payable.
   c. In addition, the attending Physician must certify that Home Infusion Therapy Services are necessary to prevent, delay or shorten Hospital Inpatient Confinement or Skilled Nursing Facility Confinement.

23. Charges for diagnostic services to determine the cause of **infertility**. Treatment of the condition causing the infertility is not covered.

24. Charges for **injectable medications** and the administration of the injections in a healthcare facility. Medications that are self-injected by the member at home are only covered through the Prescription Drug plan.

25. Charges for **mammograms** shall be covered. Routine mammograms shall be covered according to the guidelines listed in the Schedule of Medical Benefits.

26. Charges for a Medically Necessary **mammoplasty** following a Medically Necessary mastectomy. Services include reconstruction of the breast on which the mastectomy has been performed and reconstruction of the other breast to produce symmetrical appearance. Breast prostheses, surgical brassieres (limited to two (2) per Calendar Year) and physical complications of all stages of mastectomy, including lymphedemas, are also eligible under the Plan.

27. Charges for dressings, sutures, casts, splints, trusses, crutches, braces, or other necessary **medical supplies**, with the exception of dental braces, orthopedic shoes, arch supports, custom molded foot orthotics, garter belts and similar items which can be purchased without a prescription (nor will they be covered with a prescription). However, lumbar braces and elastic stockings (compression stockings) will be covered with a prescription; stockings limited to two (2) pairs per Calendar Year.

28. Charges in relation to individual and group treatment of **mental health/substance use disorders.** Includes psychiatric conditions including, but not limited to, anorexia nervosa and bulimia, schizophrenia, senility disorders, organic disorders (mental deficit due to a medical or physical disease), and depressive disorders (not limited to manic depression).

Benefits are available for Inpatient, Outpatient, and Transitional Treatment.

Inpatient Treatment is care while the Covered Person is in a Hospital or an Inpatient in a state licensed residential treatment facility. Outpatient Treatment means treatment performed by a Hospital, a licensed psychiatrist (M.D.), a licensed Psychologist (Ph.D.), or a state-licensed mental health or Substance Use treatment facility or any provider acting within the scope of their license. Transitional Treatment is care while the Covered Person is partially confined in a licensed residential treatment facility.

Collateral therapy performed with the family is a covered service.

Note: Prescription Drugs for the treatment of Mental Health and Substance Use Disorders are covered as any other Prescription Drug for the treatment of Injury or Sickness.

29. Charges for services in connection with surgical treatment of Clinically Severe **Morbid Obesity** if all of the following criteria are satisfied:

1. The individual is at least twenty-one (21) years of age;
2. The individual has completed at least one (1) year of Physician-supervised, clinically appropriate weight reduction efforts, as documented by Physician records;
3. It has been documented that there are no clinical contra-indications (as referenced by peer reviewed literature) to the type of surgery involved;
4. The individual has been evaluated by a psychiatrist or clinical psychologist, and the psychiatrist or psychologist has documented that there are no psychological contra-indications (as documented by peer reviewed literature) to the type of surgery involved; and
5. The individual is medically fit for anesthesia and surgery.

Coverage will also be provided for second surgeries resulting from complications for individuals who have previously had surgical treatment for Clinically Severe Morbid Obesity, but who may not meet the definition of Clinically Severe Morbid Obesity as of the second surgery because of the weight that was lost following the initial surgery. Complications requiring second surgeries or other follow-up treatment do not include cosmetic procedures as defined in this Plan, such as removal of excess skin or alteration of body contour.

"Clinically Severe Morbid Obesity" shall mean that an individual has a "body mass index" of forty (40) or greater or thirty-five (35) or greater with co-morbid conditions that could be improved by weight loss, such as: (1) Diabetes Mellitus; (2) Hypertension; (3) Cholecystitis; (4) Narcolepsy; (5) Pickwickian syndrome or other severe respiratory disease; (6) Hypothalamic disorders; or (7) Severe arthritis of the weight-bearing joints.

"Body Mass Index" equals an individual's weight (measured in kilograms) divided by his or her height (measured in meters squared).

30. Hospital and Physician charges, including circumcision, in relation to the routine care of a **Newborn**. Routine Newborn care is covered under the baby's claim and not under the mother's claim.

31. Charges for restorative or rehabilitative **occupational therapy** by a licensed Occupational Therapist due to a Sickness or Injury other than a functional nervous disorder, or due to surgery performed because of a Sickness or Injury. Covered expenses do not include recreational programs, maintenance therapy or supplies used in occupational therapy. Benefits are limited to the maximums listed in the Schedule of Medical Benefits.

32. Charges for the following **oral surgery/dental services** whether performed by a Dentist or a medical doctor will be considered as eligible medical expenses:

    a. Surgery to correct accidental Injuries of the jaw, cheeks, lips, tongue, roof and floor of mouth.
    b. Correction of congenital abnormalities of the jaw.
    c. Reduction or manipulation of fractures of facial bones.
    d. Excision of tumors and cysts of the jaw, cheeks, lips, tongue, roof and floor of the mouth - such conditions require pathological examination.
    e. Incision of the sensory sinuses, mouth, salivary glands or ducts.
    f. Manipulation of dislocations of the jaw.
    g. Removal of impacted teeth, unless covered under a separate dental plan.
    h. Excision of benign bony growths of the jaw and hard palate.
    i. External incision and drainage of cellulitis.
    j. Surgical exposure of impacted or un-erupted teeth.
    k. Orthodontic treatment of congenital cleft palate involving the maxillary arch, performed in conjunction with bone graft surgery to correct the bony deficits associated with extremely wide clefts affecting the alveolus.
    l. Charges for dental services under the Medical Plan provided by a Dentist when Medically Necessary are limited to services provided for the repair of damage to the jaw or sound natural teeth as the direct result of an Accidental Injury. Injury as a result of chewing or biting will not be considered an Accidental Injury. This will not in any event be deemed to include charges for treatment for the repair or replacement of a denture.

No charges will be covered under the Medical Expense Benefits for dental and oral Surgical Procedures involving orthodontic care of teeth, periodontal disease and preparing the mouth for the fitting of or continued use of dentures.

33. The initial purchase, fitting and repair of **Orthotic Appliances** such as braces, splints or other appliances which are required for support for an injured or deformed part of the body as a result of a disabled congenital condition or an Injury or Sickness. Custom molded foot orthotics are not covered.

Replacement of Orthotic Appliances will be covered when due to natural growth or pathological change, but not including charges for repair or maintenance.

34. Charges for **oxygen** and other gases, and their administration.

35. Treatment or services rendered by a licensed Physical Therapist in a home setting or at a facility or institution which has the primary purpose of providing medical care for a Sickness or Injury. Charges for restorative or rehabilitative **Physical Therapy** due to a Sickness or Injury, or due to surgery performed because of a Sickness or Injury will be eligible. Benefits are limited to the maximums listed in the Schedule of Medical Benefits.

36. Eligible **Pregnancy** related expenses for an Employee or a Dependent spouse, including Medically Necessary amniocentesis tests, are considered the same as any other medical condition under this Plan. Charges for the Pregnancy of a Dependent Child, other than A and B level recommendations by the US Preventive Task Force for preventive services related to pregnancy, are not covered.

37. Charges for **Prescription Drugs** are covered under the Prescription Drug card program that is not administered by the Claims Administrator. There are no benefits available for Prescription Drugs under the Plan other than through the Prescription Drug Expense Benefit unless stated otherwise. Please see the section titled "Prescription Drug Expense Benefit" or contact the Human Resources Department for further information.

38. Charges for Outpatient **private-duty nursing** when recommended by a Physician and will be payable under the Home Health Care benefit. Inpatient private duty nursing is covered only if the Hospitals regular staff cannot provide the care needed due to the nature of the condition.

39. Charges for **prosthetic** appliances used to replace a missing natural body part, such as artificial limbs, eyes, or larynx, and charges for repairs of such an appliance.

    Replacement of a prosthetic appliance will be covered when due to natural growth or pathological change, but not including charges for repair or maintenance.

40. Charges for **radiation therapy** or treatment, and chemotherapy. Pre-Authorization is required for any prescribed treatment.

41. Charges for **routine Child Well-Care.** Eligible Expenses include those for office visits, developmental assessments, laboratory services, x-rays and immunizations, except mass immunizations or those required for travel.

42. Charges for **routine hearing exams**.

43. Charges for any Medically Necessary services, for which benefits are provided by the Plan, when a Covered Person is participating in a phase I, II, III or IV **clinical trial**, conducted in relation to the prevention, detection or treatment of a life-threatening disease or condition, as defined under the ACA, provided:

1. The clinical trial is approved by any of the following:
   a. The Centers for Disease Control and Prevention of the U.S. Department of Health and Human Services.
   b. The National Institute of Health.
   c. The U.S. Food and Drug Administration.
   d. The U.S. Department of Defense.
   e. The U.S. Department of Veterans Affairs.
   f. An institutional review board of an institution that has an agreement with the Office for Human Research Protections of the U.S. Department of Health and Human Services.
2. The research institution conducting the Approved Clinical Trial and each health professional providing routine patient care through the institution, agree to accept reimbursement at the applicable Allowable Expenses, as payment in full for routine patient care provided in connection with the Approved Clinical Trial.

The following items are excluded from Approved Clinical Trial coverage under this Plan:

1. The cost of an Investigational new drug or device that is not approved for any indication by the U.S. Food and Drug Administration, including a drug or device that is the subject of the Approved Clinical Trial.
2. The cost of a service that is not a health care service, regardless of whether the service is required in connection with participation in an Approved Clinical Trial.
3. The cost of a service that is clearly inconsistent with widely accepted and established standards of care for a particular diagnosis.
4. A cost associated with managing an Approved Clinical Trial.
5. The cost of a health care service that is specifically excluded by the Plan.
6. Services that are part of the subject matter of the Approved Clinical Trial and that are customarily paid for by the research institution conducting the Approved Clinical Trial.

If one (1) or more participating providers do participate in the Approved Clinical Trial, the qualified Covered Person must participate in the Approved Clinical Trial through a participating, Network provider, if the provider will accept the Covered Person into the trial.

The Plan does not cover routine patient care services that are provided outside of this Plan's health care provider Network unless Non-Network benefits are otherwise provided under this Plan.

44. Charges for **routine physicals** for individuals. Eligible Expenses include, but are not limited to, those for the office exam, any routine diagnostic services normally associated with a routine exam, and immunizations, except mass immunizations or those required for travel.

Care and treatment of adult obesity screening/counseling is covered as a Preventive Care benefit.

When a claim is submitted, the Physician's office must code the claim to indicate Preventive Care or the Plan will consider the claim as treatment of Sickness or Injury.

45. Charges for a voluntary **second surgical opinion** or third surgical opinion.

46. Charges for the testing, surgery or treatment for **sleep disorders** if Medically Necessary.

47. Charges for **smoking cessation** office visits and counseling fees will be paid as a Preventive Care benefit. Smoking cessation drugs (both prescription and over-the-counter) will be covered according to the Prescription Drug Plan.

48. Charges for restorative or rehabilitative **speech therapy** by a Physician or qualified speech therapist, when needed due to a Sickness or Injury (other than a functional nervous disorder) or due to surgery performed as the result of a Sickness or Injury, excluding speech therapy services that are educational in any part or due to articulation disorders, tongue thrust, stuttering, lisping, abnormal speech development, changing an accent, dyslexia, or hearing loss which is not medically documented or similar disorders.

49. Charges in relation to a **sterilization** procedure. However, the reversal of a sterilization procedure is not covered. Charges in relation to female sterilizations will be covered as a Preventive Care benefit. Charges in relation to male sterilizations will be paid same as any other Illness.

50. Charges made from an **Urgent Care Clinic**.

51. Charges for **vision therapy** (orthoptics) if Medically Necessary.

52. Charges associated with the initial purchase of a **wig** after chemotherapy.

53. Charges for **x-rays, microscopic tests, and laboratory tests** along with the related radiology and pathology charges.

# GENERAL LIMITATIONS

The following exclusions and limitations apply to Expenses Incurred by all Covered Persons:

1. **Abortion.**

   Charges for abortion except when the life of the mother is endangered by the continued pregnancy. The Plan covers treatment of complications that arise after an abortion, whether or not the abortion was Medically Necessary.

2. **Alternative Care.**

   Charges for acupuncture, hypnosis, hypnotherapy, biofeedback, holistic medicine, massage therapy, Rolfing, health education, homeopathy, reiki, any type of goal oriented or behavior modification therapy, myo-functional therapy, and programs intended to provide complete personal fulfillment or harmony.

3. **Breast Feeding.**

   Supplies not related to the breast pump for breast feeding including, but not limited to, nursing pads, bottles or storage containers, cleaning brushes, cooler, and power adapters are not covered under the Plan. Storage of breast milk is not covered.

4. **Chelation Therapy.**

   Charges in relation to Chelation Therapy except in the treatment of heavy metal poisoning.

5. **Close Relative.**

   Charges for services rendered by a Physician, nurse, or licensed therapist if such Physician, nurse, or licensed therapist is a Close Relative of the Covered Person, or resides in the same household of the Covered Person.

6. **Complications of Non-covered Treatments.**

   Care, services or treatment required as a result of complications from a treatment not covered under the Plan are not covered. Complications from a non-covered abortion are covered.

7. **Copy Charges.**

   Charges for the photocopying of medical records.

8. **Cosmetic Procedures.**

   Charges in connection with the care or treatment of, or surgery performed for, a Cosmetic Procedure. This exclusion will not apply when such treatment is rendered to correct a condition resulting from an Accidental Injury or disfiguring disease (does not include scarring due to acne or chicken pox), or when rendered to correct a congenital anomaly (i.e., a birth defect) of a Covered Person. Pre-Authorization is recommended.

## 9. Court Costs.

Charges for court costs, penalties, interest upon judgment, investigative expenses, administrative fees or legal expenses.

## 10. Court Ordered Services.

Services and supplies related to court ordered treatment; also coverage for court ordered examinations to rule on voluntary or involuntary commitment or detention.

## 11. Custodial Care.

Services or supplies provided mainly as a rest cure, maintenance or Custodial Care. Additionally, Expenses Incurred for accommodations (including Room and Board and other institutional services) and nursing services for a Covered Person because of age or a mental or physical condition primarily to assist the Covered Person in daily living activities will be considered Custodial Care. The fact that the Covered Person is also receiving medical services that are merely maintenance care that cannot reasonably be expected to substantially improve a medical condition will not prevent this limitation from applying.

## 12. Custom Molded Foot Orthotics.

Charges for custom molded foot orthotics.

## 13. Dental services.

Charges for dental services not specifically included in the Covered Expenses section described in the Plan. Hospital charges in relation to dental care, except those services which are certified by a medical doctor to be Medically Necessary to safeguard the life and health of the Covered Person due to the existence of a non-dental physical condition. Pre-Authorization is recommended.

## 14. Developmental Delays.

Charges related to the testing and treatment of communication delay and motor development delays. Charges for hearing therapy, therapy for learning disability, communication delay, perceptual disorders, sensory deficit, intellectual disability and related conditions. The diagnosis and treatment of attention deficit disorder and Autism Spectrum Disorders will be considered Eligible Expenses under the Plan.

## 15. Durable Medical Equipment repair.

Charges for Durable Medical Equipment repair, maintenance or adjustments (unless covered in the covered services section of the Plan).

## 16. Education and/or Training.

Charges for services or supplies in connection with education or training, except as specifically covered elsewhere in the Plan.

17. **Excess.**

Charges that are not payable under the Plan due to application of any Plan maximum or limit or because the charges are in excess of the Usual, Reasonable and Customary amount, or are for services not deemed to be Reasonable or Medically Necessary, based upon the Plan Administrator's determination as set forth by and within the terms of this document.

18. **Exercise Programs.**

Charges for exercise programs for treatment of any condition, except for Physician-supervised cardiac rehabilitation, occupational or physical therapy as specifically provided herein.

19. **Experimental and/or Investigational procedures.**

Charges for procedures, drugs, or research studies, or for any services or supplies considered Experimental and/or Investigational are not eligible for coverage through the Plan. Please see the Definitions section of the Plan for more information.

20. **Eye Care.**

Charges Incurred in connection with routine eye exams, routine eye refractions, the purchase or fitting of eyeglasses, contact lenses, or such similar aid devices, except as specifically listed as covered elsewhere in the Plan.

21. **False Statement.**

The Plan relies on the completeness and truthfulness of the information required to be given. If a Covered Person has made any false statement or misrepresentations, or has failed to disclose or has concealed any material fact, the Plan will be entitled to terminate coverage and not make benefit payments.

22. **Foot Care.**

Charges for routine foot care, such as removal of corns, calluses, or trimming of toenails; treatment of weak, strained, flat, unstable or unbalanced feet, metatarsalgia or bunions (except open cutting operations), except the services necessary in the treatment of a metabolic or peripheral-vascular disease when recommended by a medical doctor or doctor of osteopathy.

23. **Foreign Travel.**

If a Covered Person receives medical treatment outside of the United States or its territories, benefits shall be provided for those charges to the extent that the services rendered are included as Covered Expenses in the Plan, and provided the Covered Person did not travel to such a location for the sole purpose of obtaining medical services, drugs, or supplies.

Additionally, charges for such treatment may not exceed the limits specified herein as Usual, Reasonable and Customary in the area of residence of the Covered Person in the United States. Fees and charges exceeding Usual, Reasonable and Customary shall be disallowed as ineligible charges. Charges equal to or less than Usual, Reasonable and Customary shall be considered. In no event shall benefit payment exceed the actual amount charged.

24. **Government.**

Care, treatment or supplies furnished by a program or agency funded by any government. This does not apply to Medicaid or when otherwise prohibited by law.

25. **Grandchild.**

Charges for a grandchild of an Employee or covered spouse unless the grandchild satisfies the definition of eligible Dependent Child under the Plan.

26. **Growth Hormones.**

Charges for medications, drugs or hormones to stimulate growth unless there is a laboratory confirmed diagnosis of growth hormone deficiency.

27. **Hair.**

Charges for artificial hair pieces, and care and treatment of hair loss, hair transplants or any drugs that promise hair growth, whether or not prescribed by a Physician, except for the initial purchase of a wig after chemotherapy or as covered elsewhere in the Plan.

28. **Hearing Devices.**

Charges in connection with external hearing devices, or examinations for the prescription or fitting of hearing devices, except as specifically listed as covered elsewhere in the Plan.

29. **Hearing Therapy.**

Charges for hearing therapy.

30. **Home Birth.**

Charges for scheduled childbirth at home.

31. **Hospital Employees.**

Professional services billed by a Physician or nurse who is an Employee of a Hospital or Skilled Nursing or Extended Care Facility and paid by the Hospital or facility for the services.

32. **Hospitalization for convalescent or rest care.**

Charges for Hospitalization when such Confinement occurs primarily for physiotherapy, hydrotherapy, convalescent or rest care, or any routine physical examinations or tests not connected with the actual Sickness or Injury.

### 33. Illegal Act.

Expenses resulting from the Plan Participant's commission or attempted commission of a felony. This exclusion does not apply (a) if the Injury resulted from being the victim of an act of domestic violence, or (b) resulted from a medical condition (including both physical and mental health conditions).

### 34. Illegal Drugs or Medications.

Services, supplies, care or treatment to a Covered Person for Injury or Sickness resulting from that Covered Person's voluntary taking of or being under the influence of any controlled substance, drug, hallucinogen or narcotic not administered on the advice of a Physician. Expenses will be covered for Injured Covered Persons other than the person using controlled substances. This exclusion does not apply (a) if the Injury resulted from being the victim of an act of domestic violence, or (b) resulted from a medical condition (including both physical and mental health conditions).

### 35. Implants.

Charges related to maxillary or mandibular implants.

### 36. Impotence.

Care, treatment, services, supplies or medications in connection with treatment for impotence, except as specifically listed as covered elsewhere in the Plan.

### 37. Incarcerated.

Charges for services or supplies received while incarcerated in a penal institution or in legal custody.

### 38. Infertility.

Charges for the treatment of infertility, including artificial insemination, gamete infallopian transfer (G.I.F.T.), or in vitro fertilization and all other procedures meant to induce ovulation and/or promote spermatogenesis and/or achieve conception; and all related treatment of infertility. In addition, services, supplies and procedures in connection with the Pregnancy of a surrogate mother, donor semen or egg, and sperm banking. However, the initial diagnosis of infertility is covered.

### 39. Inpatient Concurrent Services.

Charges for Inpatient concurrent services of Physicians, unless there is a clinical necessity for supplemental skills and two (2) or more Physicians attend the Covered Person for separate conditions during the same Hospital admission.

### 40. Maintenance Therapies.

Charges for maintenance therapies.

## 41. Marital and/or Family Counseling.

Charges for services or supplies for marital or pre-marital and/or family counseling or training services. However, collateral therapy is covered.

## 42. Medicare.

The Plan complies with DEFRA, TEFRA, and COBRA, as in effect and as amended from time to time. The Plan also complies with the requirements of the Medicare Secondary Payer (MSP) Rules as issued and periodically amended or changed. In situations where an individual is eligible for Medicare, the Plan will pay as dictated by the MSP requirements, regardless of whether the Covered Person has actually enrolled in any part of Medicare. If Medicare would be primary under these rules for a Medicare-eligible participant, then the Plan will pay as if it were secondary, even if there was no Medicare enrollment. If the Plan would be primary under MSP rules over Medicare, then the Plan will pay as Primary regardless of Medicare entitlement.

## 43. Mental Health Conditions.

Mental Health Conditions listed in the most recent American Psychiatric Association Diagnostic and Statistical Manual (DSM) or the International Classification of Diseases - Clinical Modification manual (most recent revision) (ICD-CM) in the following categories:

- o Personality disorders; or
- o Sexual disorders; or
- o Behavioral disorders; or
- b Impulse control disorders; or
- o Learning disorders; or
- o Paraphilias; or
- o Gambling disorders.

## 44. Motor Vehicles.

Charges related to the rental or purchase of a motor vehicle, or charges associated with the conversion of a motor vehicle to accommodate a disability.

## 45. Negligence.

Charges for Injuries resulting from negligence, misfeasance, malfeasance, nonfeasance or malpractice on the part of any caregiver, institution, or provider, as determined by the Plan Administrator, in its discretion, in light of applicable laws and evidence available to the Plan Administrator.

## 46. No Charge.

Expenses for which a charge would not ordinarily be made in the absence of this coverage.

47. **No Legal Obligation.**

That are provided to a Covered Person for which the provider of a service customarily makes no direct charge, or for which the Covered Person is not legally obligated to pay, or for which no charges would be made in the absence of this coverage, including but not limited to fees, care, supplies, or services for which a person, Plan Sponsor or any other entity except the Covered Person or this benefit plan, may be liable for necessitating the fees, care, supplies, or services.

48. **Non-compliance.**

All charges in connection with treatments or medications where the patient either is in non-compliance with or is discharged from a Hospital or Skilled Nursing Facility against medical advice.

49. **Non-Emergency Hospital admission.**

Care and treatment billed by a Hospital for a non-Medical Emergency admission on a Friday or a Saturday. This provision does not apply if the surgery is performed within twenty-four (24) hours of admission.

50. **Non-prescription Medications.**

Non-prescription medicines, vitamins, nutrients, and nutritional supplements, even if prescribed or administered by a Physician.

51. **Not Medically Necessary.**

Care and treatment that is not Medically Necessary.

52. **Not Recommended by a Physician.**

Charges that are not recommended and approved by a Physician, or are not recognized by the American Medical Association (AMA), American Dental Association (ADA), or the Food and Drug Administration (FDA) as generally accepted and Medically Necessary for the diagnosis and/or treatment of an active Sickness or Injury; or charges for procedures, surgical or otherwise, which are specifically listed by the American Medical Association as having no medical value.

53. **Nursing Services Rendered by Someone Other Than a Registered Nurse.**

Charges for professional nursing services if rendered by someone other than a Registered Nurse (R.N.) or Licensed Practical Nurse (L.P.N.), unless such care was vital as a safeguard of the Covered Person's life, and/or unless such care is specifically listed as a Covered Expense elsewhere in the Plan. In addition, the Plan will not cover certified Registered Nurses in independent practice (other than an anesthetist). This exclusion does not apply to private duty nurses as addressed elsewhere in the Plan.

54. **Nutritional Consultation.**

Nutritional consultation or instruction, service or supplies for educational, vocational or training purposes, except as specifically listed as covered elsewhere in the Plan.

55. **Obesity.**

Care and treatment of obesity, weight loss or dietary control whether or not it is, in any case, a part of the treatment Plan for another Sickness. Charges for routine obesity screening/counseling as well as Medically Necessary charges for Clinically Severe Morbid Obesity will be covered.

56. **Occupational.**

Expenses for Injuries or Sicknesses arising out of, or in the course of, any occupation or employment for wage or profit, and for which the Covered Person is entitled to benefits under any Workers' Compensation or Occupational Disease Law, whether or not any coverage for such benefits is actually in force.

57. **Orthopedic Shoes.**

Charges for orthopedic shoes (unless they are an integral part of a leg brace and the cost is included in the orthotist's charge), arch supports, or any such similar device, or for the prescription or fitting thereof.

58. **Other than Attending Physician.**

Charges that are other than those certified by a Physician who is attending the Covered Person as being required for the treatment of Injury or Disease, and performed by an appropriate provider.

59. **Penile Prosthesis.**

Charges for penile prosthesis/implants and any charges relating thereto.

60. **Personal Comfort.**

Charges for services or supplies which constitute beautification items; for television or telephone use; for nutritional supplements; or in connection with Custodial Care, education or training, or expenses actually Incurred by other persons. Charges for the purchase or rental of air conditioners, humidifiers, dehumidifiers, air purifiers, allergy-free pillows, blankets or mattress covers, electric heating units, swimming pools, orthopedic mattresses, vibratory equipment, elevators, stair lifts, exercise equipment, blood pressure instruments, stethoscopes, clinical thermometers, scales, non-Hospital adjustable bed, non-Prescription Drugs and medicines, first aid supplies and other such equipment.

61. **Plan Design Exclusions.**

Charges excluded by Plan design as mentioned in this document.

62. **Pregnancy of a Dependent Child.**

Charges related to the Pregnancy of a Dependent Child. A and B Level recommendations by the US Preventive Task Force for preventive services related to pregnancy shall be covered for all covered members.

63. **Prohibited by Law.**

Charges that are to the extent that payment under this Plan is prohibited by law.

64. **Provider Error.**

Charges that are required as a result of unreasonable Provider error.

65. **Radial Keratotomy.**

Charges in relation to radial keratotomy, Lasik, corneal modulation, refractive keratoplasty, plastic surgeries on the cornea in lieu of eyeglasses, or any similar procedure.

66. **Radioactive Contamination.**

Charges Incurred as a result of the hazardous properties of nuclear material.

67. **Recreational or Educational Therapy.**

Charges for services or supplies for recreational or educational therapy or forms of non-medical self-help or self-cure, including any related diagnostic testing, training for active daily living skills; or health club memberships.

68. **Riots/Acts of Civil Disobedience.**

Charges and services in relation to active participation in riots, resistance to armed aggression, and acts of civil disobedience.

69. **Routine Medical Examinations.**

Charges Incurred for routine medical examinations or care, routine health checkups, or immunizations that are completed for insurance or licensing purposes, except as specifically listed as covered elsewhere in the Plan.

70. **Scar Removal.**

Charges related to surgical treatment of scarring secondary to acne or chicken pox to include, but not be limited to dermabrasion, chemical peel, salabrasion, and collagen injections, unless causing pain.

71. **Self-inflicted Injury.**

Charges in relation to intentionally self-inflicted Injury or self-induced Sickness. This exclusion does not apply (a) if the Injury resulted from being the victim of an act of domestic violence, or (b) resulted from a medical condition (including both physical and mental health conditions).

72. **Services Before or After Coverage.**

Charges Incurred prior to the Effective Date of coverage under the Plan or after coverage is terminated, unless an Extension of Benefits provision applies.

73. **Sex Change.**

Care, services or treatment for non-congenital transsexualism, or sexual reassignment or change. This exclusion includes medications, implants, hormone therapy, surgery, medical or psychiatric treatment.

74. **Sexual Dysfunction.**

Charges for services, including but not limited to, surgical services, devices and drugs for or used in connection with sexual dysfunction. This also includes sex therapy.

75. **Sonograms.**

Charges for non-medical prenatal sonograms for such reasons as purpose of fetal age and size determination if there are no indicated complications.

76. **Splints or Braces for Non-medical Purposes.**

Charges for splints or braces for non-medical purposes (i.e., support worn primarily during participation in sports or similar physical activities).

77. **Stand By.**

Charges for a stand by surgery team or stand by pediatrician.

78. **Surgical Sterilization Reversal.**

Charges related to or in connection with the reversal of a sterilization procedure.

79. **Telephone Consultations.**

Charges for failing to keep an appointment, telephone consultations, internet and e-mail consultations, the completion of a claim form, an itemized bill or providing necessary medical records or information in order to process a claim.

80. **Temporomandibular Joint Disorder.**

Charges for surgical and non-surgical treatment of Temporomandibular Joint Disorder (TMJ).

81. **Third Party Examination.**

Non-medical evaluations for employment, marriage license, judicial or administrative proceedings, school, travel or purchase of insurance, etc.

82. **Third Party Recovery, Subrogation and Reimbursement.**

Charges for an Injury or Sickness not payable by virtue of the Plan's subrogation, reimbursement, and/or third party responsibility provisions.

83. **Travel Expenses.**

Charges for travel or accommodations, whether or not recommended by a Physician, except for ambulance charges as defined as a Covered Expense.

84. **Unreasonable.**

Charges that are not reasonable in nature or in charge (see definition of Maximum Allowable Charge), or are required to treat Illness or Injuries arising from and due to a provider's error, wherein such Illness, Injury, infection or complication is not reasonably expected to occur. This exclusion will apply to expenses directly or indirectly resulting from circumstances that, in the opinion of the Plan Administrator in its sole discretion, gave rise to the expense and are not generally foreseeable or expected amongst professionals practicing the same or similar type(s) of medicine as the treating Provider whose error caused the loss(es).

85. **Vision Examinations.**

Testing for the purposes of prescribing corrective lenses, except as specifically listed as covered elsewhere in the Plan.

86. **Vocational Rehabilitation.**

Charges for vocational rehabilitation and service for educational or vocational testing or training.

87. **War.**

Charges as a result of war or any act of war, whether declared or undeclared, civil war, invasion, hostilities, or any act of aggression by any country, including rebellion or riot, when the Covered Person is a member of the armed forces of any country, or during service by a Covered Person in the armed forces of any country.

# PRESCRIPTION DRUG EXPENSE BENEFIT

Your Medical Identification (ID) card includes a section for your prescription benefits. It will show your Pharmacy Benefit Manager logo and contact number, pharmacy ID number, and pharmacy group number. Eligibility and benefit information is available online.

A directory of participating pharmacies is available on the Drug Card's web site. A print version is also available upon your request. The pharmacy directory is a separate document from the Plan. The directory contains the name, address and phone number of the pharmacies that are part of the Drug Card.

### Mandatory Generic Drug Provision

The Covered Person must use generic drugs when they are available; otherwise, the Covered Person will pay the difference between the generic drug cost and the brand name drug cost, in addition to the Co-Payment amount. If the provider issuing the written prescription or the state in which the Covered Person resides does not allow generic substitution, the Covered Person shall be required to pay only the brand-name Co-Payment amount.

### Covered Drugs

Your Drug Card provides coverage for most commonly used drugs that are Federal Legend Drugs. Federal Legend Drugs are drugs that require a label stating "Caution: Federal law prohibits dispensing without a prescription." Your pharmacist or the prescribing Physician can verify coverage for a drug by contacting the Drug Card service at the number on your ID card. A complete list of covered and excluded drugs is available on the Drug Card's web site. If you are unable to access the Drug Card's web site, your Employer will provide a copy upon request at no charge.

### How to Use the Prescription Drug Card

Present the ID card and the prescription to a participating pharmacy. Then sign the pharmacist's voucher and pay the pharmacist the applicable Co-Payment as shown in the Schedule of Benefits.

If you are without your ID card or at a non-participating pharmacy, you may be required to pay for the prescription and submit a claim to the Drug Card service. Claim forms are available from your Employer.

### Mail Order Drug Service

If you are using an ongoing Prescription Drug, you may purchase that drug on a mail order basis. Most drugs covered by the Drug Card may also be purchased by mail order. The mail order drug service is most often used to purchase drugs that treat an ongoing medical condition and are taken on a Regular Basis.

The Co-Payment for mail order prescription is shown in the Schedule of Benefits.

Mail order prescriptions should be sent to the Drug Card service. Order forms are available at the Drug Card's web site or from your Employer. All prescriptions will be mailed directly to your home.

# TERMINATION OF COVERAGE

**Employee Termination**

Employee Coverage will automatically terminate upon the earliest of the following dates, except as provided in any Extension of Benefits provision:

1. The end of the month the Employee terminates employment.

2. The end of the month the Employee ceases to be in a class of individuals eligible for coverage.

3. The date ending the period for which the last contribution is made if the Employee fails to make any required contributions when due.

4. The date the Plan is terminated; or with respect to any individual benefit of the Plan, the date of termination of such benefit.

5. The end of the month the Employee enters active duty military service.

6. The end of the month of the Employee's death.

7. The date the Employee knowingly misrepresents/falsifies information to the Plan.


**Dependent Termination**

Dependent coverage will automatically terminate upon the earliest of the following dates, except as provided in any Extension of Benefits provision:

1. The end of the month the Dependent ceases to be an eligible Dependent as defined in the Plan.

2. The end of the month the Dependent Child reaches the limiting age of twenty-six (26).

3. The end of the month of termination of the Employee's coverage under the Plan.

4. The date the Employee ceases to be in a class of individuals eligible for Dependent coverage.

5. The date for which the last contribution is made if the Employee fails to make any required contributions when due.

6. The date the Plan is terminated; or with respect to any Dependent's benefit of the Plan, the date of termination of such benefit.

7. The date the Dependent enters active duty military service.

8. The date the Dependent becomes covered under the Plan as an Employee.

9. The end of the month the Employee's death occurs.

10. In the event of a divorce, the spouse will be terminated the date the divorce decree is finalized.

# EXTENSION OF BENEFITS

**Paid Leave**

If an Employee is absent from work, but is being paid sick, vacation, or paid time off pay, the Employee will remain eligible for the Plan as long as they continued to be paid at least for the number of hours required for Plan eligibility.

**Family and Medical Leave Act of 1993 (FMLA) Provision**

Regardless of the established leave policies mentioned elsewhere in the Plan, the Plan shall at all times comply with the Family and Medical Leave Act of 1993 (FMLA) as promulgated in regulations issued by the Department of Labor.

During any leave taken under the FMLA, the Employer will maintain coverage under the Plan on the same conditions as coverage would have been provided if the covered Employee had been continuously employed during the entire leave period.

If Plan coverage terminates during the FMLA leave, coverage will be reinstated for the Employee and his or her covered Dependents if the Employee returns to work in accordance with the terms of the FMLA leave. Coverage will be reinstated only if the person(s) had coverage under the Plan when the FMLA leave started, and will be reinstated to the same extent that it was in force when that coverage terminated. For example, Waiting Periods will not be imposed unless they were in effect for the Employee and/or his or her Dependents when Plan coverage terminated.

Employee eligibility requirements, the obligations of the Employer and Employee concerning conditions of leave, and notification and reporting requirements are specified in the FMLA. Any plan provisions which conflict with the FMLA are superseded by the FMLA to the extent such provisions conflict with the FMLA. A Covered Person with questions concerning any rights and/or obligations should contact the Plan Administrator or his/her Employer.

The FMLA Act generally provides for twelve (12) weeks of leave for personal Illness or Injury or that of a family member. However, there are special time restrictions for the family of Military Employees who were injured during active duty in the armed forces:

1. **Leave During Family Member's Active Military Duty** -- Employees who have a spouse, parent, or Child who is on or has been called to active military duty in the Armed Forces may take up to twelve (12) weeks of FMLA leave yearly when they experience a "qualifying exigency."
2. **Injured Service member Family Leave** -- Employees who are the spouse, parent, Child, or next of kin of a service member who Incurred a serious Injury or Illness on active military duty in the Armed Forces may take up to twenty-six (26) weeks of leave to care for the injured service member in a twelve (12) month period (in combination with regular FMLA leave).

**Uniformed Services Employment and Reemployment Rights Act (USERRA)**

**Employees on Military Leave**

Employees going into or returning from military service may elect to continue Plan coverage as mandated by the Uniformed Services Employment and Reemployment Rights Act under the following circumstances. These rights apply only to Employees and their Dependents covered under the Plan before leaving for military service.

1. The maximum period of coverage of a person under such an election shall be the lesser of:

   o The twenty-four (24) month period beginning on the date on which the person's absence begins; or
   o The day after the date on which the person was required to apply for or return to a position or employment and fails to do so.

2. A person who elects to continue health plan coverage may be required to pay up to 102% of the full contribution under the Plan, except that a person on active duty for thirty (30) days or less cannot be required to pay more than the Employee's share, if any, for the coverage.

3. An exclusion or Waiting Period may not be imposed in connection with the reinstatement of coverage upon reemployment if one would not have been imposed had coverage not been terminated because of service. However, an exclusion or Waiting Period may be imposed for coverage of any Illness or Injury determined by the Secretary of Veterans Affairs to have been Incurred in, or aggravated during, the performance of uniformed service.

## COBRA Extension of Benefits

Under Federal law, the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), certain Employees and their families covered under Sandy Pine Systems, Inc. Plan Document (the Plan) will be entitled to the opportunity to elect a temporary extension of health coverage (called "COBRA continuation coverage") where coverage under the Plan would otherwise end. This notice is intended to inform Covered Persons and beneficiaries, in summary fashion, of their rights and obligations under the continuation coverage provisions of COBRA, as amended and reflected in final and proposed regulations published by the Department of the Treasury. This notice is intended to reflect the law and does not grant or take away any rights under the law.

The Plan Administrator is Sandy Pine Systems, Inc., 4774 33rd Avenue, Columbus NE 68601, 402-487-2261. COBRA continuation coverage for the Plan is administered by Sandy Pine Systems, Inc., 4774 33rd Avenue, Columbus NE 68601, 402-487-2261. Complete instructions on COBRA, as well as election forms and other information, will be provided by the Plan Administrator to Covered Persons who become Qualified Beneficiaries under COBRA.

**COBRA Continuation Coverage In General:** COBRA continuation coverage is the temporary extension of plan coverage that must be offered to certain Covered Persons and their eligible family members (called "Qualified Beneficiaries") at group rates. The right to COBRA continuation coverage is triggered by the occurrence of a life event that results in the loss of coverage under the terms of the Plan (the "Qualifying Event"). The coverage must be identical to the Plan coverage that the Qualified Beneficiary had immediately before the Qualifying Event, or if the coverage has been changed, the coverage must be identical to the coverage provided to similarly situated active Employees who have not experienced a Qualifying Event (in other words, similarly situated non-COBRA beneficiaries).

**Qualified Beneficiary Defined:** In general, a Qualified Beneficiary can be:

1. Any individual who, on the day before a Qualifying Event, is covered under a Plan by virtue of being on that day either a covered Employee, the spouse of a covered Employee, or a Dependent Child of a covered Employee. If, however, an individual is denied or not offered coverage under the Plan under circumstances in which the denial or failure to offer constitutes a violation of applicable law, then the individual will be considered to have had the Plan coverage and will be considered a Qualified Beneficiary if that individual

experiences a Qualifying Event.

2. Any Child who is born to or placed for adoption with a covered Employee during a period of COBRA continuation coverage, and any individual who is covered by the Plan as an alternate recipient under a Qualified Medical Support Order. If, however, an individual is denied or not offered coverage under the Plan under circumstances in which the denial or failure to offer constitutes a violation of applicable law, then the individual will be considered to have had the Plan coverage and will be considered a Qualified Beneficiary if that individual experiences a Qualifying Event.

The term "covered Employee" includes not only common-law Employees (whether part-time or full-time) but also any individual who is provided coverage under the Plan due to his or her performance of services for the Employer sponsoring the Plan (e.g., self-employed individuals, independent contractor, or corporate director).

An individual is not a Qualified Beneficiary if the individual's status as a covered Employee is attributable to a period in which the individual was a non-resident alien who received from the individual's Employer no earned income that constituted income from sources within the United States. If, on account of the preceding reason, an individual is not a Qualified Beneficiary, then a spouse or Dependent Child of the individual will also not be considered a Qualified Beneficiary by virtue of the relationship to the individual. A domestic partner is not a Qualified Beneficiary.

Each Qualified Beneficiary (including a Child who is born to or placed for adoption with a covered Employee during a period of COBRA continuation coverage) must be offered the opportunity to make an independent election to receive COBRA continuation coverage.

**Qualifying Events Explained:** A Qualifying Event is any of the following if the Plan provided that the Covered Person would lose coverage (i.e., cease to be covered under the same terms and conditions as in effect immediately before the Qualifying Event) in the absence of COBRA continuation coverage:

1. The death of a covered Employee.

2. The termination (other than by reason of the Employee's gross misconduct), or reduction of hours, of a covered Employee's employment.

3. The divorce or legal separation of a covered Employee from the Employee's spouse.

4. A covered Employee's enrollment in any part of the Medicare program.

5. A Dependent Child's ceasing to satisfy the Plan's requirements for a Dependent Child (for example, attainment of the maximum age for dependency under the Plan).

If the Qualifying Event causes the covered Employee, or the covered spouse or a Dependent Child of the covered Employee, to cease to be covered under the Plan under the same terms and conditions as in effect immediately before the Qualifying Event (or in the case of the bankruptcy of the Employer, any substantial elimination of coverage under the Plan occurring within twelve (12) months before or after the date the bankruptcy proceeding commences), the persons losing such coverage become Qualified Beneficiaries under COBRA if all the other conditions of the COBRA are also met. For example, any increase in contribution that must be paid by a covered Employee, or the spouse, or a Dependent Child of the covered Employee, for coverage under the Plan that results from the occurrence of one of the events listed above is a loss of coverage.

The taking of leave under the Family and Medical Leave Act of 1993 ("FMLA") does not constitute a Qualifying Event. A Qualifying Event will occur, however, if an Employee does not return to employment at the end of the

FMLA leave and all other COBRA continuation coverage conditions are present. If a Qualifying Event occurs, it occurs on the last day of FMLA leave and the applicable maximum coverage period is measured from this date (unless coverage is lost at a later date and the Plan provides for the extension of the required periods, in which case the maximum coverage date is measured from the date when the coverage is lost). Note that the covered Employee and family members will be entitled to COBRA continuation coverage even if they failed to pay the Employee portion of premiums for coverage under the Plan during the FMLA leave.

**Procedure for obtaining COBRA continuation coverage:** The Plan has conditioned the availability of COBRA continuation coverage upon the timely election of such coverage. An election is timely if it is made during the election period

**Election of COBRA and Length of Election period:** The election period is the time period within which the Qualified Beneficiary can elect COBRA continuation coverage under the Plan. The election period must begin no later than the date the Qualified Beneficiary would lose coverage on account of the Qualifying Event, and must not end before the date that is sixty (60) days after the later of the date the Qualified Beneficiary would lose coverage on account of the Qualifying Event or the date notice is provided to the Qualified Beneficiary of her or his right to elect COBRA continuation coverage.

Note: If a covered Employee who has been terminated or experienced a reduction of hours qualifies for a trade readjustment allowance or alternative trade adjustment assistance under a Federal law called the Trade Act of 2002, and the Employee and his or her covered Dependents have not elected COBRA coverage within the normal election period, a second opportunity to elect COBRA coverage will be made available for themselves and certain family members, but only within a limited period of sixty (60) days or less and only during the six (6) months immediately after their group health plan coverage ended. Any person who qualifies or thinks that he and/or his family members may qualify for assistance under this special provision should contact the Plan Administrator for further information.

**Notifying the Plan Administrator of the occurrence of a Qualifying Event:** The Plan will offer COBRA continuation coverage to qualified beneficiaries only after the Plan Administrator or its designee has been timely notified that a Qualifying Event has occurred. The Employer (if the Employer is not the Plan Administrator) will notify the Plan Administrator of the Qualifying Event within thirty (30) days following the date coverage ends when the Qualifying Event is:

1. the end of employment or reduction of hours of employment,

2. death of the Employee,

3. commencement of a proceeding in bankruptcy with respect to the Employer, or

4. enrollment of the Employee in any part of Medicare.

## IMPORTANT:

**For the other Qualifying Events (divorce or legal separation of the Employee and spouse or a Dependent Child's losing eligibility for coverage as a Dependent Child), you or someone on your behalf must notify the Plan Administrator or its designee in writing within sixty (60) days after the Qualifying Event occurs, using the procedures specified below. If these procedures are not followed or if the notice is not provided in writing to the Plan Administrator or its designee during the sixty (60) day notice period, any spouse or Dependent Child who loses coverage will not be offered the option to elect continuation coverage. You must**

send this notice to the COBRA Administrator.

## NOTICE PROCEDURES:

Any notice that you provide must be *in writing*. Oral notice, including notice by telephone, is not acceptable. You must mail, fax or hand-deliver your notice to the person, department or firm listed below, at the following address:

Human Resource Department
Sandy Pine Systems, Inc.
4774 33rd Avenue
Columbus, NE 68601

If mailed, your notice must be postmarked no later than the last day of the required notice period. Any notice you provide must state:

- the **name of the plan or plans** under which you lost or are losing coverage;
- the **name and address of the Employee** covered under the plan;
- the **name(s) and address(es) of the Qualified Beneficiary(ies)**; and
- the **Qualifying Event** and the **date** it happened.

If the Qualifying Event is a **divorce or legal separation**, your notice must include **a copy of the divorce decree or the legal separation agreement**.

Be aware that there are other notice requirements in other contexts, such as in order to qualify for a disability extension.

Once the Plan Administrator or its designee receives *timely notice* that a Qualifying Event has occurred, COBRA continuation coverage will be offered to each of the qualified beneficiaries. Each Qualified Beneficiary will have an independent right to elect COBRA continuation coverage. Covered Employees may elect COBRA continuation coverage for their spouses, and parents may elect COBRA continuation coverage on behalf of their Children. For each Qualified Beneficiary who elects COBRA continuation coverage, COBRA continuation coverage will begin on the date that plan coverage would otherwise have been lost (if, under your plan, the COBRA period begins on the date of the Qualifying Event, even though coverage actually ends later). If the Employee or their spouse or Dependent Children do not elect continuation coverage within the sixty (60) day election period described above, the right to elect continuation coverage will be lost.

**Waiver of a Qualified Beneficiary's election rights before end of period:** If, during the election period, a Qualified Beneficiary waives COBRA continuation coverage, the waiver can be revoked at any time before the end of the election period. Revocation of the waiver is an election of COBRA continuation coverage. However, if a waiver is later revoked, coverage need not be provided retroactively (that is, from the date of the loss of coverage until the waiver is revoked). Waivers and revocations of waivers are considered made on the date they are sent to the Plan Administrator or its designee, as applicable.

**Termination of a Qualified Beneficiary's COBRA continuation coverage:** During the election period, a Qualified Beneficiary may waive COBRA continuation coverage. Except for an interruption of coverage in connection with a waiver, COBRA continuation coverage that has been elected for a Qualified Beneficiary must extend for at least the period beginning on the date of the Qualifying Event and ending not before the earliest of the following dates:

1. The last day of the applicable maximum coverage period.

2. The first day for which Timely Payment is not made to the Plan with respect to the Qualified Beneficiary.

3. The date upon which the Employer ceases to provide any group health plan (including a successor plan) to any Employee.

4. The date, after the date of the election, that the Qualified Beneficiary first becomes covered under any other Plan that does not contain any exclusion or limitation other than such an exclusion or limitation that does not apply to, or is satisfied by, the Qualified Beneficiary.

5. The date, after the date of the election that the Qualified Beneficiary first enrolls in the Medicare program (either part A or part B, whichever occurs earlier).

6. In the case of a Qualified Beneficiary entitled to a disability extension, the later of:

   a. (i) twenty-nine (29) months after the date of the Qualifying Event, or (ii) the first day of the month that is more than thirty (30) days after the date of a final determination under Title II or XVI of the Social Security Act that the disabled Qualified Beneficiary whose disability resulted in the Qualified Beneficiary's entitlement to the disability extension is no longer disabled, whichever is earlier; or

   b. the end of the maximum coverage period that applies to the Qualified Beneficiary without regard to the disability extension.

The Plan can terminate for cause the coverage of a Qualified Beneficiary on the same basis that the Plan terminates for cause the coverage of similarly situated non-COBRA beneficiaries, such as for the submission of a fraudulent claim.

In the case of an individual who is not a Qualified Beneficiary and who is receiving coverage under the Plan solely because of the individual's relationship to a Qualified Beneficiary, if the Plan's obligation to make COBRA continuation coverage available to the Qualified Beneficiary ceases, the Plan is not obligated to make coverage available to the individual who is not a Qualified Beneficiary.

**Maximum coverage periods for COBRA continuation coverage:** The maximum coverage periods are based on the type of the Qualifying Event and the status of the Qualified Beneficiary, as shown below.

1. In the case of a Qualifying Event that is a termination of employment or reduction of hours of employment, the maximum coverage period ends eighteen (18) months after the Qualifying Event if there is not a disability extension and twenty-nine (29) months after the Qualifying Event if there is a disability extension.

2. In the case of a covered Employee's enrollment in the Medicare program before experiencing a Qualifying Event that is a termination of employment or reduction of hours of employment, the maximum coverage period for Qualified Beneficiaries other than the covered Employee ends on the later of:

   a. Thirty-six (36) months after the date the covered Employee becomes enrolled in the Medicare program; or

   b. Eighteen (18) months (or twenty-nine (29) months, if there is a disability extension) after the date of the covered Employee's termination of employment or reduction of hours of employment.

3. In the case of a Qualified Beneficiary who is a Child born to or placed for adoption with a covered

Employee during a period of COBRA continuation coverage, the maximum coverage period is the maximum coverage period applicable to the Qualifying Event giving rise to the period of COBRA continuation coverage during which the Child was born or placed for adoption.

4. In the case of any other Qualifying Event than that described above, the maximum coverage period ends thirty-six (36) months after the Qualifying Event.

**Circumstances when the maximum coverage period will be expanded:** If a Qualifying Event that gives rise to an eighteen (18) month or twenty-nine (29) month maximum coverage period is followed, within that eighteen (18) or twenty-nine (29) month period, by a second Qualifying Event that gives rise to a thirty-six (36) month maximum coverage period, the original period is expanded to thirty-six (36) months, but only for individuals who are Qualified Beneficiaries at the time of both Qualifying Events. In no circumstance can the COBRA maximum coverage period be expanded to more than thirty-six (36) months after the date of the first Qualifying Event. The Plan Administrator must be notified of the second Qualifying Event within sixty (60) days of the second Qualifying Event. This notice must be sent to the COBRA Administrator.

**Disability extension:** A disability extension will be granted if an individual (whether or not the covered Employee) who is a Qualified Beneficiary in connection with the Qualifying Event that is a termination or reduction of hours of a covered Employee's employment, is determined under Title II or XVI of the Social Security Act to have been disabled at any time during the first sixty (60) days of COBRA continuation coverage. To qualify for the disability extension, the Qualified Beneficiary must also provide the Plan Administrator with notice of the disability determination on a date that is both within sixty (60) days after the date of the determination and before the end of the original eighteen (18) month maximum coverage. This notice should be sent to the COBRA Administrator.

**Payment for COBRA continuation coverage:** For any period of COBRA continuation coverage under the Plan, qualified beneficiaries who elect COBRA continuation coverage must pay for COBRA continuation coverage. Qualified beneficiaries will pay up to 102% of the applicable premium and up to 150% of the applicable premium for any expanded period of COBRA continuation coverage covering a disabled Qualified Beneficiary due to a disability extension. The Plan will terminate a Qualified Beneficiary's COBRA continuation coverage as of the first day of any period for which timely payment is not made.

**Payment for COBRA continuation coverage in monthly installments:** The Plan is also permitted to allow for payment at other intervals.

**Timely Payment for COBRA continuation coverage:** Timely Payment means a payment made no later than thirty (30) days after the first day of the coverage period. Payment that is made to the Plan by a later date is also considered Timely Payment if either under the terms of the Plan, covered Employees or Qualified Beneficiaries are allowed until that later date to pay for their coverage for the period or under the terms of an arrangement between the Employer and the entity that provides Plan benefits on the Employer's behalf, the Employer is allowed until that later date to pay for coverage of similarly situated non-COBRA beneficiaries for the period.

Notwithstanding the above paragraph, the Plan does not require payment for any period of COBRA continuation coverage for a Qualified Beneficiary earlier than forty-five (45) days after the date on which the election of COBRA continuation coverage is made for that Qualified Beneficiary. Payment is considered made on the date on which it is postmarked to the Plan.

If Timely Payment is made to the Plan in an amount that is not significantly less than the amount the Plan requires to be paid for a period of coverage, then the amount paid will be deemed to satisfy the Plan's requirement for the amount to be paid, unless the Plan notifies the Qualified Beneficiary of the amount of the deficiency and grants a

Reasonable period of time for payment of the deficiency to be made. A "Reasonable period of time" is thirty (30) days after the notice is provided. A shortfall in a Timely Payment is not significant if it is no greater than the lesser of $50 or 10% of the required amount.

**Right to enroll in a conversion health plan at the end of the maximum coverage period for COBRA continuation coverage if one is offered by Employer:** If a Qualified Beneficiary's COBRA continuation coverage under a group health plan ends as a result of the expiration of the applicable maximum coverage period, the Plan will, during the 180 day period that ends on that expiration date, provide the Qualified Beneficiary with the option of enrolling under a conversion health plan if such an option is otherwise generally available to similarly situated non-COBRA beneficiaries under the Plan. If such a conversion option is not otherwise generally available, it need not be made available to Qualified Beneficiaries.

**Questions.**
If a Covered Person has questions about COBRA continuation coverage, they should contact the COBRA Administrator or may contact the nearest Regional or District Office of the U.S. Department of Labor's Employee Benefits Security Administration (EBSA). Addresses and phone numbers of Regional and District EBSA Offices are available through EBSA's website at www.dol.gov/ebsa.

**Keep the Plan Administrator informed of address changes.**
In order to protect a Covered Person's family's rights, a Covered Person should keep the Plan Administrator informed of any changes in the addresses of family members. The Covered Person should also keep a copy, for their records, of any notices they send to the Plan Administrator.

# COORDINATION OF BENEFITS

**Benefits Subject to This Provision**
This provision shall apply to all benefits provided under any section of the Plan.

**Excess Insurance**
If at the time of Injury, Sickness, disease or disability there is available, or potentially available any Coverage (including but not limited to Coverage resulting from a judgment at law or settlements), the benefits under the Plan shall apply only as an excess over such other sources of Coverage.

The Plan's benefits will be excess to, whenever possible:

    a. Any primary payer besides the Plan;
    b. Any first party insurance through medical payment coverage, personal Injury protection, no-fault coverage, uninsured or underinsured motorist coverage;
    c. Any policy of insurance from any insurance Company or guarantor of a third party;
    d. Worker's compensation or other liability insurance company; or
    e. Any other source, including but not limited to crime victim restitution funds, any medical, disability or other benefit payments, and school insurance coverage.

**Vehicle Limitation**
When medical payments are available under any vehicle insurance, the Plan shall pay excess benefits only, without reimbursement for vehicle plan and/or policy Deductibles. The Plan shall always be considered secondary to such plans and/or policies. This applies to all forms of medical payments under vehicle plans and/or policies regardless of its name, title or classification.

**Allowable Expenses**
"Allowable Expenses" shall mean the Usual, Reasonable and Customary charge for any Medically Necessary, Reasonable, and eligible item of expense, at least a portion of which is covered under the Plan. When some Other Plan pays first in accordance with Section entitled Application to Benefit Determinations herein, the Plan's Allowable Expenses shall in no event exceed the Other Plan's Allowable Expenses. When some Other Plan provides benefits in the form of services rather than cash payments, the Reasonable cash value of each service rendered, in the amount that would be payable in accordance with the terms of the Plan, shall be deemed to be the benefit. Benefits payable under any Other Plan include the benefits that would have been payable had claim been duly made therefore.

**"Claim Determination Period"**
"Claim Determination Period" shall mean each Calendar Year.

**Effect on Benefits:**

**Application to Benefit Determinations**
The plan that pays first according to the rules in the section entitled "Order of Benefit Determination" will pay as if there were no other plan involved. The secondary and subsequent plans will pay the balance due up to 100% of the total Allowable Expenses. When there is a conflict in the rules, this Plan will never pay more than 50% of Allowable Expenses when paying secondary. Benefits will be coordinated on the basis of a Claim Determination Period.

When medical payments are available under automobile insurance, the Plan will pay excess benefits only, without

reimbursement for automobile plan Deductibles. This Plan will always be considered the secondary carrier regardless of the individual's election under personal Injury protection (PIP) coverage with the automobile insurance carrier.

In certain instances, the benefits of the Other Plan will be ignored for the purposes of determining the benefits under this Plan. This is the case when:

1. The Other Plan would, according to its rules, determine its benefits after the benefits of this Plan have been determined; and
2. The rules in the section entitled "Order of Benefit Determination" would require this Plan to determine its benefits before the Other Plan.

### Order of Benefit Determination
For the purposes of the section entitled "Application to Benefit Determinations," the rules establishing the order of benefit determination are:

1. A plan without a coordinating provision will always be the Primary Plan;
2. The benefits of a plan which covers the person on whose expenses claim is based, other than as a Dependent, shall be determined before the benefits of a plan which covers such person as a Dependent;
3. If the person for whom claim is made is a Dependent Child covered under both parents' plans, the plan covering the parent whose birthday (month and day of birth, not year) falls earlier in the year will be primary, except:

   a. When the parents are separated or divorced, and the parent with the custody of the Child has not remarried, the benefits of a plan which covers the Child as a Dependent of the parent with custody will be determined before the benefits of a plan which covers the Child as a Dependent of the parent without custody; or
   b. When the parents are divorced and the parent with custody of the Child has remarried, the benefits of a plan which covers the Child as a Dependent of the parent with custody shall be determined before the benefits of a plan which covers that Child as a Dependent of the stepparent, and the benefits of a plan which covers that Child as a Dependent of the stepparent will be determined before the benefits of a plan which covers that Child as a Dependent of the parent without custody.

   Notwithstanding the above, if there is a court decree which would otherwise establish financial responsibility for the Child's health care expenses, the benefits of the plan which covers the Child as a Dependent of the parent with such financial responsibility shall be determined before the benefits of any Other Plan which covers the Child as a Dependent Child; and

4. When the rules above do not establish an order of benefit determination, the benefits of a plan which has covered the person on whose expenses claim is based for the longer period of time shall be determined before the benefits of a plan which has covered such person the shorter period of time.

### Right to Receive and Release Necessary Information
For the purpose of determining the applicability of and implementing the terms of this provision or any provision of similar purpose of any Other Plan, this Plan may, without the consent of or notice to any person, release to or obtain from any insurance Company, or other organization or individual, any information with respect to any person, which the Plan deems to be necessary for such purposes. Any person claiming benefits under this Plan shall furnish to the Plan such information as may be necessary to implement this provision.

**Facility of Payment**

Whenever payments which should have been made under this Plan in accordance with this provision have been made under any Other Plans, the Plan Administrator may, in its sole discretion, pay any organizations making such other payments any amounts it determines to be warranted in order to satisfy the intent of this provision. Amounts so paid shall be deemed to be benefits paid under this Plan and, to the extent of such payments, this Plan shall be fully discharged from liability.

**Right of Recovery**

In accordance with the section entitled Recovery of Payments, whenever payments have been made by this Plan with respect to Allowable Expenses in a total amount, at any time, in excess of the Maximum Amount of payment necessary at that time to satisfy the intent of this Article, the Plan shall have the right to recover such payments, to the extent of such excess, from any one or more of the following as this Plan shall determine: any person to or with respect to whom such payments were made, or such person's legal representative, any insurance companies, or any other individuals or organizations which the Plan determines are responsible for payment of such Allowable Expenses, and any future benefits payable to the Covered Person or his or her Dependents.

# THIRD PARTY RECOVERY, SUBROGATION AND REIMBURSEMENT

## Payment Condition

The Plan, in its sole discretion, may elect to conditionally advance payment of benefits in those situations where an Injury, Sickness, Disease or disability is caused in whole or in part by, or results from the acts or omissions of Covered Persons, and/or their Dependents, beneficiaries, estate, heirs, guardian, personal representative, or assigns (collectively referred to hereinafter in this section as "Covered Person(s)") or a third party, where any party besides the Plan may be responsible for expenses arising from an incident, and/or other funds are available, including but not limited to no-fault, uninsured motorist, underinsured motorist, medical payment provisions, third party assets, third party insurance, and/or guarantor(s) of a third party (collectively "Coverage").

Covered Person(s), his or her attorney, and/or Legal Guardian of a minor or incapacitated individual agrees that acceptance of the Plan's conditional payment of medical benefits is constructive notice of these provisions in their entirety and agrees to maintain 100% of the Plan's conditional payment of benefits or the full extent of payment from any one or combination of first and third party sources in trust, without disruption except for reimbursement to the Plan or the Plan's assignee. The Plan shall have an equitable lien on any funds received by the Covered Person(s) and/or their attorney from any source and said funds shall be held in trust until such time as the obligations under this provision are fully satisfied. The Covered Person(s) agrees to include the Plan's name as a co-payee on any and all settlement drafts. Further, by accepting benefits the Covered Person(s) understands that any recovery obtained pursuant to this section is an asset of the Plan to the extent of the amount of benefits paid by the Plan and that the Covered Person shall be a trustee over those Plan assets.

In the event a Covered Person(s) settles, recovers, or is reimbursed by any Coverage, the Covered Person(s) agrees to reimburse the Plan for all benefits paid or that will be paid by the Plan on behalf of the Covered Person(s). When such a recovery does not include payment for future treatment, the Plan's right to reimbursement extends to all benefits paid or that will be paid by the Plan on behalf of the Covered Person(s) for charges Incurred up to the date such Coverage or third party is fully released from liability, including any such charges not yet submitted to the Plan. If the Covered Person(s) fails to reimburse the Plan out of any judgment or settlement received, the Covered Person(s) will be responsible for any and all expenses (fees and costs) associated with the Plan's attempt to recover such money. Nothing herein shall be construed as prohibiting the Plan from claiming reimbursement for charges Incurred after the date of settlement if such recovery provides for consideration of future medical expenses.

If there is more than one party responsible for charges paid by the Plan, or may be responsible for charges paid by the Plan, the Plan will not be required to select a particular party from whom reimbursement is due. Furthermore, unallocated settlement funds meant to compensate multiple injured parties of which the Covered Person(s) is/are only one or a few, that unallocated settlement fund is considered designated as an "identifiable" fund from which the plan may seek reimbursement.

## Subrogation

As a condition to participating in and receiving benefits under the Plan, the Covered Person(s) agrees to assign to the Plan the right to subrogate and pursue any and all claims, causes of action or rights that may arise against any person, corporation and/or entity and to any Coverage to which the Covered Person(s) is entitled, regardless of how classified or characterized, at the Plan's discretion, if the Covered Person(s) fails to so pursue said rights and/or action.

If a Covered Person(s) receives or becomes entitled to receive benefits, an automatic equitable lien attaches in favor

of the Plan to any claim, which any Covered Person(s) may have against any Coverage and/or party causing the Sickness or Injury to the extent of such conditional payment by the Plan plus Reasonable costs of collection. The Covered Person is obligated to notify the Plan or its authorized representative of any settlement prior to finalization of the settlement, execution of a release, or receipt of applicable funds. The Covered Person is also obligated to hold any and all funds so received in trust on the Plan's behalf and function as a trustee as it applies to those funds until the Plan's rights described herein are honored and the Plan is reimbursed.

The Plan may, at its discretion, in its own name or in the name of the Covered Person(s) commence a proceeding or pursue a claim against any party or Coverage for the recovery of all damages to the full extent of the value of any such benefits or conditional payments advanced by the Plan.

If the Covered Person(s) fails to file a claim or pursue damages against:

1. The responsible party, its insurer, or any other source on behalf of that party.
2. Any first party insurance through medical payment coverage, personal injury protection, no-fault coverage, uninsured or underinsured motorist coverage.
3. Any policy of insurance from any insurance company or guarantor of a third party.
4. Workers' compensation or other liability insurance company.
5. Any other source, including but not limited to crime victim restitution funds, any medical, disability or other benefit payments, and school insurance coverage.

The Covered Person(s) authorizes the Plan to pursue, sue, compromise and/or settle any such claims in the Covered Person's and/or the Plan's name and agrees to fully cooperate with the Plan in the prosecution of any such claims. The Covered Person(s) assigns all rights to the Plan or its assignee to pursue a claim and the recovery of all expenses from any and all sources listed above.

**Right of Reimbursement**

The Plan shall be entitled to recover 100% of the benefits paid or payable benefits Incurred, that have been paid and/or will be paid by the Plan, or were otherwise Incurred by the Covered Person(s) prior to and until the release from liability of the liable entity, as applicable, without deduction for attorneys' fees and costs or application of the common fund doctrine, made whole doctrine, or any other similar legal or equitable theory, and without regard to whether the Covered Person(s) is fully compensated by his or her recovery from all sources. The Plan shall have an equitable lien which supersedes all common law or statutory rules, doctrines, and laws of any State prohibiting assignment of rights which interferes with or compromises in any way the Plan's equitable lien and right to reimbursement. The obligation to reimburse the Plan in full exists regardless of how the judgment or settlement is classified and whether or not the judgment or settlement specifically designates the recovery or a portion of it as including medical, disability, or other expenses and extends until the date upon which the liable party is released from liability. If the Covered Person's recovery is less than the benefits paid, then the Plan is entitled to be paid all of the recovery achieved. Any funds received by the Covered Person are deemed held in constructive trust and should not be dissipated or disbursed until such time as the Covered Person's obligation to reimburse the Plan has been satisfied in accordance with these provisions. The Covered Person is also obligated to hold any and all funds so received in trust on the Plan's behalf and function as a trustee as it applies to those funds until the Plan's rights described herein are honored and the Plan is reimbursed.

No court costs, experts' fees, attorneys' fees, filing fees, or other costs or expenses of litigation may be deducted from the Plan's recovery without the prior, express written consent of the Plan.

The Plan's right of subrogation and reimbursement will not be reduced or affected as a result of any fault or claim on the part of the Covered Person(s), whether under the doctrines of causation, comparative fault or contributory

negligence, or other similar doctrine in law. Accordingly, any lien reduction statutes, which attempt to apply such laws and reduce a subrogating Plan's recovery will not be applicable to the Plan and will not reduce the Plan's reimbursement rights.

These rights of subrogation and reimbursement shall apply without regard to whether any separate written acknowledgment of these rights is required by the Plan and signed by the Covered Person(s).

This provision shall not limit any other remedies of the Plan provided by law. These rights of subrogation and reimbursement shall apply without regard to the location of the event that led to or caused the applicable Sickness, Injury, disease or disability.

## Covered Person is a Trustee Over Plan Assets

Any Covered Person who receives benefits and is therefore subject to the terms of this section is hereby deemed a recipient and holder of Plan assets and is therefore deemed a trustee of the Plan solely as it relates to possession of any funds which may be owed to the Plan as a result of any settlement, judgment or recovery through any other means arising from any Injury or accident. By virtue of this status, the Covered Person understands that he or she is required to:

1. Notify the Plan or its authorized representative of any settlement prior to finalization of the settlement, execution of a release, or receipt of applicable funds.
2. Instruct his or her attorney to ensure that the Plan and/or its authorized representative is included as a payee on all settlement drafts.
3. In circumstances where the Covered Person is not represented by an attorney, instruct the insurance company or any third party from whom the Covered Person obtains a settlement, judgment or other source of Coverage to include the Plan or its authorized representative as a payee on the settlement draft.
4. Hold any and all funds so received in trust, on the Plan's behalf, and function as a trustee as it applies to those funds, until the Plan's rights described herein are honored and the Plan is reimbursed.

To the extent the Covered Person disputes this obligation to the Plan under this section, the Covered Person or any of its agents or representatives is also required to hold any/all settlement funds, including the entire settlement if the settlement is less than the Plan's interests, and without reduction in consideration of attorneys fees, for which he or she exercises control, in an account segregated from their general accounts or general assets until such time as the dispute is resolved.

No Covered Person, beneficiary, or the agents or representatives thereof, exercising control over plan assets and incurring trustee responsibility in accordance with this section will have any authority to accept any reduction of the Plan's interest on the Plan's behalf.

## Release of Liability

The Plan's right to reimbursement extends to any incident related care that is received by the Covered Person(s) (Incurred) prior to the liable party being released from liability. The Covered Person's obligation to reimburse the Plan is therefore tethered to the date upon which the claims were Incurred, not the date upon which the payment is made by the Plan. In the case of a settlement, the Covered Person has an obligation to review the "lien" provided by the Plan and reflecting claims paid by the Plan for which it seeks reimbursement, prior to settlement and/or executing a release of any liable or potentially liable third party, and is also obligated to advise the Plan of any incident related care Incurred prior to the proposed date of settlement and/or release, which is not listed but has been or will be Incurred, and for which the Plan will be asked to pay.

## Excess Insurance

If at the time of Injury, Sickness, disease or disability there is available, or potentially available any Coverage (including but not limited to Coverage resulting from a judgment at law or settlements), the benefits under this Plan shall apply only as an excess over such other sources of Coverage, except as otherwise provided for under the Plan's Coordination of Benefits section.

The Plan's benefits shall be excess to any of the following:

1. The responsible party, its insurer, or any other source on behalf of that party.
2. Any first party insurance through medical payment coverage, personal Injury protection, no-fault coverage, uninsured or underinsured motorist coverage.
3. Any policy of insurance from any insurance company or guarantor of a third party.
4. Workers' compensation or other liability insurance company.
5. Any other source, including but not limited to crime victim restitution funds, any medical, disability or other benefit payments, and school insurance coverage.

## Separation of Funds

Benefits paid by the Plan, funds recovered by the Covered Person(s), and funds held in trust over which the Plan has an equitable lien exist separately from the property and estate of the Covered Person(s), such that the death of the Covered Person(s), or filing of bankruptcy by the Covered Person(s), will not affect the Plan's equitable lien, the funds over which the Plan has a lien, or the Plan's right to subrogation and reimbursement.

## Wrongful Death

In the event that the Covered Person(s) dies as a result of his or her Injuries and a wrongful death or survivor claim is asserted against a third party or any Coverage, the Plan's subrogation and reimbursement rights shall still apply, and the entity pursuing said claim shall honor and enforce these Plan rights and terms by which benefits are paid on behalf of the Covered Person(s) and all others that benefit from such payment.

## Obligations

It is the Covered Person's obligation at all times, both prior to and after payment of medical benefits by the Plan:

1. To cooperate with the Plan, or any representatives of the Plan, in protecting its rights, including discovery, attending depositions, and/or cooperating in trial to preserve the Plan's rights.
2. To provide the Plan with pertinent information regarding the Sickness, Disease, disability, or Injury, including accident reports, settlement information and any other requested additional information.
3. To take such action and execute such documents as the Plan may require to facilitate enforcement of its subrogation and reimbursement rights.
4. To do nothing to prejudice the Plan's rights of subrogation and reimbursement.
5. To promptly reimburse the Plan when a recovery through settlement, judgment, award or other payment is received.
6. To notify the Plan or its authorized representative of any incident related claims or care which may be not identified within the lien (but has been Incurred) and/or reimbursement request submitted by or on behalf or the Plan.
7. To notify the Plan or its authorized representative of any settlement prior to finalization of the settlement.
8. To not settle or release, without the prior consent of the Plan, any claim to the extent that the Covered Person may have against any responsible party or Coverage.

9. To instruct his or her attorney to ensure that the Plan and/or its authorized representative is included as a payee on any settlement draft.
10. In circumstances where the Covered Person is not represented by an attorney, instruct the insurance company or any third party from whom the Covered Person obtains a settlement to include the Plan or its authorized representative as a payee on the settlement draft.
11. To make good faith efforts to prevent disbursement of settlement funds until such time as any dispute between the Plan and Covered Person over settlement funds is resolved.

If the Covered Person(s) and/or his or her attorney fails to reimburse the Plan for all benefits paid or, to be paid, Incurred, or that will be Incurred, prior to the date of the release of liability from the relevant entity, as a result of said Injury or condition, out of any proceeds, judgment or settlement received, the Covered Person(s) will be responsible for any and all expenses (whether fees or costs) associated with the Plan's attempt to recover such money from the Covered Person(s).

The Plan's rights to reimbursement and/or subrogation are in no way dependent upon the Covered Person's cooperation or adherence to these terms.

## Offset

If timely repayment is not made, or the Covered Person and/or his or her attorney fails to comply with any of the requirements of the Plan, the Plan has the right, in addition to any other lawful means of recovery, to deduct the value of the Covered Person's amount owed to the Plan. To do this, the Plan may refuse payment of any future medical benefits and any funds or payments due under this Plan on behalf of the Covered Person(s) in an amount equivalent to any outstanding amounts owed by the Covered Person to the Plan. This provision applies even if the Covered Person has disbursed settlement funds.

## Minor Status

In the event the Covered Person(s) is a minor as that term is defined by applicable law, the minor's parents or court-appointed guardian shall cooperate in any and all actions by the Plan to seek and obtain requisite court approval to bind the minor and his or her estate insofar as these subrogation and reimbursement provisions are concerned.

If the minor's parents or court-appointed guardian fail to take such action, the Plan shall have no obligation to advance payment of medical benefits on behalf of the minor. Any court costs or legal fees associated with obtaining such approval shall be paid by the minor's parents or court-appointed guardian.

## Language Interpretation

The Plan Administrator retains sole, full and final discretionary authority to construe and interpret the language of this provision, to determine all questions of fact and law arising under this provision, and to administer the Plan's subrogation and reimbursement rights with respect to this provision. The Plan Administrator may amend the Plan at any time without notice.

## Severability

In the event that any section of this provision is considered invalid or illegal for any reason, said invalidity or illegality shall not affect the remaining sections of this provision and Plan. The section shall be fully severable. The Plan shall be construed and enforced as if such invalid or illegal sections had never been inserted in the Plan.

# DEFINITIONS

**ACCIDENTAL INJURY**
A condition which is the result of bodily Injury caused by an external force; or a condition caused as the result of an incident which is precipitated by an act of unusual circumstances likely to result in unexpected consequences. This incident must be a sufficient departure from the claimant's normal and ordinary lifestyle or routine. The condition must be an instantaneous one, rather than one which continues, progresses or develops.

**ACTIVELY AT WORK**
An Employee is considered to be Actively at Work when performing, in the customary manner, all of the regular duties of their occupation with the Employer. An Employee shall be deemed Actively at Work on each day of a regular paid vacation; on a regular non-working day, provided they were Actively at Work on the last preceding regular working day; or as otherwise noted in the Eligibility section.

**ADVERSE BENEFIT DETERMINATION**
Adverse Benefit Determination means a denial, reduction, or termination of, or a failure to provide or make a payment (in whole or in part) for a benefit, including any such denial, reduction, termination or failure to provide or make a payment for a Claim that is based on:

1. A determination of an individual's eligibility to participate in a plan or coverage;
2. A determination that a claimed benefit is not a covered benefit;
3. A rescission of coverage;
4. The imposition of a source of injury limitation, or other limitation on otherwise covered benefits;
5. A determination that a claimed benefit is Experimental, Investigational, or not Reasonable, Medically Necessary or appropriate; or
6. Invalid Charges.

**ALLOWABLE EXPENSES**
Any Medically Necessary, Usual, Customary and Reasonable item of expense, at least a portion of which is covered under the Plan and Incurred while the Covered Person is eligible for benefits under the Plan.

**AMBULATORY SURGICAL CENTER**
An institution or facility, either free-standing or as part of a Hospital, with permanent facilities, equipped and operated for the primary purpose of performing Surgical Procedures and to which a Covered Person is admitted to and discharged from within a twenty-four (24) hour period. An office maintained by a Physician for the practice of medicine or Dentistry or for the primary purpose of performing terminations of Pregnancy shall not be considered to be an Ambulatory Surgical Center.

**AMENDMENT**
A formal document that changes the provisions of the Plan, duly signed by the authorized person or persons as designated by the Plan Administrator.

**APPROVED CLINICAL TRIAL**
A phase I, II, III or IV trial that is federally funded by specified agencies (National Institutes of Health (NIH), Centers for Disease Control and Prevention (CDCP), Agency for Healthcare Research and Quality (AHRQ), Centers for Medicare and Medicaid Services (CMS), Department of Defense (DOD) or Veterans Affairs (VA), or a non-governmental entity identified by NIH guidelines) or is conducted under an Investigational new drug application reviewed by the Food and Drug Administration (FDA) (if such application is required).

The Affordable Care Act requires that if a "qualified individual" is in an "Approved Clinical Trial," the Plan cannot deny coverage for related services ("routine patient costs").

A "qualified individual" is someone who is eligible to participate in an "Approved Clinical Trial" and either the individual's doctor has concluded that participation is appropriate or the Covered Person provides medical and scientific information establishing that their participation is appropriate.

"Routine patient costs" include all items and services consistent with the coverage provided in the Plan that is typically covered for a qualified individual who is not enrolled in a clinical trial. Routine patient costs do not include 1) the Investigational item, device or service itself; 2) items and services that are provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient; and 3) a service that is clearly inconsistent with the widely accepted and established standards of care for a particular diagnosis. Plans are not required to provide benefits for routine patient care services provided outside of the Plan's Network area unless Out-of-Network benefits are otherwise provided under the Plan.

**ASSIGNMENT OF BENEFITS**
An arrangement whereby the Covered Person assigns their right to seek and receive payment of eligible Plan benefits, in strict accordance with the terms of the Plan, to a provider. If a provider accepts said arrangement, providers' rights to receive Plan benefits are equal to those of a Covered Person, and are limited by the terms of the Plan. A provider that accepts this arrangement indicates acceptance of an "Assignment of Benefits" as consideration in full for services, supplies, and/or treatment rendered.

**BENEFIT PERCENTAGE**
That portion of Eligible Expenses to be paid by the Plan in accordance with the coverage provisions as stated in the Plan. It is the basis used to determine any Out-of-Pocket expenses in excess of the annual Deductible which are to be paid by the Employee.

**BENEFIT PERIOD**
A time period of one (1) Calendar Year. Such Benefit Period will terminate on the earliest of the following dates:

1. The last day of the one (1) year period so established;
2. The day the Maximum Benefit applicable to the Covered Person becomes payable.

## BIRTHING CENTER

Any free-standing health facility, place, professional office or institution which is not a Hospital or in a Hospital, where births occur in a home-like atmosphere. This facility must be licensed and operated in accordance with the law pertaining to Birthing Centers in the jurisdiction where the facility is located.

The Birthing Center must provide facilities for obstetrical delivery and short-term recovery after delivery; provide care under the full-time supervision of a Physician and either a Registered Nurse (R.N.) or a licensed nurse-midwife; and have a written agreement with a Hospital in the same locality for immediate acceptance of Covered Persons who develop complications or require pre- or post- delivery Confinement.

## CALENDAR YEAR

A period of time commencing on January 1 and ending on December 31 of the same given year.

## CHELATION THERAPY

The technique of introducing a substance into the circulatory system to remove minerals from the body. Often used to treat poisoning by heavy metals like iron, lead and arsenic. Used Experimentally to attempt to reduce arterial plaque.

## CHILD

An eligible Dependent Child, as defined in the Eligibility section of the Plan.

## CHIP

The Children's Health Insurance Program or any provision or section thereof, which is herein specifically referred to; as such act, provision or section may be amended from time to time.

## CHIPRA

The Children's Health Insurance Program Reauthorization Act of 2009 or any provision or section thereof, which is herein specifically referred to, as such act.

## CHIROPRACTOR CARE

Services performed by a person trained and licensed to practice chiropractic medicine, provided those services are for the remedy of diseases or conditions which the chiropractor is licensed to treat.

## CLAIM DETERMINATION PERIOD

A Calendar Year or that portion of a Calendar Year during which the individual for whom claim is made has been covered under the Plan.

## CLAIMS ADMINISTRATOR

The person or firm employed by the Employer to provide consulting services to the Employer in connection with the operation of the Plan and any other functions, including the processing and payment of claims.

**CLEAN CLAIM**
A claim that can be processed in accordance with the terms of this document without obtaining additional information from the service Provider or a third party. It is a claim which has no defect or impropriety. A defect or impropriety shall include a lack of required substantiating documentation as set forth and in accordance with this document, or a particular circumstance requiring special treatment which prevents timely payment as set forth in this document, and only as permitted by this document, from being made. A Clean Claim does not include claims under investigation for fraud and abuse or claims under review for Medical Necessity and Reasonableness, or fees under review for Usual, Reasonable and Customary, or any other matter that may prevent the charge(s) from being covered expenses in accordance with the terms of this document.

**CLOSE RELATIVE**
The spouse, parent, brother, sister, Child, or in-law of the Covered Person.

**CO-PAYMENT**
An amount of money that is paid by the Covered Person each time a particular service is used.

**COBRA**
The Consolidated Omnibus Budget Reconciliation Act of 1985, as amended.

**COINSURANCE**
That figure shown as a percentage in the Schedule of Medical Benefits used to compute the amount of benefit payable when the Plan states that a percentage is payable.

**CONFINEMENT**
A continuous stay in the Hospital(s) or extended care facility(ies) or combination thereof, due to a Sickness or Injury diagnosed by a Physician.

**CONVALESCENT PERIOD**
A period of time commencing with the date of Confinement by a Covered Person in a Skilled Nursing or Extended Care Facility. A Convalescent Period will terminate when the Covered Person has been free of Confinement in any and all institutions providing Hospital or nursing care for a period of thirty (30) consecutive days. A new Convalescent Period shall not commence until a previous Convalescent Period has terminated.

**COSMETIC PROCEDURE**
Any procedure performed primarily:

      1. to improve physical appearance; or
      2. to treat a mental disorder through a change in bodily form; or
      3. to change or restore bodily form without correcting or materially improving a bodily function.

**COVERED EXPENSES**
Services and supplies which are not specifically excluded from coverage under this Plan and are Medically Necessary to treat Injury or Sickness.

**COVERED PERSON**
Any Employee or Dependent of an Employee meeting the eligibility requirements for coverage as specified in the Plan, and properly enrolled in the Plan.

**CREDITABLE COVERAGE**

Creditable Coverage includes most health coverage, such as coverage under a group health plan (including COBRA continuation coverage), HMO membership, an individual health insurance policy, Medicaid or Medicare.

Creditable Coverage does not include coverage consisting solely of dental or vision benefits.


**CUSTODIAL CARE**

That type of care or service, wherever furnished and by whatever name called, which is designed primarily to assist a Covered Person, whether or not Totally Disabled, in the activities of daily living. Such activities include, but are not limited to: bathing, dressing, feeding, preparation of special diets, assistance in walking or in getting in and out of bed, and supervision over medication which can normally be self-administered.

**DEDUCTIBLE**

A specified dollar amount of covered expenses which must be Incurred during a Benefit Period before any other covered expenses can be considered for payment according to the applicable Benefit Percentage.

**DEFRA**

The Deficit Reduction Act of 1984, as amended.

**DENTIST**

An individual who is duly licensed to practice Dentistry or oral surgery in the state where the dental service is performed and who is operating within the scope of his license. For the purpose of this definition, a Physician will be considered to be a Dentist when he or she performs any of the dental services described herein and is operating within the scope of his license.

**DEPENDENT**

A person meeting the eligibility requirements under the Plan for benefit coverage payable as a consequence of Eligible Expenses Incurred for a Sickness or Injury.

**DURABLE MEDICAL EQUIPMENT**

Equipment prescribed by the attending Physician which meets all of the following requirements: 1) it is Medically Necessary; 2) it can withstand repeated use; 3) it is not disposable; 4) it is not useful in the absence of a Sickness or Injury; 5) it would have been covered if provided in a Hospital; and 6) it is appropriate for use in the home.

**EDUCATIONAL INSTITUTION**

An institution accredited in the current publication of accredited institutions of higher education including vocational technical schools.

**ELIGIBLE EXPENSE**

Any Medically Necessary treatment, service, or supply that is not specifically excluded from coverage elsewhere in the Plan.

## ELIGIBLE PROVIDER

Eligible Providers shall include the following legally licensed or duly certified health care providers to the extent that same, within the scope of their license, are permitted to perform services which are considered Eligible Expenses under the Plan:

- Ambulatory Surgical Center
- Audiologist (MS)
- Birthing Center
- Certified Counselor
- Certified Registered Nurse
- Anesthetist
- Chiropractor
- Clinic
- Dentist
- Dialysis Center
- Home Health Agency
- Hospice
- Hospital
- Laboratory
- Licensed Practical Nurse
- Medical Supply Purveyor
- Midwife
- Nurse Practitioner
- Occupational Therapist
- Ophthalmologist
- Optometrist
- Oral Surgeon
- Osteopath
- Outpatient Psychiatric Treatment Facility
- Outpatient Substance Use Treatment Facility
- Pharmacy/Pharmacist
- Physical Therapist
- Physician (M.D.)
- Physician's Assistant
- Podiatrist
- Professional Ambulance Service
- Psychiatrist
- Psychologist
- Registered Dietitian
- Registered Nurse
- Skilled Nursing Facility
- Social Worker
- Speech Therapist

"Eligible Provider" shall not include the Covered Person or any Close Relative of the Covered Person.

## EMERGENCY

A situation where necessary treatment is required as the result of a sudden and severe medical event or acute condition. An Emergency includes poisoning, shock, and hemorrhage. Other Emergencies and acute conditions may be considered on receipt of proof, satisfactory to the Plan, that an Emergency did exist. The Plan may, at its own discretion, request satisfactory proof that an Emergency or acute condition did exist.

## EMERGENCY MEDICAL CONDITION

A medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) so that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in a condition described in clause (i), (ii), or (iii) of section 1867(e)(1)(A) of the Social Security Act (42 U.S.C. 1395dd(e)(1)(A)). In that provision of the Social Security Act, clause (i) refers to placing the health of the individual (or, with respect to a pregnant woman, the health of the woman or her unborn Child) in serious jeopardy; clause (ii) refers to serious impairment to bodily functions; and clause (iii) refers to serious dysfunction of any bodily organ or part.

## EMERGENCY SERVICES

Emergency Services means, with respect to an Emergency Medical Condition:

1. A medical screening examination (as required under section 1867 of the Social Security Act, 42 U.S.C. 1395dd) that is within the capability of the Emergency department of a Hospital, including ancillary services routinely available to the Emergency department to evaluate such Emergency Medical Condition; and
2. Such further medical examination and treatment, to the extent they are within the capabilities of the staff and facilities available at the Hospital, as are required under section 1867 of the Social Security Act (42 U.S.C. 1395dd) to stabilize the Covered Person.

## EMPLOYEE

An active Employee of the Employer receiving compensation from the Employer for services rendered to the Employer. Employee means a person who is in an Employer-Employee relationship with the Employer and who is classified by the Employer as a regular Employee. The term Employee does not include any Employee covered by a collective bargaining agreement that does not provide for coverage under the Plan, provided that health care benefits were the subject of good faith bargaining between the Employee's bargaining representative and the Employer. The term Employee does not include an Employee classified by the Employer as a temporary Employee.

## EMPLOYEE COVERAGE

Coverage hereunder providing benefits payable as a consequence of an Injury or Sickness of an Employee.

## EMPLOYER

Sandy Pine Systems, Inc.

## ENROLLMENT DATE

Enrollment Date, within the meaning of HIPAA, as defined by the Department of Labor is the first day of coverage. If there is a Waiting Period, it is the first day of the Waiting Period.

## ERISA

The Employee Retirement Income Security Act of 1974, as amended.

## ESSENTIAL HEALTH BENEFITS

Essential Health Benefits mean, under section 1302(b) of the Patient Protection and Affordable Care Act, those health benefits to include at least the following general categories and the items and services covered within the categories: ambulatory patient services; emergency services; hospitalization; maternity and newborn care; mental health and substance use disorder services, including behavioral health treatment; prescription drugs; rehabilitative and habilitative services and devices; laboratory services; preventive and wellness services and chronic disease management; and pediatric services, including oral and vision care. This is a self-funded plan which is not required to cover Essential Health Benefits; however, some items and services may be covered at the discretion of the Plan Sponsor.

## EXPENSES INCURRED

The day expenses or services are rendered.

## EXPERIMENTAL

Services, supplies, care and treatment which do not constitute accepted medical practice properly within the range of appropriate medical practice under the standards of the case and by the standards of a reasonably substantial, qualified, responsible, relevant segment of the medical community or government oversight agencies at the time services were rendered.

Experimental or investigational services typically include:

1. Care, procedures, treatment protocol or technology which is:

    a. Not widely accepted as safe, effective and appropriate for the Injury or Sickness throughout the recognized medical profession and established medical societies in the United States; or
    b. Experimental, in the research or investigational stage or conducted as part of research protocol, or has not been proved by statistically significant randomized clinical trials to establish increased survival or improvement in the quality of life over other conventional therapies.

2. Drugs, tests, and technology which are:

    a. Not FDA-approved for general use;
    b. Considered Experimental; or
    c. For investigational use.

The Plan Administrator must make an independent evaluation of the Experimental/non-Experimental standings of specific technologies. The Plan Administrator shall be guided by a Reasonable interpretation of Plan provisions. The decisions shall be made in good faith and rendered following a detailed factual background investigation of the claim and the proposed treatment. The Plan Administrator will be guided by the following principles in review; if

1. The drug or device cannot be lawfully marketed without approval of the U.S. Food and Drug Administration and approval for marketing has not been given at the time the drug or device is furnished; or

2. The drug, device, medical treatment or procedure, or the patient informed consent document utilized with the drug, device, treatment or procedure, was reviewed and approved by the treating facility's Institutional Review Board or other body serving a similar function, or if federal law requires such review or approval; or

3. Reliable Evidence shows that the drug, device, medical treatment or procedure is the subject of any on-

going phase of clinical trial, or is otherwise under study to determine its maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis; or

4. Reliable Evidence shows that the prevailing opinion among experts regarding the drug, device, medical treatment or procedure is that further studies or clinical trials are necessary to determine its maximum tolerated dose, its toxicity, its safety, its efficacy or its efficacy as compared with a standard means of treatment or diagnosis.

Reliable Evidence shall mean only published reports and articles in the authoritative medical and scientific literature; the written protocol or protocols used by the treating facility or the protocol(s) of another facility studying substantially the same drug, service, medical treatment or procedure; or the written informed consent used by the treating facility or by another facility studying substantially the same drug, device, medical treatment or procedure. The Plan Administrator may also rely on the Data project of the American Medical Association, the National Institute of Health, the U.S. Food and Drug Administration, The National Cancer Institute, The National Comprehensive Cancer Network (NCCN), Office of Health Technology Assessment, the Health Care Financing Administration of the U.S. Department of Health and Human Services, and Congressional Office of Technology Assessment in determining investigational or Experimental services.

Drugs are considered Experimental if they are not commercially available for purchase and/or they are not approved by the FDA for general use.

Expenses related to Off-Label Drug Use (the use of a drug for a purpose other than that for which it was approved by the FDA) will be eligible for coverage when all of the following criteria have been satisfied:

1. The named drug is not specifically excluded under the General Limitations of the Plan; and
2. The named drug has been approved by the FDA; and
3. The Off-Label Drug Use is appropriate and is the standard accepted by the medical community for the condition being treated; and
4. If the drug is used for the treatment of cancer, the American Hospital Formulary Service Drug Information or the NCCN Drugs and Biologics Compendia recognize it as an appropriate treatment for that form of cancer.


## FAMILY AND MEDICAL LEAVE ACT
A Federal law, effective August 5, 1993, applying to Employers with fifty (50) or more Employees, and applicable State law.

## FAMILY UNIT
A Covered Employee and his eligible Dependents.

## FIDUCIARY
Sandy Pine Systems, Inc., which has the authority to control and manage the operation and administration of the Plan.

## FORMULARY
A list of prescription medications which are safe, effective therapeutic drugs specifically covered by the Plan.

**FULL-TIME EMPLOYMENT**
A basis whereby an Employee works for the Employer for an average of at least thirty (30) hours per week on a Regular Basis. Such work may occur either at the usual place of business of the Employer or at a location to which the business of the Employer requires the Employee to travel and for which he receives regular earnings from the Employer.

**GENETIC INFORMATION**
Information about genes, gene products and inherited characteristics that may derive from an individual or a family member. This includes information regarding carrier status and information derived from laboratory tests that identify mutations in specific genes or chromosomes, physical medical examinations, family histories, and direct analysis of genes or chromosomes.

**GINA**
The Genetic Information Nondiscrimination Act of 2008 (Public Law No. 110-233), which prohibits group health plans, issuers of individual health care policies, and Employers from discriminating on the basis of Genetic Information.

**HIPAA**
The Health Insurance Portability and Accountability Act of 1996, as amended.

**HOME HEALTH CARE AGENCY**
A Medicare-approved public or private agency or organization that specializes in providing medical care and treatment in the home. Such a provider must be primarily engaged in and duly licensed by the appropriate licensing authority (if such licensing is required) to provide skilled nursing services and other therapeutic services. It must have policies established by a professional group associated with the agency or organization, including at least one (1) Physician and at least one (1) Registered Nurse (R.N.) to govern the services provided, and it must provide for full-time supervision of such services by a Physician or Registered Nurse. Its staff must maintain a complete medical record on each individual and it must have a full-time administrator.

**HOME HEALTH CARE PLAN**
A program for continued care and treatment of the Covered Person established and approved in writing by the Covered Person's attending Physician. The attending Physician must certify that the proper treatment of the Sickness or Injury would require continued Confinement as a resident Inpatient in a Hospital or extended care facility in the absence of the services and supplies provided as part of the Home Health Care Plan.

**HOSPICE CARE**
A health care program providing a coordinated set of services rendered at home, in Outpatient settings, or in institutional settings for Covered Persons suffering from a condition that has a terminal prognosis. Hospice care must have an interdisciplinary group of personnel which includes at least one (1) Physician and one (1) Registered Nurse, and its staff must maintain central clinical records on all patients. Hospice care must meet the standards of the National Hospice Organization (NHO) and applicable state licensing.

## HOSPITAL

An institution which meets all of the following conditions:

1. It is engaged primarily in providing medical care and treatment to an ill or injured person on an Inpatient basis at the Covered Person's expense.

2. It is constituted, licensed, and operated in accordance with the laws of jurisdiction in which it is located which pertain to Hospitals.

3. It maintains on its premises all the facilities necessary to provide for the diagnosis and medical and surgical treatment of a Sickness or an Injury.

4. Such treatment is provided for compensation by or under the supervision of Physicians, with continuous twenty-four (24) hour nursing services by Registered Nurses (R.N.'s).

5. It is accredited by the Joint Commission on the Accreditation of Health Care Organizations (JCAHCO). The JCAHCO accreditation limitation may be waived at the discretion of the Plan if the only Hospital in the immediate area is not JCAHCO approved.

6. It is a provider of services under Medicare.

7. It is not, other than incidentally, a place for rest, a place for the aged, or a nursing home.

The definition of "Hospital" will also include an institution qualified for the treatment of psychiatric problems, Substance Use, or tuberculosis that does not have surgical facilities and/or is not approved by Medicare, provided that such institution satisfies the definition of Hospital in all other respects.

## HOSPITAL MISCELLANEOUS EXPENSES

The actual charges made by a Hospital in its own behalf for services and supplies rendered to the Covered Person which are Medically Necessary for the treatment of such Covered Person. Hospital Miscellaneous Expenses do not include charges for Room and Board or for professional services (including intensive nursing care by whatever name called), regardless of whether the services are rendered under the direction of the Hospital or otherwise.

## HOUR OF SERVICE

Means (1) each hour for which an Employee is paid, or entitled to payment, for the performance of duties for the Employer, and (2) each hour for which an Employee is paid, or entitled to payment, by the Employer for a period of time during which no duties are performed due to vacation, holiday, Illness, incapacity (including disability), layoff, jury duty, military duty, or leave of absence (as defined in 29 CFR §2530.200b-2(a)). The term "Hour of Service" does not include any hour for services to the extent the compensation for those services constitutes income from sources without the United States, within the meaning of Code §§861 through 863 and the regulations thereunder. An Hour of Service for one organization is treated as an Hour of Service for all other organizations that are part of the same Controlled or Affiliated Group for all periods during which those organizations are part of the same Controlled or Affiliated Group. Hours of Service for all Employees are credited using actual Hours of Service from records of hours worked and hours for which payment is made or due.

## ILLNESS

A bodily disorder, disease, physical Sickness, mental infirmity, or functional nervous disorder of a Covered Person. A recurrent Sickness will be considered one Sickness. Concurrent Sicknesses will be considered one (1) Sickness unless the concurrent Sicknesses are totally unrelated. All such disorders existing simultaneously which are due to the same or related causes shall be considered one (1) Sickness.

## INCURRED

Incurred means that a Covered Expense is Incurred on the date the service is rendered or the supply is obtained. With respect to a course of treatment or procedure which includes several steps or phases of treatment, Covered Expenses are Incurred for the various steps or phases as the services related to each step are rendered and not when services relating to the initial step or phase are rendered. More specifically, Covered Expenses for the entire procedure or course of treatment are not Incurred upon commencement of the first stage of the procedure or course of treatment.

## INJURY

The term "Injury" shall mean only accidental bodily Injury caused by an external force, occurring while the Plan is in effect. All injuries to one (1) person from one (1) accident shall be considered an "Injury."

## INPATIENT CARE

Hospital Room and Board and general nursing care for a person confined in a Hospital or extended care facility as a bed patient.

## INTENSIVE CARE UNIT

An area within a Hospital which is reserved, equipped, and staffed by the Hospital for the treatment and care of critically ill individuals who require extraordinary, continuous, and intensive nursing care for the preservation of life.

## INVALID CHARGES

This means (a) charges that are found to be based on "Errors," not applicable to the service or treatment provided, through "Unbundling," or; (b) charges for fees or services determined to not have been Medically Necessary, Usual, Reasonable and Customary; or (c) charges that are otherwise determined by the Plan Administrator to be invalid or impermissible based on any applicable law, regulation, rules, or professional standard.

## JAW JOINT DISORDERS

Includes conditions of jaw joint problems including conditions of structures linking the jaw bone and skull and the complex of muscles, nerves and other tissues related to the temporomandibular joint.

## LATE ENROLLEES

An individual who is enrolled for coverage after the initial eligibility date described in the section entitled Late Enrollment. Note, however, a Special Enrollment shall not be considered a Late Enrollees hereunder.

## LEGAL GUARDIAN

A person recognized by a court of law as having the duty of taking care of the person and managing the property and rights of a minor Child.

## LICENSED PRACTICAL NURSE (L.P.N.)

An individual who has received specialized nursing training and practical nursing experience, and is duly licensed to perform such nursing services by the state or regulatory agency responsible for such licensing in the state in which that individual performs such services.

## LIFETIME

The term "Lifetime," which is used in connection with benefit maximums and limitations, means the period during which the person is covered under the Plan, whether or not coverage is continuous. Under no circumstances does "Lifetime" mean during the Lifetime of the Covered Person.

## MAXIMUM AMOUNT OR MAXIMUM ALLOWABLE CHARGE

The greatest benefit payable for a specific covered item or benefit under the Plan. This amount will be the negotiated rate for provider services established in a contractual arrangement with a provider, or in cases where there is no negotiated or contractual arrangement, the amount will be the lesser of:

- The Usual, Reasonable and Customary amount;
- The allowable charge specified under the terms of the Plan;
- The actual billed charges for the covered services.

The **Maximum Allowable Charge** will not include any identifiable billing mistakes including, but not limited to, up-coding, duplicate charges, and charges for services not performed.

## MEDICAL CARE FACILITY

A Hospital, or a facility that treats one or more specific types of Sickness or Injury or any type of Skilled Nursing or Extended Care Facility.

## MEDICAL EMERGENCY

A sudden onset of a condition with acute symptoms requiring immediate medical care and includes such conditions as heart attacks, cardiovascular accidents, poisonings, loss of consciousness or respiration, convulsions or other such acute medical conditions.

## MEDICAL RECORD REVIEW

The process by which the Plan, based upon a Medical Record Review and audit, determines that a different treatment or different quantity of a drug or supply was provided which is not supported in the billing, then the Plan Administrator may determine the **Maximum Allowable Charge** according to the Medical Record Review and audit results.

## MEDICALLY NECESSARY/DENTALLY NECESSARY

The service a Covered Person receives which is recommended by a Physician and is required to treat the symptoms of a certain Injury or Sickness. Although the service may be prescribed by a Physician, it does not mean the service is Medically Necessary. The care or treatment 1) must be consistent with the diagnosis and prescribed course of treatment for the Covered Person's condition; 2) must be required for reasons other than the convenience of the Covered Person or the attending Physician; 3) is generally accepted as an appropriate form of care for the condition being treated; and 4) is likely to result in physical improvement of the Covered Person's condition which is unlikely to ever occur if the treatment is not administered.

## MEDICARE

The medical care benefits provided under Title XVIII of the Social Security Act of 1965, as subsequently amended.

## MENTAL DISORDERS

A condition which is classified as neurosis, psychoneurosis, psychopathy, psychosis, or mental or emotional disorder of any kind. To be considered a Mental Disorder under the Plan the condition must be defined as such in the "International Classification of Disease Adopted" under 10 Section F - Mental Disorders.

## MENTAL HEALTH PARITY AND ADDICTION EQUITY ACT OF 2008 (MHPAEA)

"Mental Health Parity and Addiction Equity Act of 2008 ("MHPAEA")" means in the case of a group health plan (or health insurance coverage offered in connection with such a plan) that provides both medical and surgical benefits and mental health or substance use disorder benefits, such plan or coverage shall ensure that:

1. The financial requirements applicable to such mental health or substance use disorder benefits are no more restrictive than the predominant financial requirements applied to substantially all medical and surgical benefits covered by the Plan (or coverage) and that there are no separate cost sharing requirements that are applicable only with respect to mental health or substance use disorder benefits. If these benefits are covered by the group health plan (or health insurance coverage offered in connection with such a plan); and

2. The treatment limitations applicable to such mental health or substance use disorder benefits are no more restrictive than the predominant treatment limitations applied to substantially all medical and surgical benefits covered by the Plan (or coverage). Also, there are no separate treatment limitations that are applicable only with respect to mental health or substance use disorder benefits, if these benefits are covered by the group health plan (or health insurance coverage offered in connection with such a plan).

## MINOR EMERGENCY MEDICAL CLINIC

A free-standing facility which is engaged primarily in providing minor Emergency and episodic medical care to a Covered Person. A board-certified Physician, a Registered Nurse, and a registered x-ray technician must be in attendance at all times that the clinic is open. The clinic's facilities must include x-ray and laboratory equipment and a life support system. For the purposes of the Plan, a clinic meeting these requirements will be considered to be a Minor Emergency Medical Clinic, by whatever actual name it may be called; however, a clinic located on or in conjunction with or in any way made a part of a regular Hospital shall be excluded from the terms of this definition.

## MISCELLANEOUS HOSPITAL SERVICES

The actual charges made by a Hospital, other than Room and Board, on its own behalf for services and supplies rendered to the Covered Person, on an Inpatient or Outpatient basis, which are Medically Necessary for the treatment of such Covered Person. This includes Hospital admission kits, but all other personal or convenience items are excluded.

## MORBID OBESITY

A diagnosed condition in which the body weight exceeds the medically recommended weight for the person of the same height, age and mobility as the Covered Person, per the guidelines set forth in the insurance industry.

## NEGOTIATED FEE

This is the amount agreed upon between the provider and the Preferred Provider Organization, regarding the fee the provider should be reimbursed. As part of participating in the Preferred Provider Network the provider has agreed to reduce their fees for Network Covered Persons.

## NEWBORN

An infant from the date of birth until the mother is discharged from the Hospital.

## NO-FAULT AUTO INSURANCE

The basic reparations provision of the law providing for payments without determining fault in connection with automobile accidents.

## OBRA

The Omnibus Budget Reconciliation Act of 1993, as amended from time to time.

## OCCUPATIONAL THERAPIST

A licensed practitioner who treats, primarily, the loss of motor function of skeletal muscles by educating the Covered Person to use other muscles and/or artificial devices to enable them to perform acceptably in any particular occupation or the ordinary tasks of daily living.

## ORTHOTIC APPLIANCE

An external device used to support, align, prevent, or correct the function of movable parts of the of the human body.

## OUTPATIENT

The classification of a Covered Person when that Covered Person receives medical care, treatment, services, or supplies at a clinic, a Physician's office, a Hospital if not a registered bed patient at that Hospital, an Outpatient psychiatric facility, or an Outpatient Substance Use Treatment Facility.

## OUTPATIENT PSYCHIATRIC TREATMENT FACILITY

An administratively distinct governmental, public, private or independent unit or part of such unit that provides Outpatient mental health services and which provides for a psychiatrist who has regularly scheduled hours in the facility, and who assumes the overall responsibility for coordinating the care of all Covered Persons.

## OUTPATIENT SUBSTANCE USE TREATMENT FACILITY

An institution which provides a program for diagnosis, evaluation, and effective treatment of alcoholism and/or Substance Use; provides detoxification services needed with its effective treatment program; provides infirmary-level medical services that may be required; is at all times supervised by a staff of Physicians; prepares and maintains a written plan of treatment for each Covered Person supervised by a Physician, based on the Covered Person's medical, psychological, and social needs and meets licensing standards.

## OUTPATIENT SURGERY

Outpatient Surgery includes, but is not limited to, the following types of procedures performed in a Hospital or surgi-center:

1. Operative or cutting procedures for the treatment of a Sickness or Injury;
2. The treatment of fractures and dislocations; or
3. Endoscopic or diagnostic procedures such as biopsies, cystoscopy, bronchoscopy, and angiocardiography.

## PATIENT PROTECTION AND AFFORDABLE CARE ACT

The Patient Protection and Affordable Care Act of 2010, as amended.

## PHYSICAL THERAPY

A licensed practitioner who treats Covered Persons by means of electro-, hydro-, aero-, and mechano-therapy, massage and therapeutic exercises. Where there is no licensure law, the physical therapist must be certified by the appropriate professional body.

## PHYSICIAN

A legally-licensed medical or dental doctor or surgeon, osteopath, podiatrist, optometrist, chiropractor or registered clinical Psychologist to the extent that same, within the scope of his license, is permitted to perform services provided in the Plan. A Physician shall not include the Covered Person or any Close Relative of the Covered Person.

## PLAN ADMINISTRATOR

The Employer which is responsible for the management of the Plan who have the authority to control and manage the operation and administration of the Plan. The Plan Administrator (or similar decision making body) has the sole authority and discretion to interpret and construe the terms of the Plan and to determine any and all questions in relation to the administration, interpretation, or operation of the Plan, including, but not limited to, eligibility under the Plan, the terms and provisions of the Plan, including any alleged vague or ambiguous term or provision, and to determine payment of benefits or claims under the Plan and any and all other matters arising under the Plan.

The Plan Administrator may employ persons or firms to process claims and perform other Plan-connected services. The Plan Administrator is the named Plan Administrator within the meaning of Section 414(g) of the Internal Revenue Code of 1986, as amended, and is the named Administrator within the meaning of Section 3(16)(A) of the Employee Retirement Income Security Act of 1974 (ERISA), as amended. The Plan Administrator has the final and discretionary authority to determine the Usual, Reasonable & Customary amount.

## PLAN YEAR

The twelve (12) month period beginning on either the effective date of the Plan or on the day following the end of the first Plan Year which is a short Plan Year. The Plan recognizes Plan Year as January 1st to December 31st.

## PRE-AUTHORIZATION

Pre-Authorization is the formal, written determination of benefits applicable to an expense as of the date of the review by the Claims Administrator. A Pre-Authorization for benefits assumes that all information necessary to make an appropriate benefit determination has been provided. A Pre-Authorization is a guarantee that the Plan provides benefits for a covered expense as long as: 1) The Covered Person is still a Covered Person on the date of service; 2) The applicable plan benefit has not been changed; 3) The Pre-Authorization request is received in writing by the Claims Administrator via mail, electronically or by facsimile.

## PRE-CERTIFICATION

Pre-Certification is the formal request for determination of the medical appropriateness of the level of and length of care in an inpatient admission and certain ambulatory and Outpatient procedures, as defined by the Plan, for an Injury or Illness. Pre-Certification is a plan requirement of notification for potentially large medical expenses. The only purpose of Pre-Certification is to determine whether the Covered Person is receiving services in the least restrictive setting, according to the general standards of medical and surgical care.

Pre-Certification certifies that the Covered Person is receiving the most appropriate level of treatment for their medical condition. Pre-Certification does not guarantee that benefits will be available when services are performed because several plan provisions may apply to the services received by the Covered Person. Pre-Certification is no guarantee that a benefit is covered under the Plan, and Covered Persons need to review the General Limitations and the Covered Benefits sections of the Plan to determine if a benefit is covered, regardless of Pre-Certification.

## PREGNANCY

That physical state which results in Childbirth, abortion, or miscarriage, and any medical complications arising out of or resulting from such state.

**PRESCRIPTION DRUG**
Any of the following: a Food and Drug Administration-approved drug or medicine which, under Federal Law, is required to bear the legend: "Caution: Federal Law prohibits dispensing without a prescription"; injectable insulin; hypodermic needles or syringes, but only when dispensed upon a written prescription of a licensed Physician. Such drugs must be Medically Necessary in the treatment of a Sickness or Injury.

In regards to drugs and drug therapies newly approved by the U.S. Food and Drug Administration (FDA) and available to the consumer market after the Summary Plan Descriptions have been distributed, the Plan reserves the right to:

- Extend coverage to medications that have recently met the FDA guidelines;
- Assign a unique Co-Payment or Coinsurance to new drugs entering the market;
- Limit quantities of new lifestyle-type drugs entering the market; and
- Add drugs to the exclusion list if the FDA has issued a warning or a recall, voluntary or otherwise, to the consumer market.

Covered Persons will receive notices regarding any Plan modifications regarding drugs or therapies at such time that they present a prescription for drugs or drug therapies impacted by modifications to the Plan. Participating pharmacies are charged to communicate any updates or changes to the Plan pharmacy program which impact a Covered Person.


**PREVENTIVE CARE**
Medical treatment, services or supplies rendered solely for the purpose of maintaining health and not for the treatment of an Injury or Sickness. When a claim is submitted, the Physician's office must code the claim to indicate Preventive Care or the Plan will consider the claim as treatment of an Injury or Sickness.

**PRIMARY PLAN**
A plan whose allowable benefits are not reduced by those of another plan.

**PRIOR TO EFFECTIVE DATE OR AFTER TERMINATION DATE**
Prior to Effective Date or After Termination Date are dates occurring before a Covered Person gains eligibility from the Plan, or dates occurring after a Covered Person loses eligibility from the Plan, as well as charges Incurred prior to the effective date of coverage under the Plan or after coverage is terminated, unless Extension of Benefits applies.

**PRONOUNS**
Any references to "Covered Person", "He", "She", "Himself" or "Herself" means the eligible Employee and Covered Dependents.

**PSYCHIATRIC CARE**
The term "Psychiatric Care," also known as psychoanalytic care, means treatment for a mental Sickness or disorder, a functional nervous disorder, alcoholism, or drug addiction. A psychiatric condition includes but is not limited to anorexia nervosa and bulimia, schizophrenia, and depressive disorders including but not limited to manic depression.

**PSYCHOLOGIST**

A registered clinical Psychologist. A Psychologist who specializes in the evaluation and treatment of mental Sickness who is registered with the appropriate state registering body or, in a state where statutory licensure exists, holds a valid credential for such practice or, if practicing in a state where statutory licensure does not exist, meets the following qualifications: Has a doctoral degree from an accredited university, college, or professional school and has two (2) years of supervised experience in health services of which at least one (1) year is post-doctoral and one (1) year in an organized health services program; or, holds a graduate degree from an accredited university or college and has not less than six (6) years as a Psychologist with at least two (2) years of supervised experience in health services.

**QUALIFIED MEDICAL CHILD SUPPORT ORDER (QMCSO)**

In order to meet the definition of a Qualified Medical Child Support Order (QMCSO), a court order or divorce decree must contain all of the following information:

1. The Employee's name and last known address.
2. The Dependent's full name and address.
3. A Reasonable description of the coverage to be provided or the manner in which coverage will be established, i.e. through the Employer.
4. The period for which coverage must be provided.
5. The order or decree must specifically name the Plan Sponsor as a source of coverage.

A National Medical Support notice, issued pursuant to ERISA section 609(a)(5)(C) and applicable regulations, will also meet the definition of a QMCSO.

Should any Covered Person or beneficiary need a copy of the procedures that govern Qualified Medical Child Support Order (QMCSO) determinations, they will be provided by the Plan Administrator, free of charge, upon request.

**REASONABLE**

"Reasonable" and/or "Reasonableness" means in the administrator's discretion, services or supplies, or fees for services or supplies which are necessary for the care and treatment of Illness or Injury not caused by the treating Provider. Determination that fee(s) or services are Reasonable will be made by the Plan Administrator, taking into consideration unusual circumstances or complications requiring additional time, skill and experience in connection with a particular service or supply; industry standards and practices as they relate to similar scenarios; and the cause of Injury or Illness necessitating the service(s) and/or charge(s).

This determination will consider, but will not be limited to, the findings and assessments of the following entities: (a) The National Medical Associations, Societies, and organizations; and (b) The Food and Drug Administration. To be Reasonable, service(s) and/or fee(s) must be in compliance with generally accepted billing practices for unbundling or multiple procedures. Services, supplies, care and/or treatment that results from errors in medical care that are clearly identifiable, preventable, and serious in their consequence for patients, are not Reasonable. The Plan Administrator retains discretionary authority to determine whether service(s) and/or fee(s) are Reasonable based upon information presented to the Plan Administrator. A finding of Provider negligence and/or malpractice is not required for service(s) and/or fee(s) to be considered not Reasonable.

Charge(s) and/or services are not considered to be Reasonable, and as such are not eligible for payment (exceed the Maximum Allowable Charge), when they result from Provider error(s) and/or facility-acquired conditions deemed "reasonably preventable" through the use of evidence-based guidelines, taking into consideration but not limited to CMS guidelines.

The Plan reserves for itself and parties acting on its behalf the right to review charges processed and/or paid by the Plan, to identify charge(s) and/or service(s) that are not Reasonable and therefore not eligible for payment by the Plan.

**REGISTERED NURSE (R.N.)**
An individual who has received specialized nursing training and is authorized to use the designation of "R.N.," and who is duly licensed by the state or regulatory agency responsible for such licensing in the state in which the individual performs such nursing services.

**REGULAR BASIS**
A basis whereby an Employee is regularly at work as shown in the section titled Eligibility for Coverage. Such work may occur either at the usual place of business of the Employer or at a location to which the business of the Employer requires the Employee to travel and for which he or she receives regular earnings from the Employer.

**REVIEW ORGANIZATION**
The organization contracting with the Employer to perform managed care services.

**ROOM AND BOARD**
All charges, by whatever name called, which are made by a Hospital, Hospice, or extended care facility as a condition of occupancy. Such charges do not include the professional services of Physicians nor intensive nursing care (by whatever name called).

**SEMI-PRIVATE**
A class of accommodations in a Hospital or extended care facility in which at least two (2) patient beds are available per room.

**SICKNESS**
A person's Illness, disease or Pregnancy (including complications).

**SIGNIFICANT BREAK IN COVERAGE**
A period of sixty-three (63) or more consecutive days without Creditable Coverage. Periods of no coverage during an HMO affiliation period or Waiting Period shall not be taken into account for purposes of determining whether a Significant Break in Coverage has occurred. For this purpose, an HMO affiliation period means a period of time that must expire before health insurance coverage provided by an HMO becomes effective and during which the HMO is not required to provide benefits.

With respect to a Qualified Covered Persons who elects COBRA Continuation Coverage pursuant to the American Recovery and Reinvestment Act of 2009 and the Department of Defense Appropriations Act, 2010, the following periods shall be disregarded for purposes of determining the sixty-three (63) day break in coverage period, as referred to in Section 701(c)(2) of ERISA:

1. The period beginning on the date of the Qualifying Event; and
2. The period ending with the start of COBRA Continuation Coverage.

**SKILLED NURSING FACILITY**
An institution, or distinct part thereof, operated pursuant to law, and one which meets all of the following conditions:

1. It is licensed to provide and is engaged in providing, on an Inpatient basis for persons convalescing from Injury or Sickness, professional nursing services rendered by a Registered Nurse (R.N.) or by a Licensed Practical Nurse (L.P.N.) under the direction of a Registered Nurse and physical restoration services to assist Covered Persons to reach a degree of body functioning to permit self-care in essential daily living activities.
2. Its services are provided for compensation from its Covered Persons and under the full-time supervision of a Physician or Registered Nurse.
3. It provides twenty-four (24) hour per day nursing services by licensed nurses, under the direction of a full-time Registered Nurse.
4. Its staff maintains a complete medical record on each Covered Persons.
5. It has an effective utilization review plan.
6. It is not, other than incidentally, a place for rest, the aged, drug addicts, alcoholics, mentally handicapped, custodial or educational care, or care of Mental Disorders.
7. It is approved and licensed by Medicare.

This term shall apply to Expenses Incurred in an institution referring to itself as a Skilled Nursing Facility, Extended Care Facility, or any such other similar facility.

**SOCIAL WORKER**
An individual who is qualified through education, training, and experience to provide services in relation to the treatment of emotional disorders, psychiatric conditions, or Substance Use.

**SPECIAL ENROLLEE**
An Employee or Dependent who is entitled to and who requests Special Enrollment within thirty-one (31) days of losing other health coverage or a newly acquired Dependent for whom coverage is requested within thirty-one (31) days of the marriage, birth, adoption, or placement for adoption.

**SPECIAL UNPAID LEAVE**
Means unpaid leave that is subject to FMLA, subject to USERRA, or on account of jury duty.

**SPECIALTY PRESCRIPTION DRUG**
A Food and Drug Administration approved drug or medicine which, under federal law, is required to bear the legend: "Caution: Federal law prohibits dispensing without prescription." A Specialty Prescription Drug is categorized as such by the contracting PBM (Pharmacy Benefit Manager) due to its characteristics and cost. Such drugs must be Medically Necessary in the treatment of a Sickness or Injury.

**SPEECH THERAPIST**
An individual who is skilled in the treatment of communication and swallowing disorders due to Sickness, Injury or birth defect, is a member of the American Speech and Hearing Association, has a Certificate of Clinical Competence, and is licensed in the state in which services are provided.

**SPINAL MANIPULATION**
Skeletal adjustments, manipulation or other treatment in connection with the detection and correction by manual or mechanical means of structural imbalance or subluxation in the human body. Such treatment is done by a Physician to remove nerve interference resulting from, or related to, distortion, misalignment, or subluxation of, or in the vertebral column.

**SUBSTANCE USE**
Any use of alcohol, any Drug (whether obtained legally or illegally), any narcotic, or any hallucinogenic or other illegal substance, which produces a pattern of pathological use, causing impairment in social or occupational functioning, or which produces physiological dependency evidenced by physical tolerance or withdrawal. It is the excessive use of a substance, especially alcohol or a drug. The DSM-IV definition is applied as follows:

1. A maladaptive pattern of substance use leading to clinically significant impairment or distress, as manifested by one (or more) of the following, occurring within a twelve (12) month period:
   a. Recurrent substance use resulting in a failure to fulfill major role obligations at work, school or home (e.g., repeated absences or poor work performance related to substance use; substance-related absences, suspensions or expulsions from school; neglect of Children or household);
   b. Recurrent substance use in situations in which it is physically hazardous (e.g., driving an automobile or operating a machine when impaired by substance use);
   c. Recurrent substance-related legal problems (e.g., arrests for substance-related disorderly conduct); or
   d. Continued substance use despite having persistent or recurrent social or interpersonal problems caused or exacerbated by the effects of the substance (e.g., arguments with spouse about consequences of intoxication, physical fights);
2. The symptoms have never met the criteria for Substance Dependence for this class of substance.

**SURGICAL PROCEDURES**
Cutting, suturing, treatment of burns, correction of fractures, reduction of dislocation, manipulation of joints under general anesthesia, electrocauterization, tapping (paracentesis), application of plaster casts, administration of pneumothorax, endoscopies, or injection of sclerosing solution by a licensed Physician.

**TEFRA**
The Tax Equity and Fiscal Responsibility Act of 1982, as amended from time to time.

## TEMPOROMANDIBULAR JOINT SYNDROME

Treatment of Jaw Joint Disorders including conditions of structures linking the jawbone and skull and the complex of muscles, nerves and other tissues related to the temporomandibular joint. Care and treatment may include, but are not limited to, orthodontics, crowns, inlays, Physical Therapy and any appliance that is attached to or rests on the teeth.

## THERAPY SERVICES

Services or supplies used for the treatment of a Sickness or Injury to promote the recovery of a Covered Person. Therapy Services are covered to the extent specified in the Plan and may include:

1. Chemotherapy - the treatment of malignant disease by chemical or biological antineoplastic agents.
2. Dialysis Treatments - the treatment of acute or chronic kidney disease which may include the supportive use of an artificial kidney machine.
3. Occupational Therapy - treatment of a physically disabled person by means of constructive activities designed and adapted to promote the restoration of the person's ability to satisfactorily accomplish the ordinary tasks of daily living and those required by the person's particular occupational role.
4. Physical Therapy - the treatment by physical means, electrotherapy, hydrotherapy, heat, or similar modalities, physical agents, bio-mechanical and neuro-physiological principles, and devices to relieve pain, restore maximum function, and prevent disability following disease, Injury, or loss of body part.
5. Radiation Therapy - the treatment of disease by X-ray, radium, or radioactive isotopes.
6. Respiration Therapy - introduction of dry or moist gases into the lungs for treatment purposes.
7. Speech Therapy - treatment of communication and swallowing disorders due to a Sickness, Injury or birth defect.

## TOTAL DISABILITY (TOTALLY DISABLED)

A physical state of a Covered Person resulting from a Sickness or Injury which wholly prevents:

1. An Employee from engaging in his regular or customary occupation and from performing any and all work for compensation or profit.
2. A Dependent from performing the normal activities of a person of like age and sex and in good health.

## TRANSITIONAL TREATMENT

In a Transitional Treatment program, services are rendered in a less restrictive manner than inpatient services but in a more intensive manner than are Outpatient services and can represent the following:

1. A non-residential program which provides case management, counseling, medical care and psychotherapy on a Regular Basis for a scheduled part of a day and a scheduled number of days per week. This program shall be administered in a psychiatric facility which is accredited by the Joint Commission on Accreditation of Health Care Organizations and shall be licensed to provide partial Hospital services, if required by the state in which the facility is providing these services. Treatment lasts less than twenty-four (24) hours, but more than four (4) hours, a day.
2. A residential treatment program in a qualified facility certified by the Department of Health and Family Services and is designed to provide individualized, active treatment within an intensively staffed residential setting. Residential Treatment Facilities are less restrictive and less intensively staffed than Hospital-based programs, but more intensively staffed and provide a wider range of services than community residences.

**URGENT CARE CLINIC**
A free-standing facility which is engaged primarily in providing minor Emergency and episodic medical care to a Covered Person. A board-certified Physician, a Registered Nurse, and a registered x-ray technician must be in attendance at all times that the clinic is open. The clinic's facility must include x-ray and laboratory equipment and a life support system. These types of facilities bill on HCFA or CMS 1500 forms with Place of Service 20.

**URGENT CARE ROOM**
Hospital billed room that is used for treating conditions of lesser severity then would be needed with an Emergency Room. Hospitals bill Urgent Care Rooms with Revenue Code 456 or 516 on a Hospital bill (UB-92 or UB-04 for example).

**USUAL, REASONABLE AND CUSTOMARY**
Covered expenses which are identified by the Plan Administrator, taking into consideration, among other factors, the fee(s) which the Provider most frequently charges the majority of Covered Persons for the service or supply, the cost to the Provider for providing the services, the prevailing range of fees allowed in the same "area" by Providers of similar training and experience for the service or supply, and the Medicare-allowed reimbursement rates for such services or supplies. This is determined and established by the Plan using normative data such as, but not limited to, Medicare cost to charge ratios, average wholesale price (AWP) for prescriptions and/or manufacturer's retail pricing (MRP) for supplies and devices with the intent to allow only up to the average commercial allowable for related services in the geographic area. The term(s) "same geographic locale" and/or "area" shall be defined as a metropolitan area, county, or such greater area as is necessary to obtain a representative cross-section of Providers, persons or organizations rendering such treatment, services, or supplies for which a specific charge is made. To be Usual, Reasonable and Customary, fee(s) must be in compliance with generally accepted billing practices for unbundling or multiple procedures.

The term "Customary" refers to the form and substance of a service, supply, or treatment provided in accordance with generally accepted standards of medical practice to one individual, which is appropriate for the care or treatment of the same sex, comparable age and who receive such services or supplies within the same geographic locale.

The Plan Administrator will determine what the Usual, Reasonable and Customary charge is, for any procedure, service, or supply, and whether a specific procedure, service or supply is Usual, Reasonable and Customary. For purposes of the Plan, a Usual, Reasonable, and Customary amount is based on a reasonable multiple of what is paid to Medicare for the same or similar service. If Medicare does not address allowable fees for the service in issue, then another schedule may be used as a basis for determining the Reasonable reimbursement rate for the service provided. Non-network providers and providers who have not negotiated a reimbursement level with the Plan Sponsor may balance bill the difference between their charged amount and the Reasonable cost or Maximum Allowable Amount applied to these non-network claim(s).

With regard to any facility or provider directly contracted with the Plan Sponsor or Plan Administrator or as part of a network arrangement, the negotiated rates and fees specifically established under such contract shall be presumed to be Usual, Reasonable, and Customary for covered services for eligible Covered Persons.

**WELL-CARE**
The term "Well-Care" means medical treatment, services, or supplies rendered solely for the purpose of health maintenance and *not* for the treatment of a Sickness or Injury. This includes pediatric preventive services, appropriate immunizations, developmental assessments and laboratory services appropriate to the age of the Child as defined by standards of Child Health Care issued by the American Academy of Pediatrics.

# RIGHTS UNDER ERISA

As a Covered Person in the Plan, you are entitled to certain rights and protections under ERISA. ERISA provides that all Covered Persons are entitled to:

i. *Receive Information About Your Plan and Benefits*

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls (if any), all documents governing the Plan, including insurance contracts, collective bargaining agreements (if any), and copies of the latest annual report (Form 5500 Series) filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and collective bargaining agreements (if any), and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The Administrator may make a Reasonable charge for the copies.

Receive a summary of the Plan's annual financial report. The Plan Administrator is required by law to furnish each Covered Person with a copy of this summary annual report.

ii. *Continue Group Health Plan Coverage*

Continue health care coverage for yourself, spouse or Dependents if there is a loss of coverage under the Plan as a result of a Qualifying Event. You or your Dependents may have to pay for such coverage. Review the Plan and the documents governing the Plan on the rules governing your COBRA continuation coverage rights.

iii. *Prudent Actions by Plan Fiduciaries*

In addition to creating rights for Covered Person, ERISA imposes duties upon the people who are responsible for the operation of the Plan. The people who operate your Plan, called "fiduciaries" of the Plan, have a duty to do so prudently and in the interest of you and other Covered Persons and beneficiaries. No one, including your Employer, your union (if any), or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

iv. *Enforce Your Rights*

If your claim for a (pension, welfare) benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within thirty (30) days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is

denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

v. *Assistance with Your Questions*

If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

# CLAIM PROCEDURES; PAYMENT OF CLAIMS

The procedures outlined below must be followed by Participants to obtain payment of health benefits under the Plan.

**Health Claims**

All claims and questions regarding health claims should be directed to the Claims Administrator. The Plan Administrator shall be ultimately and finally responsible for adjudicating such claims and for providing full and fair review of the decision on such claims in accordance with the following provisions and with ERISA. Benefits under the Plan will be paid only if the Plan Administrator decides in its discretion that the Covered Person is entitled to them. The responsibility to process claims in accordance with the Plan may be delegated to the Claims Administrator; provided, however, that the Claims Administrator is not a Fiduciary of the Plan and does not have the authority to make decisions involving the use of discretion.

Each Covered Person claiming benefits under the Plan shall be responsible for supplying, at such times and in such manner as the Plan Administrator in its sole discretion may require, written proof that the expenses were Incurred or that the benefit is covered under the Plan. If the Plan Administrator in its sole discretion determines that the Covered Person has not Incurred a covered expense or that the benefit is not covered under the Plan, or if the Covered Person fails to furnish such proof as is requested, no benefits shall be payable under the Plan.

A call from a Provider who wants to know if an individual is covered under the Plan, or if a certain procedure is covered by the Plan, prior to providing treatment is not a "claim," since an actual claim for benefits is not being filed with the Plan. These are simply requests for information, and **any response is not a guarantee of benefits, since payment of benefits is subject to all Plan provisions, limitations and exclusions**. Once treatment is rendered, a Clean Claim must be filed with the Plan (which will be a "Post-service Claim"). At that time, a determination will be made as to what benefits are payable under the Plan.

A Covered Person has the right to request a review of an Adverse Benefit Determination. If the claim is denied at the end of the appeal process, as described below, the Plan's final decision is known as a final Adverse Benefit Determination. If the Covered Person receives notice of a final Adverse Benefit Determination, or if the Plan does not follow the claims procedures properly, the Covered Person then has the right to request an independent external review. The external review procedures are described below.

The claims procedures are intended to provide a full and fair review. This means, among other things, that claims and appeals will be decided in a manner designed to ensure the independence and impartiality of the persons involved in making these decisions.

Benefits will be payable to a Covered Person, or to a Provider that has accepted an Assignment of Benefits as consideration in full for services rendered.

According to Federal regulations which apply to the Plan, types of claims include: Pre-service (Urgent and Non-urgent), Concurrent Care and Post-service.

1. Pre service Claims. A "pre-service claim" is a claim for a benefit under the Plan where the Plan conditions receipt of the benefit, in whole or in part, on approval of the benefit in advance of obtaining medical care.

   A "pre-service urgent care claim" is any claim for medical care or treatment with respect to which the application of the time periods for making non-urgent care determinations could seriously jeopardize the life or health of the Covered Person or the Covered Person's ability to regain maximum function, or, in the

opinion of a Physician with knowledge of the Covered Person's medical condition, would subject the Covered Person to severe pain that cannot be adequately managed without the care or treatment that is the subject of the claim.

If the Plan does not require the Covered Person to obtain approval of a specific medical service prior to getting treatment, then there is no pre-service claim. The Covered Person simply follows the Plan's procedures with respect to any notice which may be required after receipt of treatment, and files the claim as a post-service claim.

2. Concurrent Claims. A "Concurrent Claim" arises when the Plan has approved an on going course of treatment to be provided over a period of time or number of treatments, and either:

   a. The Plan determines that the course of treatment should be reduced or terminated; or
   b. The Covered Person requests extension of the course of treatment beyond that which the Plan has approved.

If the Plan does not require the Covered Person to obtain approval of a medical service prior to getting treatment, then there is no need to contact the Plan Administrator to request an extension of a course of treatment. The Covered Person simply follows the Plan's procedures with respect to any notice which may be required after receipt of treatment, and files the claim as a Post-service Claim.

3. Post service Claims. A "Post-service Claim" is a claim for a benefit under the Plan after the services have been rendered.

## When Claims Must Be Filed

Post-service health claims must be filed with the Claims Administrator within 365 days of the date charges for the service were Incurred. Benefits are based upon the Plan's provisions at the time the charges were Incurred. **Claims filed later than that date shall be denied.**

A pre-service claim (including a concurrent claim that also is a pre-service claim) is considered to be filed when the request for approval of treatment or services is made and received by the Claims Administrator in accordance with the Plan's procedures.

Upon receipt of the required information, the claim will be deemed to be filed with the Plan. The Claims Administrator will determine if enough information has been submitted to enable proper consideration of the claim. If not, more information may be requested as provided herein. This additional information must be received by the Claims Administrator within forty-five (45) days from receipt by the Covered Person of the request for additional information. **Failure to do so may result in claims being declined or reduced.**

## Timing of Claim Decisions

The Plan Administrator shall notify the Covered Person, in accordance with the provisions set forth below, of any Adverse Benefit Determination (and, in the case of Pre-Service claims and concurrent claims, of decisions that a claim is payable in full) within the following timeframes:

- Pre-Service Urgent Care Claims:

   - If the Covered Person has provided all of the necessary information, as soon as possible, taking into account the medical exigencies, but not later than seventy-two (72) hours after receipt of the claim.

- If the Covered Person has not provided all of the information needed to process the claim, then the Covered Person will be notified as to what specific information is needed as soon as possible, but not later than seventy-two (72) hours after receipt of the claim.

- The Covered Person will be notified of a determination of benefits as soon as possible, but not later than seventy-two (72) hours, taking into account the medical exigencies, after the earliest of:

  o The Plan's receipt of the specified information; or

  o The end of the period afforded the Covered Person to provide the information.

- If there is an Adverse Benefit Determination, a request for an expedited appeal may be submitted orally or in writing by the Covered Person. All necessary information, including the Plan's benefit determination on review, may be transmitted between the Plan and the Covered Person by telephone, facsimile, or other similarly expeditious method. Alternatively, the Covered Person may request an expedited review under the external review process.

- Pre-Service Non-Urgent Care Claims:

  - If the Covered Person has provided all of the information needed to process the claim, in a Reasonable period of time appropriate to the medical circumstances, but not later than fifteen (15) days after receipt of the claim, unless an extension has been requested, then prior to the end of the fifteen (15) day extension period.

  - If the Covered Person has not provided all of the information needed to process the claim, then the Covered Person will be notified as to what specific information is needed as soon as possible, but not later than five (5) days after receipt of the claim. The Covered Person will be notified of a determination of benefits in a Reasonable period of time appropriate to the medical circumstances, either prior to the end of the extension period (if additional information was requested during the initial processing period), or by the date agreed to by the Plan Administrator and the Covered Person (if additional information was requested during the extension period).

- Concurrent Claims:

  - Plan Notice of Reduction or Termination. If the Plan Administrator is notifying the Covered Person of a reduction or termination of a course of treatment (other than by Plan Amendment or termination), before the end of such period of time or number of treatments. The Covered Person will be notified sufficiently in advance of the reduction or termination to allow the Covered Person to appeal and obtain a determination on review of that Adverse Benefit Determination before the benefit is reduced or terminated. This rule does not apply if benefits are reduced or eliminated due to plan Amendment or termination. A similar process applies for claims based on a rescission of coverage for fraud or misrepresentation.

  - Request by Covered Person Involving Urgent Care. If the Plan Administrator receives a request from a Covered Person to extend the course of treatment beyond the period of time or number of treatments that is a claim involving urgent care, as soon as possible, taking into account the medical exigencies, but not later than seventy-two (72) hours after receipt of the claim, as long as the Covered Person makes the request at least seventy-two (72) hours prior to the expiration of the prescribed period of time or number of treatments. If the Covered Person submits the request with

less than twenty-four (24) hours prior to the expiration of the prescribed period of time or number of treatments, the request will be treated as a claim involving urgent care and decided within the urgent care timeframe.

- Request by Covered Person Involving Non-urgent Care. If the Plan Administrator receives a request from the Covered Person to extend the course of treatment beyond the period of time or number of treatments that is a claim not involving urgent care, the request will be treated as a new benefit claim and decided within the timeframe appropriate to the type of claim (either as a Pre-Service Non-urgent claim or a Post-Service Claim).

- Request by Covered Person Involving Rescission. With respect to rescissions, the following timetable applies:

| | |
|---|---|
| Notification to Covered Person | thirty (30) days |
| Notification of Adverse Benefit Determination on appeal | thirty (30) days |

- Post-Service Claims:

  o If the Covered Person has provided all of the information needed to process the claim, in a Reasonable period of time, but not later than thirty (30) days after receipt of the claim, unless an extension has been requested, then prior to the end of the fifteen (15) day extension period.

  o If the Covered Person has not provided all of the information needed to process the claim and additional information is requested during the initial processing period, then the Covered Person will be notified of a determination of benefits prior to the end of the extension period, unless additional information is requested during the extension period, then the Covered Person will be notified of the determination by a date agreed to by the Plan Administrator and the Covered Person.

- Extensions - Pre-Service Urgent Care Claims. No extensions are available in connection with Pre-Service Urgent Care Claims.

- Extensions - Pre-Service Non-Urgent Care Claims. This period may be extended by the Plan for up to fifteen (15) days, provided that the Plan Administrator both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies the Covered Person, prior to the expiration of the initial fifteen (15) day processing period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision.

- Extensions - Post-Service Claims. This period may be extended by the Plan for up to fifteen (15) days, provided that the Plan Administrator both determines that such an extension is necessary due to matters beyond the control of the Plan and notifies the Covered Person, prior to the expiration of the initial thirty (30) day processing period, of the circumstances requiring the extension of time and the date by which the Plan expects to render a decision.

- Calculating Time Periods. The period of time within which a benefit determination is required to be made shall begin at the time a claim is deemed to be filed in accordance with the procedures of the Plan.

**Notification of an Adverse Benefit Determination**

The Plan Administrator shall provide a Covered Person with a notice, either in writing or electronically (or, in the case of pre-service urgent care claims, by telephone, facsimile or similar method, with written or electronic notice). The notice will contain the following information:

- Information sufficient to allow the Covered Person to identify the claim involved (including date of service, the healthcare provider, the claim amount, if applicable, and a statement describing the availability, upon request, of the diagnosis code and its corresponding meaning, and the treatment code and its corresponding meaning);

- A reference to the specific portion(s) of the plan provisions upon which a denial is based;

- Specific reason(s) for a denial, including the denial code and its corresponding meaning, and a description of the Plan's standard, if any, that was used in denying the claim;

- A description of any additional information necessary for the Covered Person to perfect the claim and an explanation of why such information is necessary;

- A description of the Plan's internal appeals and external review processes and the time limits applicable to the processes. This description will include information on how to initiate the appeal and a statement of the Covered Person's right to bring a civil action under section 502(a) of ERISA following an Adverse Benefit Determination on final review;

- A statement that the Covered Person is entitled to receive, upon request and free of charge, Reasonable access to, and copies of, all documents, records and other information relevant to the Covered Person's claim for benefits;

- The identity of any medical or vocational experts consulted in connection with a claim, even if the Plan did not rely upon their advice (or a statement that the identity of the expert will be provided, upon request);

- Any rule, guideline, protocol or similar criterion that was relied upon, considered, or generated in making the determination will be provided free of charge. If this is not practical, a statement will be included that such a rule, guideline, protocol or similar criterion was relied upon in making the determination and a copy will be provided to the Covered Person, free of charge, upon request;

- In the case of denials based upon a medical judgment (such as whether the treatment is Medically Necessary or Experimental), either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Covered Person's medical circumstances, will be provided. If this is not practical, a statement will be included that such explanation will be provided to the Covered Person, free of charge, upon request;

- Information about the availability of, and contact information for, an applicable office of health insurance consumer assistance or ombudsman established under applicable federal law to assist individuals with the internal claims and appeals and external review processes; and

- In a claim involving urgent care, a description of the Plan's expedited review process.

**Appeal of Adverse Benefit Determinations**

**Full and Fair Review of All Claims**

In cases where a claim for benefits is denied, in whole or in part, and the Covered Person believes the claim has been denied wrongly, the Covered Person may appeal the denial and review pertinent documents. The claims procedures of this Plan provide a Covered Person with a Reasonable opportunity for a full and fair review of a claim and Adverse Benefit Determination. More specifically, the Plan provides:

1. Covered Persons at least 180 days following receipt of a notification of an initial Adverse Benefit Determination within which to appeal the determination;

2. Covered Persons the opportunity to submit written comments, documents, records, and other information relating to the claim for benefits;

3. Covered Persons the opportunity to review the Claim file and to present evidence and testimony as part of the internal claims and appeals process.

4. For a review that does not afford deference to the previous Adverse Benefit Determination and that is conducted by an appropriate named Fiduciary of the Plan, who shall be neither the individual who made the Adverse Benefit Determination that is the subject of the appeal, nor the subordinate of such individual;

5. For a review that takes into account all comments, documents, records, and other information submitted by the Covered Person relating to the claim, without regard to whether such information was submitted or considered in any prior benefit determination;

6. That, in deciding an appeal of any Adverse Benefit Determination that is based in whole or in part upon a medical judgment, the Plan Fiduciary shall consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment, who is neither an individual who was consulted in connection with the Adverse Benefit Determination that is the subject of the appeal, nor the subordinate of any such individual;

7. For the identification of medical or vocational experts whose advice was obtained on behalf of the Plan in connection with a claim, even if the Plan did not rely upon their advice;

8. That a Covered Person will be provided, free of charge: (a) Reasonable access to, and copies of, all documents, records, and other information relevant to the Covered Person's claim in possession of the Plan Administrator or Claims Administrator; (b) information regarding any voluntary appeals procedures offered by the Plan; (c) information regarding the Covered Person's right to an external review process; (d) any internal rule, guideline, protocol or other similar criterion relied upon, considered or generated in making the adverse determination; and (e) an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Covered Person's medical circumstances; and

9. That a Covered Person will be provided, free of charge, and sufficiently in advance of the date that the notice of final internal Adverse Benefit Determination is required, with new or additional evidence considered, relied upon, or generated by the Plan in connection with the Claim, as well as any new or additional rationale for a denial at the internal appeals stage, and a Reasonable opportunity for the Covered Person to respond to such new evidence or rationale.

**Requirements for Appeal**

The Covered Person must file the appeal in writing (although oral appeals are permitted for pre-service urgent care claims) within 180 days following receipt of the notice of an Adverse Benefit Determination.

For pre-service urgent care claims, if the Covered Person choose to orally appeal, or to file an appeal in writing (a written appeal must be addressed and mailed and faxed), the Covered Person may contact:

| | | |
|---|---|---|
| **Auxiant** | **Or** | **Sandy Pine Systems, Inc.** |
| **424 1st Avenue, NE** | | **4774 33rd Avenue** |
| **Cedar Rapids, IA 52401** | | **Columbus, NE 68601** |
| **Phone: 800-475-2232** | | **Phone: 402-487-2261** |
| **Fax: 319-398-3292** | | **Fax: 866-479-7535** |
| **Website: www.auxiant.com** | | **Email:** |
| | | **HR@sandypine.com** |

It shall be the responsibility of the Covered Person to submit proof that the claim for benefits is covered and payable under the provisions of the Plan. Any appeal must include:

- The name of the Employee/Covered Person;

- The Employee/Covered Person's social security number;

- The group name or identification number;

- All facts and theories supporting the claim for benefits. **Failure to include any theories or facts in the appeal will result in their being deemed waived. In other words, the Covered Person will lose the right to raise factual arguments and theories which support this claim if the Covered Person fails to include them in the appeal;**

- A statement in clear and concise terms of the reason or reasons for disagreement with the handling of the claim; and

- Any material or information that the Covered Person has which indicates that the Covered Person is entitled to benefits under the Plan.

If the Covered Person provides all of the required information, it may be that the expenses will be eligible for payment under the Plan.

**Timing of Notification of Benefit Determination on Review**

The Plan Administrator shall notify the Covered Person of the Plan's benefit determination on review within the following timeframes:

- <u>Pre-service Urgent Care Claims</u>: As soon as possible, taking into account the medical exigencies, but not later than seventy-two (72) hours after receipt of the appeal.

- <u>Pre-service Non-Urgent Care Claims</u>: Within a Reasonable period of time appropriate to the medical circumstances, but not later than thirty (30) days after receipt of the appeal.

- Concurrent Claims: The response will be made in the appropriate time period based upon the type of claim - pre-service urgent, pre-service non-urgent or post-service.

- Post-service Claims: Within a Reasonable period of time, but not later than sixty (60) days after receipt of the appeal.

- Calculating Time Periods. The period of time within which the Plan's determination is required to be made shall begin at the time an appeal is filed in accordance with the procedures of the Plan, without regard to whether all information necessary to make the determination accompanies the filing.

## Manner and Content of Notification of Adverse Benefit Determination on Review
The Plan Administrator shall provide a Covered Person with notification, with respect to pre-service urgent care claims, by telephone, facsimile or similar method, and with respect to all other types of claims, in writing or electronically, of a Plan's Adverse Benefit Determination on review, setting forth:

- Information sufficient to allow the Covered Person to identify the claim involved (including date of service, the healthcare provider, the claim amount, if applicable, and a statement describing the availability, upon request, of the diagnosis code and its corresponding meaning, and the treatment code and its corresponding meaning);

- A reference to the specific portion(s) of the plan provisions upon which a denial is based;

- Specific reason(s) for a denial, including the denial code and its corresponding meaning, and a description of the Plan's standard, if any, that was used in denying the claim, and a discussion of the decision;

- A description of any additional information necessary for the Covered Person to perfect the claim and an explanation of why such information is necessary;

- A description of available internal appeals and external review processes, including information regarding how to initiate an appeal;

- A description of the Plan's review procedures and the time limits applicable to the procedures. This description will include information on how to initiate the appeal and a statement of the Covered Person's right to bring a civil action under section 502(a) of ERISA following an Adverse Benefit Determination on final review;

- A statement that the Covered Person is entitled to receive, upon request and free of charge, Reasonable access to, and copies of, all documents, records, and other information relevant to the Covered Person's claim for benefits;

- The identity of any medical or vocational experts consulted in connection with a claim, even if the Plan did not rely upon their advice (or a statement that the identity of the expert will be provided, upon request);

- Any rule, guideline, protocol or similar criterion that was relied upon, considered, or generated in making the determination will be provided free of charge. If this is not practical, a statement will be included that such a rule, guideline, protocol or similar criterion was relied upon in making the determination and a copy will be provided to the Covered Person, free of charge, upon request;

- In the case of denials based upon a medical judgment (such as whether the treatment is Medically

Necessary or Experimental), either an explanation of the scientific or clinical judgment for the determination, applying the terms of the Plan to the Covered Person's medical circumstances, will be provided. If this is not practical, a statement will be included that such explanation will be provided to the Covered Person, free of charge, upon request; and

- The following statement: "You and your Plan may have /other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your state insurance regulatory agency."

### Furnishing Documents in the Event of an Adverse Determination
In the case of an Adverse Benefit Determination on review, the Plan Administrator shall provide such access to, and copies of, documents, records, and other information described in the section relating to "Manner and Content of Notification of Adverse Benefit Determination on Review" as appropriate.

### Decision on Review to be Final
If, for any reason, the Covered Person does not receive a written response to the appeal within the appropriate time period set forth above, the Covered Person may assume that the appeal has been denied. The decision by the Plan Administrator or other appropriately named Fiduciary of the Plan on review will be final, binding and conclusive and will be afforded the maximum deference permitted by law. **All claim review procedures provided for in the Plan must be exhausted before any legal action is brought.**

### External Review Process

#### A. Scope

1. The Federal external review process does not apply to a denial, reduction, termination, or a failure to provide payment for a benefit based on a determination that a Covered Person or beneficiary fails to meet the requirements for eligibility under the terms of a group health plan.

2. The Federal external review process applies only to:

   a. An Adverse Benefit Determination (including a final internal Adverse Benefit Determination) by a plan or issuer that involves medical judgment (including, but not limited to, those based on the plan's or issuer's requirements for medical necessity, appropriateness, health care setting, level of care, or effectiveness of a covered benefit; or its determination that a treatment is Experimental or investigational), as determined by the external reviewer; and
   b. A rescission of coverage (whether or not the rescission has any effect on any particular benefit at that time).

#### B. Standard external review

Standard external review is external review that is not considered expedited (as described in paragraph C of this section).

1. Request for external review. The Plan will allow a claimant to file a request for an external review with the Plan if the request is filed within four (4) months after the date of receipt of a notice of an Adverse Benefit Determination or final internal Adverse Benefit Determination. If there is no

corresponding date four months after the date of receipt of such a notice, then the request must be filed by the first day of the fifth month following the receipt of the notice. For example, if the date of receipt of the notice is October 30, because there is no February 30, the request must be filed by March 1. If the last filing date would fall on a Saturday, Sunday, or Federal holiday, the last filing date is extended to the next day that is not a Saturday, Sunday, or Federal holiday.

2. Preliminary review. Within five (5) business days following the date of receipt of the external review request, the Plan will complete a preliminary review of the request to determine whether:

   a. The claimant is or was covered under the Plan at the time the health care item or service was requested or, in the case of a retrospective review, was covered under the Plan at the time the health care item or service was provided;

   b. The Adverse Benefit Determination or the final Adverse Benefit Determination does not relate to the claimant's failure to meet the requirements for eligibility under the terms of the Plan (e.g., worker classification or similar determination);

   c. The claimant has exhausted the Plan's internal appeal process unless the claimant is not required to exhaust the internal appeals process under the interim final regulations; and

   d. The claimant has provided all the information and forms required to process an external review.

Within one (1) business day after completion of the preliminary review, the Plan will issue a notification in writing to the claimant. If the request is complete but not eligible for external review, such notification will include the reasons for its ineligibility and contact information for the Employee Benefits Security Administration (toll-free number 866-444-EBSA (3272)). If the request is not complete, such notification will describe the information or materials needed to make the request complete and the Plan will allow a claimant to perfect the request for external review within the four-month filing period or within the forty-eight (48) hour period following the receipt of the notification, whichever is later.

3. Referral to Independent Review Organization. The Plan will assign an independent Review Organization (IRO) that is accredited by URAC or by a similar nationally-recognized accrediting organization to conduct the external review. Moreover, the Plan will take action against bias and to ensure independence. Accordingly, the Plan will contract with (or direct the Claims Processor to contract with, on its behalf) at least three (3) IROs for assignments under the Plan and rotate claims assignments among them (or incorporate other independent unbiased method for selection of IROs, such as random selection). In addition, the IRO may not be eligible for any financial incentives based on the likelihood that the IRO will support the denial of benefits.

4. Reversal of Plan's decision. Upon receipt of a notice of a final external review decision reversing the Adverse Benefit Determination or final internal Adverse Benefit Determination, the Plan will provide coverage or payment for the claim without delay, regardless of whether the plan intends to seek judicial review of the external review decision and unless or until there is a judicial decision otherwise.

## C. Expedited external review

1. Request for expedited external review. The Plan will allow a claimant to make a request for an expedited external review with the Plan at the time the claimant receives:

   a. An Adverse Benefit Determination if the Adverse Benefit Determination involves a medical

condition of the claimant for which the timeframe for completion of a standard internal appeal under the interim final regulations would seriously jeopardize the life or health of the claimant or would jeopardize the claimant's ability to regain maximum function and the claimant has filed a request for an expedited internal appeal; or

b. A final internal Adverse Benefit Determination, if the claimant has a medical condition where the timeframe for completion of a standard external review would seriously jeopardize the life or health of the claimant or would jeopardize the claimant's ability to regain maximum function, or if the final internal Adverse Benefit Determination concerns an admission, availability of care, continued stay, or health care item or service for which the claimant received Emergency Services, but has not been discharged from a facility.

2. Preliminary review. Immediately upon receipt of the request for expedited external review, the Plan will determine whether the request meets the reviewability requirements set forth in paragraph A.2 above for standard external review. The Plan will immediately send a notice that meets the requirements set forth in paragraph A.2 above for standard external review to the claimant of its eligibility determination.

3. Referral to Independent Review Organization. Upon a determination that a request is eligible for external review following the preliminary review, the Plan will assign an IRO pursuant to the requirements set forth in paragraph B.3 above for standard review. The Plan will provide or transmit all necessary documents and information considered in making the Adverse Benefit Determination or final internal Adverse Benefit Determination to the assigned IRO electronically or by telephone or facsimile or any other available expeditious method. The assigned IRO, to the extent the information or documents are available and the IRO considers them appropriate, will consider the information or documents described above under the procedures for standard review. In reaching a decision, the assigned IRO will review the claim de novo and is not bound by any decisions or conclusions reached during the Plan's internal claims and appeals process.

4. Notice of final external review decision. The Plan's (or Claim Processor's) contract with the assigned IRO will require the IRO to provide notice of the final external review decision, in accordance with the requirements set forth in paragraph B.3 above, as expeditiously as the claimant's medical condition or circumstances require, but in no event more than seventy-two (72) hours after the IRO receives the request for an expedited external review. If the notice is not in writing, within forty-eight (48) hours after the date of providing that notice, the assigned IRO will provide written confirmation of the decision to the claimant and the Plan.

## Appointment of Authorized Representative

A Covered Person is permitted to appoint an authorized representative to act on his or her behalf with respect to a benefit claim or appeal of a denial. An Assignment of Benefits by a Covered Person to a Provider will not constitute appointment of that Provider as an authorized representative. To appoint such a representative, the Covered Person must complete a form which can be obtained from the Plan Administrator or the Claims Administrator. However, in connection with a claim involving Urgent Care, the Plan will permit a health care professional with knowledge of the Covered Person's medical condition to act as the Covered Person's authorized representative without completion of this form. In the event a Covered Person designates an authorized representative, all future communications from the Plan will be with the representative, rather than the Covered Person, unless the Covered Person directs the Plan Administrator, in writing, to the contrary.

## Physical Examinations

The Plan reserves the right to have a Physician of its own choosing examine any Covered Person whose condition, Sickness or Injury is the basis of a claim. All such examinations shall be at the expense of the Plan. This right may be exercised when and as often as the Plan may reasonably require during the pendency of a claim. The Covered Person must comply with this requirement as a necessary condition to coverage.

## Autopsy
The Plan reserves the right to have an autopsy performed upon any deceased Covered Person whose condition, Sickness, or Injury is the basis of a claim. This right may be exercised only where not prohibited by law.

## Payment of Benefits
All benefits under the Plan are payable, in U.S. Dollars, to the covered Employee whose Sickness or Injury, or whose covered Dependent's Sickness or Injury, is the basis of a claim. In the event of the death or incapacity of a covered Employee and in the absence of written evidence to the Plan of the qualification of a guardian for his or her estate, the Plan may, in its sole discretion, make any and all such payments to the individual or institution which, in the opinion of the Plan, is or was providing the care and support of such Employee.

## Assignments
Benefits for medical expenses covered under the Plan may be assigned by a Covered Person to the Provider as consideration in full for services rendered; however, if those benefits are paid directly to the Employee, the Plan shall be deemed to have fulfilled its obligations with respect to such benefits. The Plan will not be responsible for determining whether any such assignment is valid. Payment of benefits which have been assigned will be made directly to the assignee unless a written request not to honor the assignment, signed by the covered Employee and the assignee, has been received before the proof of loss is submitted.

No Covered Person shall at any time, either during the time in which he or she is a Covered Person in the Plan, or following his or her termination as a Covered Person, in any manner, have any right to assign his or her right to sue to recover benefits under the Plan, to enforce rights due under the Plan or to any other causes of action which he or she may have against the Plan or its Fiduciaries.

A Provider which accepts an Assignment of Benefits, in accordance with the Plan as consideration in full for services rendered, is bound by the rules and provisions set forth within the terms of this document.

## Non U.S. Providers
Medical expenses for care, supplies, or services which are rendered by a Provider whose principal place of business or address for payment is located outside the United States (a "Non-U.S. Provider") are payable under the Plan, subject to all Plan exclusions, limitations, maximums and other provisions, under the following conditions:

1. Benefits may not be assigned to a Non-U.S. Provider;
2. The Covered Person is responsible for making all payments to Non-U.S. Providers, and submitting receipts to the Plan for reimbursement;
3. Benefit payments will be determined by the Plan based upon the exchange rate in effect on the Incurred Date;
4. The Non-U.S. Provider shall be subject to, and in compliance with, all U.S. and other applicable licensing requirements; and
5. Claims for benefits must be submitted to the Plan in English.

## Recovery of Payments
Occasionally, benefits are paid more than once, are paid based upon improper billing or a misstatement in a proof of loss or enrollment information, are not paid according to the Plan's terms, conditions, limitations or exclusions, or should otherwise not have been paid by the Plan. As such the Plan may pay benefits that are later found to be

greater than the Maximum Allowable Charge. In this case, the Plan may recover the amount of the over-payment from the source to which it was paid, primary payers, or from the party on whose behalf the charge(s) were paid. As such, whenever the Plan pays benefits exceeding the amount of benefits payable under the terms of the Plan, the Plan Administrator has the right to recover any such erroneous payment directly from the person or entity who received such payment and/or from other payers and/or the Employee or Dependent on whose behalf such payment was made.

An Employee, Dependent, Provider, another benefit plan, insurer, or any other person or entity who receives a payment exceeding the amount of benefits payable under the terms of the Plan or on whose behalf such payment was made, shall return or refund the amount of such erroneous payment to the Plan within thirty (30) days of discovery or demand. The Plan Administrator shall have no obligation to secure payment for the expense for which the erroneous payment was made or to which it was applied.

The person or entity receiving an erroneous payment may not apply such payment to another expense. The Plan Administrator shall have the sole discretion to choose who will repay the Plan for an erroneous payment and whether such payment shall be reimbursed in a lump sum. When an Employee or other entity does not comply with the provisions of this section, the Plan Administrator shall have the authority, in its sole discretion, to deny payment of any claims for benefits by the Employee and to deny or reduce future benefits payable (including payment of future benefits for other injuries or Illnesses) under the Plan by the amount due as reimbursement to the Plan. The Plan Administrator may also, in its sole discretion, deny or reduce future benefits (including future benefits for other injuries or Illnesses) under any other group benefits plan maintained by the Plan Sponsor. The reductions will equal the amount of the required reimbursement.

Providers and any other person or entity accepting payment from the Plan or to whom a right to benefits has been assigned, in consideration of services rendered, payments and/or rights, agrees to be bound by the terms of the Plan and agree to submit claims for reimbursement in strict accordance with their State's health care practice acts, ICD-10 or CPT standards, Medicare guidelines, HCPCS standards, or other standards approved by the Plan Administrator or insurer. Any payments made on claims for reimbursement not in accordance with the above provisions shall be repaid to the Plan within thirty (30) days of discovery or demand or incur prejudgment interest of 1.5% per month. If the Plan must bring an action against an Employee, Provider or other person or entity to enforce the provisions of this section, then that Employee, Provider or other person or entity agrees to pay the Plan's attorneys' fees and costs, regardless of the action's outcome.

Further, Employees and/or their dependents, beneficiaries, estate, heirs, guardian, personal representative, or assigns (Employees) shall assign or be deemed to have assigned to the Plan their right to recover said payments made by the Plan, from any other party and/or recovery for which the Employees are entitled, for or in relation to facility-acquired condition(s), Provider error(s), or damages arising from another party's act or omission for which the Plan has not already been refunded.

The Plan reserves the right to deduct from any benefits properly payable under the Plan the amount of any payment which has been made:

1. In error;
2. Pursuant to a misstatement contained in a proof of loss or a fraudulent act;
3. Pursuant to a misstatement made to obtain coverage under the Plan within two (2) years after the date such coverage commences;
4. With respect to an ineligible person;
5. In anticipation of obtaining a recovery if a Employee fails to comply with the Plan's Third Party Recovery, Subrogation and Reimbursement provisions; or
6. Pursuant to a claim for which benefits are recoverable under any policy or act of law providing for coverage

for occupational Injury or disease to the extent that such benefits are recovered. This provision (6) shall not be deemed to require the Plan to pay benefits under the Plan in any such instance.

The deduction may be made against any claim for benefits under the Plan by an Employee or by any of his Covered Dependents if such payment is made with respect to the Employee or any person covered or asserting coverage as a Dependent of the Employee.

If the Plan seeks to recoup funds from a Provider, due to a claim being made in error, a claim being fraudulent on the part of the Provider, and/or the claim that is the result of the Provider's misstatement, said Provider shall, as part of its assignment to benefits from the Plan, abstain from billing the Employee for any outstanding amount(s).

**Medicaid Coverage**
A Covered Person's eligibility for any State Medicaid benefits will not be taken into account in determining or making any payments for benefits to or on behalf of such Covered Person. Any such benefit payments will be subject to the State's right to reimbursement for benefits it has paid on behalf of the Covered Person, as required by the State Medicaid program; and the Plan will honor any Subrogation rights the State may have with respect to benefits which are payable under the Plan.

# GENERAL PROVISIONS

**Applicable Law**
This is a self-funded benefit plan coming within the purview of the Employee Retirement Income Security Act of 1974 ("ERISA"). The Plan is funded with Employee and/or Employer contributions. As such, when applicable, Federal law and jurisdiction preempt State law and jurisdiction.

**Clerical Error/Delay**
Clerical errors made on the records of the Plan and delays in making entries on such records shall not invalidate coverage nor cause coverage to be in force or to continue in force. Rather, the Effective Dates of coverage shall be determined solely in accordance with the provisions of the Plan regardless of whether any contributions with respect to Covered Persons have been made or have failed to be made because of such errors or delays. Upon discovery of any such error or delay, an equitable adjustment of any such contributions will be made.

**Conformity With Applicable Laws**
The Plan shall be deemed to automatically be amended to conform as required by any applicable law, regulation or the order or judgment of a court of competent jurisdiction governing provisions of the Plan, including, but not limited to, stated maximums, exclusions or limitations. In the event that any law, regulation or the order or judgment of a court of competent jurisdiction causes the Plan Administrator to pay claims which are otherwise limited or excluded under the Plan, such payments will be considered as being in accordance with the terms of the Plan. It is intended that the Plan will conform to the requirements of ERISA, as it applies to Employee welfare plans, as well as any other applicable law.

**Fraud**
The following actions by any Covered Person, or a Covered Person's knowledge of such actions being taken by another, constitute fraud and will result in immediate termination of all coverage under the Plan for the entire Family Unit of which the Covered Person is a member:

1. Attempting to submit a claim for benefits (which includes attempting to fill a prescription) for a person who is not a Covered Person of the Plan;
2. Attempting to file a claim for a Covered Person for services which were not rendered or Drugs or other items which were not provided;
3. Providing false or misleading information in connection with enrollment in the Plan; or
4. Providing any false or misleading information to the Plan.

**Headings**
The headings used in the Plan are used for convenience of reference only. Covered Persons are advised not to rely on any provision because of the heading.

**No Waiver or Estoppel**
No term, condition or provision of the Plan shall be deemed to have been waived, and there shall be no estoppel against the enforcement of any provision of the Plan, except by written instrument of the party charged with such waiver or estoppel. No such written waiver shall be deemed a continuing waiver unless specifically stated therein, and each such waiver shall operate only as to the specific term or condition waived and shall not constitute a waiver of such term or condition for the future or as to any act other than the one specifically waived.

**Plan Contributions**
The Plan Administrator shall, from time to time, evaluate the funding method of the Plan and determine the amount to be contributed by the Participating Employer and the amount to be contributed (if any) by each Covered Person.

The Plan Sponsor shall fund the Plan in a manner consistent with the provisions of the Internal Revenue Code, ERISA, and such other laws and regulations as shall be applicable to the end that the Plan shall be funded on a lawful and sound basis; but, to the extent permitted by governing law, the Plan Administrator shall be free to determine the manner and means of funding the Plan. The amount of the Covered Person's contribution (if any) will be determined from time to time by the Plan Administrator.

## Right to Receive and Release Information
For the purpose of determining the applicability of and implementing the terms of these benefits, the Plan Administrator may, without the consent of or notice to any person, release or obtain any information necessary to determine the acceptability of any applicant or Covered Person for benefits from the Plan. In so acting, the Plan Administrator shall be free from any liability that may arise with regard to such action. Any Covered Person claiming benefits under the Plan shall furnish to the Plan Administrator such information as may be necessary to implement this provision.

## Written Notice
Any written notice required under the Plan which, as of the Effective Date, is in conflict with the law of any governmental body or agency which has jurisdiction over the Plan shall be interpreted to conform to the minimum requirements of such law.

## Right of Recovery
In accordance with the section entitled Recovery of Payments, whenever payments have been made by the Plan in a total amount, at any time, in excess of the Maximum Amount of benefits payable under the Plan, the Plan shall have the right to recover such payments, to the extent of such excess, from any one or more of the following as the Plan shall determine: any person to or with respect to whom such payments were made, or such person's legal representative, any insurance companies, or any other individuals or organizations which the Plan determines are responsible for payment of such amount, and any future benefits payable to the Covered Person or his or her Dependents.

## Statements
All statements made by the Plan Sponsor or by a Covered Person will, in the absence of fraud, be considered representations and not warranties, and no statements made for the purpose of obtaining benefits under this document will be used in any contest to avoid or reduce the benefits provided by the document unless contained in a written application for benefits and a copy of the instrument containing such representation is or has been furnished to the Covered Person.

Any Covered Person who knowingly and with intent to defraud the Plan, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any material fact, commits a fraudulent act. The Covered Person may be subject to prosecution by the United States Department of Labor. Fraudulently claiming benefits may be punishable by a substantial fine, imprisonment, or both.

## Commitment to Protecting Health Information

The Plan will comply with the Standards for Privacy of Individually Identifiable Health Information (i.e., the "Privacy Rule") set forth by the U.S. Department of Health and Human Services ("HHS") pursuant to the Health Insurance Portability and Accountability Act ("HIPAA"). Such standards control the dissemination of "protected health information" ("PHI") of Covered Persons. Privacy standards will be implemented and enforced in the offices of the Employer and Plan Sponsor and any other entity that may assist in the operation of the Plan.

The Plan is required by law to take Reasonable steps to ensure the privacy of the Covered Person's PHI, and inform him/her about:

1. The Plan's disclosures and uses of PHI;
2. The Covered Person's privacy rights with respect to his/her PHI;
3. The Plan's duties with respect to his/her PHI;
4. The Covered Person's right to file a complaint with the Plan and with the Secretary of HHS; and
5. The person or office to contact for further information about the Plan's privacy practices.

Within this provision capitalized terms may be used, but not otherwise defined. These terms shall have the same meaning as those terms set forth in 45 CFR Sections 160.103 and 164.501. Any HIPAA regulation modifications altering a defined HIPAA term or regulatory citation shall be deemed incorporated into this provision.

### How Health Information May be Used and Disclosed

In general, the Privacy Rules permit the Plan to use and disclose an individual's PHI, without obtaining authorization, only if the use or disclosure is:

1. To carry out Payment of benefits;
2. For Health Care Operations;
3. For Treatment purposes; or
4. If the use or disclosure falls within one of the limited circumstances described in the rules (e.g., the disclosure is required by law or for public health activities).

### Disclosure of PHI to the Plan Sponsor for Plan Administration Purposes

In order that the Plan Sponsor may receive and use PHI for plan administration purposes, the Plan Sponsor agrees to:

1. Not use or further disclose PHI other than as permitted or required by the Plan or as required by law (as defined in the privacy standards);

2. Ensure that any agents, including a subcontractor, to whom the Plan Sponsor provides PHI received from the Plan, agree to the same restrictions and conditions that apply to the Plan Sponsor with respect to such PHI;

3. Establish safeguards for information, including security systems for data processing and storage;

4. Maintain the confidentiality of all PHI, unless an individual gives specific consent or authorization to disclose such data or unless the data is used for health care payment or Plan operations;

5. Receive PHI, in the absence of an individual's express authorization, only to carry out Plan administration functions;

6. Not use or disclose PHI for employment-related actions and decisions or in connection with any other benefit or Employee benefit plan of the Plan Sponsor, except pursuant to an authorization which meets the requirements of the privacy standards;

7. Report to the Plan any PHI use or disclosure that is inconsistent with the uses or disclosures provided for of which the Plan Sponsor becomes aware;

8. Make available PHI in accordance with section 164.524 of the privacy standards (45 CFR 164.524);

9. Make available PHI for Amendment and incorporate any Amendments to PHI in accordance with section 164.526 of the privacy standards (45 CFR 164.526);

10. Make available the information required to provide an accounting of disclosures in accordance with section 164.528 of the privacy standards (45 CFR 164.528);

11. Make its internal practices, books and records relating to the use and disclosure of PHI received from the Plan available to the Secretary of the U.S. Department of Health and Human Services ("HHS"), or any other officer or Employee of HHS to whom the authority involved has been delegated, for purposes of determining compliance by the Plan with part 164, subpart E, of the privacy standards (45 CFR 164.500 et seq);

12. Report to the Plan any inconsistent uses or disclosures of PHI of which the Plan Sponsor becomes aware;

13. Train Employees in privacy protection requirements and appoint a privacy compliance coordinator responsible for such protections;

14. If feasible, return or destroy all PHI received from the Plan that the Plan Sponsor still maintains in any form and retain no copies of such PHI when no longer needed for the purpose for which disclosure was made, except that, if such return or destruction is not feasible, limit further uses and disclosures to those purposes that make the return or destruction of the PHI infeasible; and

15. Ensure that adequate separation between the Plan and the Plan Sponsor, as required in section 164.504(f)(2)(iii) of the privacy standards (45 CFR 164.504(f)(2)(iii)), is established as follows:

   a. The following Employees, or classes of Employees, or other persons under control of the Plan Sponsor, shall be given access to the PHI to be disclosed:
      i. Privacy Officer: The access to and use of PHI by the individuals described above shall be restricted to the plan administration functions that the Plan Sponsor performs for the Plan.
   b. In the event any of the individuals described in above do not comply with the provisions of the Plan relating to use and disclosure of PHI, the Plan Administrator shall impose Reasonable sanctions as necessary, in its discretion, to ensure that no further non-compliance occurs. The Plan Administrator will promptly report such violation or non-compliance to the Plan, and will cooperate with the Plan to correct violation or non-compliance to impose appropriate disciplinary action or sanctions. Such sanctions shall be imposed progressively (for example, an oral warning, a written warning, time off without pay and termination), if appropriate, and shall be imposed so that they are commensurate with the severity of the violation.

## Disclosure of Summary Health Information to the Plan Sponsor

The Plan may disclose PHI to the Plan Sponsor of the group health plan for purposes of plan administration or pursuant to an authorization request signed by the Covered Person. The Plan may use or disclose "summary health information" to the Plan Sponsor for obtaining premium bids or modifying, amending, or terminating the group health plan.

## Disclosure of Certain Enrollment Information to the Plan Sponsor

Pursuant to section 164.504(f)(1)(iii) of the privacy standards (45 CFR 164.504(f)(1)(iii)), the Plan may disclose to the Plan Sponsor information on whether an individual is participating in the Plan or is enrolled in or has un-enrolled from a health insurance issuer or health maintenance organization offered by the Plan to the Plan Sponsor.

**Disclosure of PHI to Obtain Stop-loss or Excess Loss Coverage**

The Plan Sponsor may hereby authorize and direct the Plan, through the Plan Administrator or the Claims Administrator, to disclose PHI to stop-loss carriers, excess loss carriers or managing general underwriters ("MGUs") for underwriting and other purposes in order to obtain and maintain stop-loss or excess loss coverage related to benefit claims under the Plan. Such disclosures shall be made in accordance with the privacy standards.

**Other Disclosures and Uses of PHI:**

**Primary Uses and Disclosures of PHI**

1. Treatment, Payment and Health Care Operations: The Plan has the right to use and disclose a Covered Person's PHI for all activities as included within the definitions of Treatment, Payment, and Health Care Operations and pursuant to the HIPAA Privacy Rule.

2. Business Associates: The Plan contracts with individuals and entities (Business Associates) to perform various functions on its behalf. In performance of these functions or to provide services, Business Associates will receive, create, maintain, use, or disclose PHI, but only after the Plan and the Business Associate agree in writing to contract terms requiring the Business Associate to appropriately safeguard the Covered Person's information.

3. Other Covered Entities: The Plan may disclose PHI to assist health care Providers in connection with their treatment or payment activities or to assist other covered entities in connection with payment activities and certain health care operations. For example, the Plan may disclose PHI to a health care Provider when needed by the Provider to render treatment to a Covered Person, and the Plan may disclose PHI to another covered entity to conduct health care operations. The Plan may also disclose or share PHI with other insurance carriers (such as Medicare, etc.) in order to coordinate benefits, if a Covered Person has coverage through another carrier.

**Other Possible Uses and Disclosures of PHI**

1. Required by Law: The Plan may use or disclose PHI when required by law, provided the use or disclosure complies with and is limited to the relevant requirements of such law.

2. Public Health and Safety: The Plan may use or disclose PHI when permitted for purposes of public health activities, including disclosures to:

   a. a public health authority or other appropriate government authority authorized by law to receive reports of Child abuse or neglect;
   b. report reactions to medications or problems with products or devices regulated by the Federal Food and Drug Administration or other activities related to quality, safety, or effectiveness of FDA-regulated products or activities;
   c. locate and notify persons of recalls of products they may be using; and
   d. a person who may have been exposed to a communicable disease or may otherwise be at risk of contracting or spreading a disease or condition, if authorized by law.

3. The Plan may disclose PHI to a government authority, except for reports of Child abuse or neglect permitted by (5) above, when required or authorized by law, or with the Covered Person's agreement, if the

Plan reasonably believes he/she to be a victim of abuse, neglect, or domestic violence. In such case, the Plan will promptly inform the Covered Person that such a disclosure has been or will be made unless the Plan believes that informing him/her would place him/her at risk of serious harm (but only to someone in a position to help prevent the threat). Disclosure generally may be made to a minor's parents or other representatives although there may be circumstances under Federal or State law when the parents or other representatives may not be given access to the minor's PHI.

4. Health Oversight Activities: The Plan may disclose PHI to a health oversight agency for oversight activities authorized by law. This includes civil, administrative or criminal investigations; inspections; claim audits; licensure or disciplinary actions; and other activities necessary for appropriate oversight of a health care system, government health care program, and compliance with certain laws.

5. Lawsuits and Disputes: The Plan may disclose PHI when required for judicial or administrative proceedings. For example, the Covered Person's PHI may be disclosed in response to a subpoena, discovery requests, or other required legal processes when the Plan is given satisfactory assurances that the requesting party has made a good faith attempt to advise the Covered Person of the request or to obtain an order protecting such information, and done in accordance with specified procedural safeguards.

6. Law Enforcement: The Plan may disclose PHI to a law enforcement official when required for law enforcement purposes concerning identifying or locating a suspect, fugitive, material witness or missing person. Under certain circumstances, the Plan may disclose the Covered Person's PHI in response to a law enforcement official's request if he/she is, or are suspected to be, a victim of a crime and if it believes in good faith that the PHI constitutes evidence of criminal conduct that occurred on the Sponsor's or Plan's premises.

7. Decedents: The Plan may disclose PHI to a coroner, funeral director or medical examiner for the purpose of identifying a deceased person, determining a cause of death or as necessary to carry out their duties as authorized by law.

8. Research: The Plan may use or disclose PHI for research, subject to certain limited conditions.

9. To Avert a Serious Threat to Health or Safety: The Plan may disclose PHI in accordance with applicable law and standards of ethical conduct, if the Plan, in good faith, believes the use or disclosure is necessary to prevent or lessen a threat to health or safety of a person or to the public.

10. Workers' Compensation: The Plan may disclose PHI when authorized by and to the extent necessary to comply with workers' compensation or other similar programs established by law.

11. Military and National Security: The Plan may disclose PHI to military authorities of armed forces personnel under certain circumstances. As authorized by law, the Plan may disclose PHI required for intelligence, counter-intelligence, and other national security activities to authorized Federal officials.

## Required Disclosures of PHI

1. Disclosures to Covered Persons: The Plan is required to disclose to a Covered Person most of the PHI in a Designated Record Set when the Covered Person requests access to this information. The Plan will disclose a Covered Person's PHI to an individual who has been assigned as his/her representative and who has qualified for such designation in accordance with the relevant State law. Before disclosure to an individual qualified as a personal representative, the Plan must be given written supporting documentation establishing

the basis of the personal representation.

The Plan may elect not to treat the person as the Covered Person's personal representative if it has a Reasonable belief that the Covered Person has been, or may be, subjected to domestic violence, abuse, or neglect by such person, it is not in the Covered Person's best interest to treat the person as his/her personal representative, or treating such person as his/her personal representative could endanger the Covered Person.

2. Disclosures to the Secretary of the U.S. Department of Health and Human Services: The Plan is required to disclose the Covered Person's PHI to the Secretary of the U.S. Department of Health and Human Resources when the Secretary is investigating or determining the Plan's compliance with the HIPAA Privacy Rule.

### Rights to Individuals

The Covered Person has the following rights regarding PHI about him/her:

1. Request Restrictions: The Covered Person has the right to request additional restrictions on the use or disclosure of PHI for treatment, payment, or health care operations. The Covered Person may request the Plan restrict disclosures to family members, relatives, friends or other persons identified by him/her who are involved in his/her care or payment for his/her care. The Plan is not required to agree to these requested restrictions.

2. Right to Receive Confidential Communication: The Covered Person has the right to request that he/she receive communications regarding PHI in a certain manner or at a certain location. The request must be made in writing and how the Covered Person would like to be contacted. The Plan will accommodate all Reasonable requests.

3. Copy of this Notice: The Covered Person is entitled to receive a paper copy of this notice at any time. To obtain a paper copy, contact the Privacy Compliance Coordinator.

4. Accounting of Disclosures: The Covered Person has the right to request an accounting of disclosures the Plan has made of his/her PHI. The request must be made in writing and does not apply to disclosures for treatment, payment, health care operations, and certain other purposes. The Covered Person is entitled to such an accounting for the six (6) years prior to his/her request, though not earlier than April 14, 2003. Except as provided below, for each disclosure, the accounting will include: (a) the date of the disclosure, (b) the name of the entity or person who received the PHI and, if known, the address of such entity or person; (c) a description of the PHI disclosed, (d) a statement of the purpose of the disclosure that reasonably informs the Covered Person of the basis of the disclosure, and certain other information. If the Covered Person wishes to make a request, please contact the Privacy Compliance Coordinator.

5. Access: The Covered Person has the right to request the opportunity to look at or get copies of PHI maintained by the Plan about him/her in certain records maintained by the Plan. If the Covered Person requests copies, he/she may be charged a fee to cover the costs of copying, mailing, and other supplies. To inspect or copy PHI contact the Privacy Compliance Coordinator. In very limited circumstances, the Plan may deny the Covered Person's request. If the Plan denies the request, the Covered Person may be entitled to a review of that denial.

6. Amendment: The Covered Person has the right to request that the Plan change or amend his/her PHI. The Plan reserves the right to require this request be in writing. Submit the request to the Privacy Compliance

Coordinator. The Plan may deny the Covered Person's request in certain cases, including if it is not in writing or if he/she does not provide a reason for the request.

**Questions or Complaints**

If the Covered Person wants more information about the Plan's privacy practices, has questions or concerns, or believes that the Plan may have violated his/her privacy rights, please contact the Plan using the following information. The Covered Person may submit a written complaint to the U.S. Department of Health and Human Services or with the Plan. The Plan will provide the Covered Person with the address to file his/her complaint with the U.S. Department of Health and Human Services upon request.

The Plan will not retaliate against the Covered Person for filing a complaint with the Plan or the U.S. Department of Health and Human Services.

**Contact Information:**

Privacy Compliance Coordinator Contact Information:

Sandy Pine Systems, Inc.
4774 33rd Avenue
Columbus, NE 68601
Phone: 402-487-2261
Fax: 866-479-7535
Email: HR@sandypine.com

Additional Contact Information for HIPAA Questions:

Sandy Pine Systems, Inc.
4774 33rd Avenue
Columbus, NE 68601
Phone: 402-487-2261
Fax: 866-479-7535
Email: HR@sandypine.com

Additional Contact Information for Questions:

Employee Benefit Security Administration
Kansas City Regional Office
2300 Main St, Ste 1100
Kansas City, MO 64108
Tel (816) 285-1800
Fax (816) 285-1888

# STANDARDS FOR SECURITY OF INDIVIDUALLY IDENTIFIABLE HEALTH INFORMATION ("SECURITY RULE")

The Security Rule imposes regulations for maintaining the integrity, confidentiality and availability of protected health information that it creates, receives, maintains, or maintains electronically that is kept in electronic format (ePHI) as required under the Health Insurance Portability and Accountability Act (HIPAA).

## Definitions:

*"Electronic Protected Health Information"* (ePHI) is defined in Section 160.103 of the Security Standards (45 C.F.R. 160.103) and means individually identifiable health information transmitted or maintained in any electronic media.

*"Security Incidents"* is defined within Section 164.304 of the Security Standards (45 C.F.R. 164.304) and means the attempted or successful unauthorized access, use, disclosure, modification, or destruction of information or interference with systems operation in an information system.

## Plan Sponsor Obligations

To enable the Plan Sponsor to receive and use Electronic PHI for plan administration Functions (as defined in 45 CFR 164.504(a)), the Plan Sponsor agrees to:

1. Implement administrative, physical, and technical safeguards that reasonably and appropriately protect the confidentiality, integrity and availability of the Electronic PHI that it creates, receives, maintains, or transmits on behalf of the Plan.

2. Ensure that adequate separation between the Plan and the Plan Sponsor, as required in 45 CFR 164.504(f)(2)(iii), is supported by Reasonable and appropriate Security Measures.

3. Ensure that any agent, including a subcontractor, to whom the Plan Sponsor provides Electronic PHI created, received, maintained, or transmitted on behalf of the Plan, agrees to implement Reasonable and appropriate report to the Plan any security incident of which it becomes aware.

4. Report to the Plan any security incident of which it becomes aware.

## Notification Requirements in the Event of a Breach of Unsecured PHI

The required breach notifications are triggered upon the discovery of a breach of unsecured PHI. A breach is discovered as of the first day the breach is known, or reasonably should have been known.

When a breach of unsecured PHI is discovered, the Plan will:

1. Notify the individual whose PHI has been, or is reasonably believed to have been, assessed, acquired, used, or disclosed as a result of the breach, in writing, without unreasonable delay and in no case later than sixty (60) calendar days after discovery of the breach.

2. Notify the media if the breach affected more than 500 residents of a State or jurisdiction. Notice must be provided to prominent media outlets serving the State or jurisdiction without unreasonable delay and in no

case later than sixty (60) calendar days after the date the breach was discovered.

3. Notify the HHS Secretary if the breach involves 500 or more individuals, contemporaneously with the notice to the affected individual and in the manner specified by HHS. If the breach involves less than 500 individuals, an internal log or other documentation of such breaches must be maintained and annually submitted to HHS within sixty (60) days after the end of each Calendar Year.

4. When a Business Associate, which provides services for the Plan and comes in contact with PHI in connection with those services discovers a breach has occurred, that Business Associate will notify the Plan without unreasonable delay and in no case later than sixty (60) calendar days after discovery of a breach so that the affected individuals may be notified. To the extent possible, the Business Associate should identify each individual whose unsecured PHI has been, or is reasonably believed to have been, breached.

Any terms not otherwise defined in this section shall have the meanings set forth in the Security Standards.

## IN THE DISTRICT COURT OF ROCK COUNTY, NEBRASKA

| | | |
|---|---|---|
| JANET K. FOSTER, Personal Representative of the Estate of Michael E. Foster, Deceased. | ) ) ) ) | Case No. CI 22- |
| Plaintiff, | ) ) ) | **PRÆCIPE FOR SUMMONS** |
| v. | ) ) | |
| SANDY PINE SYSTEMS, INC., a Nebraska Corporation, | ) ) ) | |
| and | ) ) | |
| AUXIANT PROPERTIES, L.L.C., an Iowa Limited Liability Company | ) ) ) | |
| Defendants. | ) | |

TO THE CLERK OF SAID COURT:

Please issue Summons for personal service to be made by Linn County Sheriff upon the defendant, AUXIANT PROPERTIES, L.L.C. The registered agent and office where it can be found is:

**Christy J Lee**
**424 1ˢᵗ Ave., Ste. 200**
**Cedar Rapids, IA 52401**

A copy of the Complaint for Declaratory Judgment should be served on Defendant along with said Summons.

DATED this 18ᵗʰ day of July, 2022

JANET K. FOSTER, Personal Representative of the Estate of Michael E. Foster, Deceased, Plaintiff

By: /s/ Nathan P. Husak
Nathan P. Husak, NSBA #26343

of Bruner Frank Schumacher Husak Simpson, L.L.C.
5804 1st Avenue
P.O. Box 2230
Kearney, NE  68848-2230
Phone: (308) 455-1046
nhusak@nebraskalawfirm.net
Attorneys for Plaintiff

IN THE DISTRICT COURT OF ROCK COUNTY, NEBRASKA

| | | |
|---|---|---|
| JANET K. FOSTER, Personal | ) | Case No. CI 22- |
| Representative of the Estate of | ) | |
| Michael E. Foster, Deceased. | ) | |
| | ) | **PRÆCIPE FOR SUMMONS** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SANDY PINE SYSTEMS, INC., | ) | |
| a Nebraska Corporation, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| AUXIANT PROPERTIES, L.L.C., | ) | |
| an Iowa Limited Liability Company | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF SAID COURT:

Please issue Summons for personal service to be made by Platte County Sheriff upon the defendant, SANDY PINE SYSTEMS, INC. The registered agent and office where it can be found is:

**Sandy Pine Systems, Inc.**
**C/O Human Resource Team**
**C/O Vicki L Wilke**
**4774 33 Avenue**
**Columbus, NE 68601**

A copy of the Complaint for Declaratory Judgment should be served on Defendant along with said Summons.

DATED this 18th day of July, 2022

JANET K. FOSTER, Personal Representative of the
Estate of Michael E. Foster, Deceased, Plaintiff

By:  /s/ Nathan P. Husak
Nathan P. Husak, NSBA #26343
of Bruner Frank
5804 1st Avenue
P.O. Box 2230
Kearney, NE  68848-2230
Phone: (308) 455-1046
nhusak@nebraskalawfirm.net
Attorneys for Plaintiff

| Image ID:<br>D00001432D81 | **SUMMONS** | Doc. No.    1432 |
|---|---|---|

IN THE DISTRICT COURT OF Rock COUNTY, NEBRASKA
Rock County Courthouse
PO Box 367
Bassett                    NE 68714 0367

Janet Foster v. Sandy Pine Systems, Inc.

Case ID: CI 22        9

TO:  Sandy Pine Systems, Inc.

**FILED BY**

Clerk of the Rock District Court
07/19/2022

You have been sued by the following plaintiff(s):

Janet Foster

Plaintiff's Attorney:    Nathan P Husak
Address:                 5804 1st Ave
                         PO Box 2230
                         Kearney, NE 68848
Telephone:               (308) 455-1046

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Nebraska Supreme Court Rule 2-208 requires individuals involved in a case who
are not attorneys and representing themselves to provide their email address to
the court in order to receive notice by email from the court about the case.
Complete and return the attached form to the court if representing yourself.

Date:  JULY 19, 2022        BY THE COURT:  _Daunetta Buoy_
                                           Clerk

SEAL

**SUMMONS**

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

      Sandy Pine Systems, Inc.
      c/o Human Resource Team Vcki Wilke
      4774 33 Ave
      Columbus, NE 68601

BY:  Platte County Sheriff
Method of service:  Personal Service

You are directed to make such service within twenty days after date of issue,
and show proof of service as provided by law.

ROCK COUNTY DISTRICT COURT
Rock County Courthouse
PO Box 367
Bassett                    NE 68714 0367
To: Platte County Sheriff
Case ID: CI 22      9 Janet Foster v. Sandy Pine Systems, Inc.

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock ___M. I served copies of the Summons
upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return      $ _____

Copy                       _____

Mileage _____miles        _____

   TOTAL            $ _____

Date: _____     BY: _____
                                              (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                              _____

Postage $ _____     Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: Sandy Pine Systems, Inc.           From: Nathan P Husak
    c/o Human Resource Team Vcki Wilke        5804 1st Ave
    4774 33 Ave                               PO Box 2230
    Columbus, NE 68601                        Kearney, NE 68848

## ATTACH RETURN RECEIPT & RETURN TO COURT

| **SUMMONS** |
| --- |

Doc. No.    1433

IN THE DISTRICT COURT OF Rock COUNTY, NEBRASKA
         Rock County Courthouse
         PO Box 367
         Bassett          NE 68714 0367

Janet Foster v. Sandy Pine Systems, Inc.

Case ID: CI 22        9

TO:  Auxiant Properties, LLC

**FILED BY**

Clerk of the Rock District Court
07/19/2022

You have been sued by the following plaintiff(s):

    Janet Foster

Plaintiff's Attorney:    Nathan P Husak
Address:                 5804 1st Ave
                         PO Box 2230
                         Kearney, NE 68848
Telephone:               (308) 455-1046

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Nebraska Supreme Court Rule 2-208 requires individuals involved in a case who
are not attorneys and representing themselves to provide their email address to
the court in order to receive notice by email from the court about the case.
Complete and return the attached form to the court if representing yourself.

Date: JULY 19, 2022        BY THE COURT:        _Daunetta Buoy_
                                                Clerk

SEAL

**SUMMONS**

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

      Auxiant Properties, LLC
      Christy J. Lee
      424 1st Ave Ste 200
      Cedar Rapids, IA 52401

BY:  Foreign Officer
Method of service:  Personal Service

You are directed to make such service within twenty days after date of issue,
and show proof of service as provided by law.

ROCK COUNTY DISTRICT COURT
Rock County Courthouse
PO Box 367
Bassett                    NE 68714 0367

To: Foreign Officer
Case ID: CI 22      9 Janet Foster v. Sandy Pine Systems, Inc.

Received this Summons on _____,_____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons

upon the party:

_____

by _____

_____

_____

as required by Nebraska state law.

Service and return      $ _____

Copy                       _____

Mileage _____miles         _____

      TOTAL            $ _____

Date: _____      BY: _____
                                      (Sheriff or authorized person)

# CERTIFIED MAIL
# PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: _____

At the following address: _____

_____

_____

on the _____ day of _____ _____, as required by Nebraska state law.

                                    _____

Postage $ _____    Attorney for: _____

The return receipt for mailing to the party was signed on _____, _____.

To: Auxiant Properties, LLC        From: Nathan P Husak
    Christy J. Lee                       5804 1st Ave
    424 1st Ave Ste 200                  PO Box 2230
    Cedar Rapids, IA 52401               Kearney, NE 68848

ATTACH RETURN RECEIPT & RETURN TO COURT

## SERVICE RETURN

Return to: ROCK COUNTY DISTRICT COURT
Case ID: CI 22      9
Janet Foster v. Sandy Pine Systems, Inc.


Received Doc.No.    1432 a Summons
   on  7/25/2022 at 01:04 PM.


I hereby certify that on  7/26/2022 at 01:19 PM I served Doc. No.     1432 a
Summons                on Sandy Pine Systems, Inc.
by Personal Service    to  Vicki L Wilke
at 4774 33rd Ave Columbus , NE
as required by Nebraska state law.

**FILED BY**
Clerk of the Rock District Court
07/26/2022


Service and return     $18.00
Mileage                  $.61
TOTAL                  $18.61


Comments
Served Vicki Wilke for Sandy Pines Systems


Date:  7/26/2022                          /S/ Deputy Matt Daniel


Requested by
Nathan P Husak
5804 1st Ave
PO Box 2230
Kearney          NE 68848