IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANET K. FOSTER, Personal Representative of the Estate of Michael E. Foster, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>SANDY PINE SYSTEMS, INC., a Nebraska Corporation; and AUXIANT PROPERTIES, L.L.C., an Iowa Limited Liability Company;<br><br>Defendants. | **8:22CV304**<br><br>**ORDER TO SHOW CAUSE** |

The records of the court show that on August 25, 2022, (Filing No. 5), a letter was sent to Attorney Nathan P. Husak from the Office of the Clerk directing him to register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of September 26, 2022, Attorney Nathan P. Husak has not complied with the Clerk's letter.

Accordingly,

IT IS ORDERED,

1) On or before October 11, 2022, Attorney Nathan P. Husak must register for the System and update his contact information in PACER, or show cause by written affidavit why compliance is not possible as required under the rules of the court.

2) The clerk shall send a copy of this order to Nathan P. Husak at the following address:

Nathan P. Husak
Bruner, Frank Law Firm
5804 1st Avenue
P.O. Box 2230
Kearney, NE 68848

Dated this 26th day of September, 2022.

                                            BY THE COURT:

                                            *s/ Cheryl R. Zwart*
                                            United States Magistrate Judge