IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANET K. FOSTER, Personal Representative of the Estate of Michael E. Foster, Deceased;<br><br>Plaintiff,<br><br>vs.<br><br>SANDY PINE SYSTEMS, INC., a Nebraska Corporation; and AUXIANT PROPERTIES, L.L.C., an Iowa Limited Liability Company;<br><br>Defendants. | **8:22CV304**<br><br>**ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Nathan P. Husak, as counsel of record for Plaintiff (Filing No. 9), is granted and he shall no longer receive notice in this case.

2) On or before November 2, 2022, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of her intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

3) The Clerk shall mail a copy of this order to Nathan P. Husak and to Plaintiff at the following addresses:

| | |
|---|---|
| Nathan P. Husak<br>Bruner, Frank Law Firm<br>5804 1st Avenue<br>P.O. Box 2230<br>Kearney, NE 68848-2230 | Janet K. Foster, Personal Representative of the Estate of Michael E. Foster<br>P. O. Box 581<br>Bassett, NE 68714 |

4) The Clerk shall terminate the attorney deadline set in Filing No. 5, and the Show Cause Deadline set in Filing No. 8, as Nathan P. Husak has withdrawn as counsel for Plaintiff.

Dated this 3rd day of October, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge