IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANET K. FOSTER, Personal Representative of the Estate of Michael E. Foster, Deceased, | ) ) ) ) | CASE NO. 8:22-CV-304 |
| Plaintiff, | ) ) ) | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | ) ) | |
| SANDY PINE SYSTEMS, INC., a Nebraska Corporation; and AUXIANT PROPERTIES, L.L.C., an Iowa Limited Liability Company, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby agree and stipulate to the dismissal of this action with prejudice, each party to bear its own attorney fees and costs.

DATED this 19th day of December, 2022.

SANDY PINE SYSTEMS, INC., and
AUXIANT PROPERTIES, L.L.C.,
Defendants,

BY: /s/ Timothy J. Thalken
Timothy J. Thalken, #22173
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
(402) 341-6000
tthalken@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

JANET K. FOSTER, Personal Representative of the Estate of Michael E. Foster, Deceased,

By: /s/ Maren Lynn Chaloupka*
Maren Lynn Chaloupka, #20864
CHALOUPKA LAW LLC
P. O. Box 1724
Scottsbluff, NE 69363-1724
(308) 270-5091
mlc@chaloupkalaw.net
ATTORNEYS FOR PLAINTIFF

*e-signed with permission of counsel

2926529